**United States Bankruptcy Court**
**District of Delaware**

| | |
|---|---|
| IN RE DELTA PETROLUEM, et al.          ) | |
|                    Debtors.          ) | Case No.:  11-14006 (KJC) |
|                                      ) | |
| DELTA PETROLEUM                      ) | |
| GENERAL RECOVERY TRUST,              ) | Chapter 11 |
|            Plaintiff                 ) | |
|      v.                              ) | |
|                                      ) | |
| BWAB LIMITED                         ) | |
| LIABILITY COMPANY,                   ) | Adv. Proc. No.:  12-50898 (KJC) |
|            Defendant.                ) | |

**SUMMONS AND NOTICE OF PRETRIAL CONFERENCE**
**IN AN ADVERSARY PROCEEDING**

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

   Address of Clerk:

      824 Market Street, 3rd Floor
      Wilmington, DE 19801

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

   Name and Address of Plaintiff's Attorney:

      Anthony W. Clark, Esq.
      Skadden, Arps, Slate, Meagher & Flom LLP
      One Rodney Square, P.O. Box 636
      Wilmington, Delaware   19899-0636

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

YOU ARE NOTIFIED that a pretrial conference of the proceeding commenced by the filing of the complaint will be held at the following time and place.

   Address:

      824 Market Street, 5th Floor
      Courtroom 5
      Wilmington, Delaware  19801

      Date and Time:   To be Determined

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

**United States Bankruptcy**
**Court for the District**
**   of Delaware**

                              */s/ David D. Bird*
                              Clerk of the Bankruptcy Court

Date: September 26, 2012

696879-Wilmington Server 1A - MSW