# RETURN OF SERVICE

Case No. 12-50898 (KJC)

STATE OF COLORADO      )
                                              ) ss.
City & County of Denver      )

I, Matthew M. VanderKaay, the affiant, being duly sworn, say: that I am over the age of eighteen years and am not a party to the within action; and that I have served BWAB LIMITED LIABILITY COMPANY, a true and correct copy of the within Summons and Notice of Pretrial Conference in an Adversary Proceeding, together with Complaint for Avoidance of Interests and Recovery of Property of the Estate, by handing and delivering to STEVEN A. ROITMAN personally, as Registered Agent to BWAB LIMITED LIABILITY COMPANY, on September 28, 2012, at 10:08 A.M. o'clock, at 475 17th Street, Unit 1390, City of Denver, County of Denver, State of Colorado. STEVEN A. ROITMAN being over the age of eighteen years.

_____
Matthew M. VanderKaay
Private Process Server

Subscribed and sworn before me this September 28, 2012.
My commission expires on 06/03/13.

_____
Helen B. Hays
Notary Public
438 Bannock Street
Denver, CO  80204

United States Bankruptcy Court
District of Delaware

| | |
|---|---|
| IN RE DELTA PETROLUEM, et al.<br>　　　　　Debtors. | Case No.: 11-14006 (KJC) |
| DELTA PETROLEUM<br>GENERAL RECOVERY TRUST,<br>　　　　　Plaintiff<br>v.<br>BWAB LIMITED<br>LIABILITY COMPANY,<br>　　　　　Defendant. | Chapter 11<br><br>Adv. Proc. No.: 12-50898 (KJC) |

### SUMMONS AND NOTICE OF PRETRIAL CONFERENCE
### IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

　　　　Address of Clerk:

　　　　　　　　824 Market Street, 3rd Floor
　　　　　　　　Wilmington, DE 19801

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

　　　　Name and Address of Plaintiff's Attorney:

　　　　　　　　Anthony W. Clark, Esq.
　　　　　　　　Skadden, Arps, Slate, Meagher & Flom LLP
　　　　　　　　One Rodney Square, P.O. Box 636
　　　　　　　　Wilmington, Delaware   19899-0636

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

YOU ARE NOTIFIED that a pretrial conference of the proceeding commenced by the filing of the complaint will be held at the following time and place.

　　　　Address:

　　　　　　　　824 Market Street, 5th Floor
　　　　　　　　Courtroom 5
　　　　　　　　Wilmington, Delaware  19801

　　　　　　　　Date and Time:   To be Determined

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

　　　　　　　　　　　　　　　　　　　　/s/ David D. Bird
　　　　　　　　　　　　　　　　　　　　Clerk of the Bankruptcy Court

Date: September 26, 2012

696879-Wilmington Server 1A - MSW