## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| DELTA PETROLEUM, *et al.*[1], | : | Case No. 11-14006 (KJC) |
| | : | Jointly Administered |
| Debtors. | : | |
| | : | |
| Delta Petroleum General Recovery Trust, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Adv. No. 12-50876 (KJC) |
| | : | |
| Roger Parker and Delia Parker, | : | |
| | : | |
| Defendants. | : | |
| Delta Petroleum General Recovery Trust, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Adv. No. 12-50877 (KJC) |
| | : | |
| Aleron Larson, Jr., | : | |
| | : | |
| Defendant. | : | |
| Delta Petroleum General Recovery Trust, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Adv. No. 12-50898 (KJC) |
| | : | |
| BWAB Limited Liability Company, | : | |
| | : | |
| Defendant. | : | |

## ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE*

---

[1]   The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: Delta Petroleum Corporation (0803); DPCA LLC (0803); Delta Exploration Company, Inc. (9462); Delta Pipeline, LLC (0803); DLC, Inc. (3989); CEC, Inc. (3154); Castle Texas Production Limited Partnership (6054); Amber Resources Company of Colorado (0506); and Castle Exploration Company, Inc. (9007).  The Debtors' headquarters are located at: 370 17th Street, Suite 4300, Denver, Colorado 80202.

**IT IS HEREBY ORDERED** that counsel's motion for admission of Stuart N. Bennett,

Esquire *pro hac vice* in each of the above-captioned adversary proceedings is granted.

Dated:  October _____, 2012

_____
HONORABLE KEVIN J. CAREY,
United States Bankruptcy Judge

7384616 v1