# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| DELTA PETROLEUM, *et al.*[1], ) | Case No. 11-14006 (KJC) |
| ) | |
| Debtors. ) | |
| ) | |
| Delta Petroleum General Recovery Trust, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Adv. Proc. No. 12-50898 (KJC) |
| ) | |
| BWAB Limited Liability Company, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1(a), the undersigned counsel for BWAB Limited Liability Company (the "Defendant") in the above listed civil action, certifies that Defendant does not have any parent corporation and no publicly held corporation owns 10% or more of its stock.

Dated: October 25, 2012

                                          **BENESCH, FRIEDLANDER, COPLAN**
                                            **& ARONOFF LLP**

By:   */s/ Raymond H. Lemisch*
       Raymond H. Lemisch, Esquire (No. 4204)
       222 Delaware Avenue, Suite 801
       Wilmington, DE 19801
       (302) 442-7010 telephone
       (302) 442-7012 facsimile
       rlemisch@beneschlaw.com

       - and -

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: Delta Petroleum Corporation (0803); DPCA LLC (0803); Delta Exploration Company, Inc. (9462); Delta Pipeline, LLC (0803); DLC, Inc. (3989); CEC, Inc. (3154); Castle Texas Production Limited Partnership (6054); Amber Resources Company of Colorado (0506); and Castle Exploration Company, Inc. (9007). The Debtors' headquarters are located at: 370 17th Street, Suite 4300, Denver, Colorado 80202.

- 2 -

        Barry L. Wilkie, Esquire
        **JONES & KELLER, P.C.**
        1999 Broadway, Suite 3150
        Denver, CO  80202
        (303) 573-1600  telephone
        (303) 573-8133  facsimile
        bwilkie@joneskeller.com

*Counsel to BWAB Limited Liability Company*