# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : Chapter 11 |
| DELTA PETROLEUM, et al.[1], | : Case No. 11-14006 (KJC) |
| Debtors. | : Jointly Administered |
| Delta Petroleum General Recovery Trust, | : |
| Plaintiff, | : |
| v. | : Adv. No. 12-50876 (KJC) |
| Roger Parker and Delia Parker, | : |
| Defendants. | : |
| Delta Petroleum General Recovery Trust, | : |
| Plaintiff, | : |
| v. | : Adv. No. 12-50877 (KJC) |
| Aleron Larson, Jr., | : |
| Defendant. | : |
| Delta Petroleum General Recovery Trust, | : |
| Plaintiff, | : |
| v. | : Adv. No. 12-50898 (KJC) |
| BWAB Limited Liability Company, | : |
| Defendant. | : |

## MOTION FOR ADMISSION *PRO HAC VICE*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: Delta Petroleum Corporation (0803); DPCA LLC (0803); Delta Exploration Company, Inc. (9462); Delta Pipeline, LLC (0803); DLC, Inc. (3989); CEC, Inc. (3154); Castle Texas Production Limited Partnership (6054); Amber Resources Company of Colorado (0506); and Castle Exploration Company, Inc. (9007). The Debtors' headquarters are located at: 370 17th Street, Suite 4300, Denver, Colorado 80202.

7384708 v1

Pursuant to Local Rule 9010-1 and the attached certification, Raymond H. Lemisch, Esquire moves the admission *pro hac vice* of Aaron Goldhamer, Esquire of Jones & Keller, P.C., to represent Defendants Roger Parker, Aleron Larson, Jr. and BWAB Limited Liability Company in the above-captioned adversary proceedings.

Dated: October 19, 2012

                              **BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**

                              By:   */s/ Raymond H. Lemisch*
                                   Raymond H. Lemisch, Esquire (No. 4204)
                                   222 Delaware Ave., Suite 801
                                   Wilmington, DE 19801
                                   302-442-7010 (telephone)
                                   302-442-7012 (facsimile)
                                   rlemisch@beneschlaw.com

                                   *Attorneys for Defendants Roger Parker, Aleron Larson, Jr. and BWAB Limited Liability Company*

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court and am admitted, practicing and in good standing as a member of the Bar of the State of Colorado. I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which may occur in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for the District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court.

Dated: October 25, 2012

                                   Aaron Goldhamer, Esquire
                                   **JONES & KELLER, P.C.**
                                   1999 Broadway, Suite 3150
                                   Denver, CO 80202
                                   (303) 573-1600 telephone
                                   (303) 573-8133 facsimile
                                   agoldhamer@joneskeller.com

                                   *Attorneys for Defendants Roger Parker, Aleron Larson, Jr. and BWAB Limited Liability Company*