# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>DELTA PETROLEUM, *et al.*[1],<br><br>Debtors. | Chapter 11<br><br>Case No. 11-14006 (KJC)<br>Jointly Administered |
| Delta Petroleum General Recovery Trust,<br><br>Plaintiff,<br><br>v.<br><br>Roger Parker and Delia Parker,<br><br>Defendants. | Adv. No. 12-50876 (KJC)<br><br>D.I. 9 |
| Delta Petroleum General Recovery Trust,<br><br>Plaintiff,<br><br>v.<br><br>Aleron Larson, Jr.,<br><br>Defendant. | Adv. No. 12-50877 (KJC)<br><br>D.I. 6 |
| Delta Petroleum General Recovery Trust,<br><br>Plaintiff,<br><br>v.<br><br>BWAB Limited Liability Company,<br><br>Defendant. | Adv. No. 12-50898 (KJC)<br><br>D.I. 6 |

## ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: Delta Petroleum Corporation (0803); DPCA LLC (0803); Delta Exploration Company, Inc. (9462); Delta Pipeline, LLC (0803); DLC, Inc. (3989); CEC, Inc. (3154); Castle Texas Production Limited Partnership (6054); Amber Resources Company of Colorado (0506); and Castle Exploration Company, Inc. (9007). The Debtors' headquarters are located at: 370 17th Street, Suite 4300, Denver, Colorado 80202.

7384707 v1

**IT IS HEREBY ORDERED** that counsel's motion for admission of Barry L. Wilkie, Esquire *pro hac vice* in each of the above-captioned adversary proceedings is granted.

Dated: ~~October~~ November 1, 2012

_____
HONORABLE KEVIN J. CAREY,
United States Bankruptcy Judge

2

7384707 v1