


**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| DELTA PETROLEUM, *et al.*[1], | Case No. 11-14006 (KJC) Jointly Administered |
| Debtors. | |
| Delta Petroleum General Recovery Trust, | |
| Plaintiff, | |
| v. | Adv. No. 12-50876 (KJC) |
| Roger Parker and Delia Parker, | D.I. 11 |
| Defendants. | |
| Delta Petroleum General Recovery Trust, | |
| Plaintiff, | |
| v. | Adv. No. 12-50877 (KJC) |
| Aleron Larson, Jr., | D.I. 8 |
| Defendant. | |
| Delta Petroleum General Recovery Trust, | |
| Plaintiff, | |
| v. | Adv. No. 12-50898 (KJC) |
| BWAB Limited Liability Company, | D.I. 9 |
| Defendant. | |

**ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE***

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: Delta Petroleum Corporation (0803); DPCA LLC (0803); Delta Exploration Company, Inc. (9462); Delta Pipeline, LLC (0803); DLC, Inc. (3989); CEC, Inc. (3154); Castle Texas Production Limited Partnership (6054); Amber Resources Company of Colorado (0506); and Castle Exploration Company, Inc. (9007). The Debtors' headquarters are located at: 370 17th Street, Suite 4300, Denver, Colorado 80202.

**IT IS HEREBY ORDERED** that counsel's motion for admission of Aaron Goldhamer, Esquire *pro hac vice* in each of the above-captioned adversary proceedings is granted.

Dated: ~~October~~ November 1, 2012

Kevin J. Carey

HONORABLE KEVIN J. CAREY,
United States Bankruptcy Judge

7384708 v1