IN THE UNITED STATES BANKRUPTCY COURT        NOV  2 2012
FOR THE DISTRICT OF DELAWARE

------------------------------x
In re:                               :   Chapter 11
                                     :
DELTA PETROLUEM, et al.,[1]          :   Case No. 11-14006 (KJC)
                                     :
                Debtors.             :   Jointly Administered
                                     ::
------------------------------x
DELTA PETROLEUM GENERAL              :
RECOVERY TRUST,                      :
                                     :
        Plaintiff,                   :
                                     :   Adv. Pro. No. 12-50898 (KJC)
   v.                                :
                                     :
BWAB LIMITED LIABILITY               :
COMPANY,                             :
        Defendant.                   :
------------------------------x

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Ron E. Meisler to represent Delta Petroleum General Recovery Trust in the above captioned adversary proceeding.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number were: Delta Petroleum Corporation (0803); DPCA LLC (0803); Delta Exploration Company, Inc. (9462); Delta Pipeline, LLC (0803); DLC, Inc. (3989); CEC, Inc. (3154); Castle Texas Production Limited Partnership (6054); Amber Resources Company of Colorado (0506); and Castle Exploration Company, Inc. (9007). The Debtors' headquarters were located at: 370 17th Street, Suite 4300, Denver, Colorado 80202.

Docket No. 13
Date Filed: 11/2/12

Dated: Wilmington, Delaware
       November 2, 2012

                                      /s/ *Anthony W. Clark*
                                      Anthony W. Clark (I.D. No. 2051)
                                      Skadden, Arps, Slate, Meagher & Flom LLP
                                      One Rodney Square
                                      P.O. Box 636
                                      Wilmington, Delaware 19899-0636
                                      (302) 651-3000

                                      Counsel for Delta Petroleum General Recovery Trust

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Illinois, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund revised 7/23/09. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated: Wilmington, Delaware
November 2, 2012

/s/ Ron E. Meisler
Ron E. Meisler
Skadden, Arps, Slate, Meagher & Flom LLP
155 North Wacker Drive
Chicago, Illinois 60606-1720
Tel: (312) 407-0700

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Dated: Wilmington, Delaware
November 2, 2012

Honorable Kevin J. Carey
UNITED STATES BANKRUPTCY JUDGE