## CERTIFICATE OF SERVICE

I, Anthony W. Clark, hereby certify that on January 4, 2013, I caused the foregoing **Amended Complaint** to be served on the parties listed on Exhibit A, attached hereto, by United States first class mail, unless otherwise indicated thereon.

 */s/ Anthony W. Clark*
 Anthony W. Clark

**Exhibit A**
**Service Parties**

BWAB Limited Liability Company
Attn: Steven A. Roitman
475 17th Street, Suite 1390
DENVER CO 80202

Raymond H. Lemisch, Esq.
Benesch, Friedlander, Coplan & Aronoff LLP
222 Delaware Avenue, Suite 801
Wilmington, DE 19801

Barry L. Wilkie, Esq.
Stuart N. Bennett, Esq.
Aaron Goldhamer, Esq.
JONES & KELLER, P.C.
1999 Broadway, Suite 3150
Denver, CO 80202