**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
In re:                                                                  :    Chapter 11
:
DELTA PETROLUEM, <u>et al.</u>,[1]                        :    Case No. 11-14006 (KJC)
:
                Debtors.         :    Jointly Administered
::
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
DELTA PETROLEUM GENERAL                           :
RECOVERY TRUST,                                            :
:
        Plaintiff,                                      :
:    Adv. Pro. No. 12-50898 (KJC)
  v.                                                               :
:
BWAB LIMITED LIABILITY                              :
COMPANY,                                                         :
        Defendant.                                    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**NOTICE OF SERVICE**

        I, Anthony W. Clark, certify that on January 16, 2013, I caused a copy of Plaintiffs' Initial Disclosures Pursuant To Fed. R. Civ. P. 26(A)(1)(A) to be served on the following counsel of record in the manner indicated:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: Delta Petroleum Corporation (0803); DPCA LLC (0803); Delta Exploration Company, Inc. (9462); Delta Pipeline, LLC (0803); DLC, Inc. (3989); CEC, Inc. (3154); Castle Texas Production Limited Partnership (6054); Amber Resources Company of Colorado (0506); and Castle Exploration Company, Inc. (9007). The Reorganized Debtors' headquarters are located at: 1301 McKinney Street, Suite 2025, Houston, TX 77010.

| | |
|---|---|
| Raymond H. Lemisch, Esq.<br>Benesch, Friedlander, Coplan<br> & Aronoff LLP<br>222 Delaware Avenue, Suite 801<br>Wilmington, DE 19801<br>**(By Hand Delivery)** | Barry L. Wilkie, Esq.<br>Stuart N. Bennett, Esq.<br>Aaron Goldhamer, Esq.<br>JONES & KELLER, P.C.<br>1999 Broadway, Suite 3150<br>Denver, CO 80202<br>**(By First-class Mail)** |

Dated: Wilmington, Delaware
       January 16, 2013

/s/ Anthony W. Clark
Anthony W. Clark (I.D. No. 2051)
Kristhy M. Peguero (I.D. No. 4903)
Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

and

Ron Meisler
Ebba Gebisa
Skadden, Arps, Slate, Meagher & Flom LLP
155 North Wacker Drive
Chicago, Illinois 60606-1720
(312) 407-0700

*Counsel for Delta Petroleum General Recovery Trust and Par Petroleum Corporation*