IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------- x
                                      :
In re:                                :    Chapter 11
                                      :
DELTA PETROLUEM, et al.,               :    Case No. 11-14006 (KJC)
                                      :
                Debtors.              :    Jointly Administered
                                      :
------------------------------------- x
DELTA PETROLEUM GENERAL               :
RECOVERY TRUST,                       :
                                      :
                                      :
                Plaintiff,            :    Adv. Pro No. 12-50898 (KJC)
v.                                    :
                                      :
BWAB LIMITED LIABILITY COMPANY,        :
                                      :
                Defendant.            x

## NOTICE OF SERVICE

I, Raymond H. Lemisch, Esquire, hereby certify that on January 16, 2013, true and correct copies of the *Initial Disclosures of Defendant BWAB Limited Liability Company* were served via First Class Mail, postage prepaid or Hand Delivery upon the following parties:

| Anthony W. Clark, Esquire<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>One Rodney Square<br>Wilmington, Delaware 19801 | Ron Meisler, Esquire<br>Ebba Gebisa, Esquire<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>155 North Wacker Drive<br>Chicago, Illinois 60606-1720 |
|---|---|

Dated: January 16, 2013

                                       BENESCH, FRIEDLANDER, COPLAN
                                       & ARONOFF LLP

By:   */s/ Raymond H. Lemisch*
       Raymond H. Lemisch, Esquire (No. 4204)
       222 Delaware Avenue, Suite 801
       Wilmington, DE 19801
       (302) 442-7010 telephone
       (302) 442-7012 facsimile
       rlemisch@beneschlaw.com

- and -

7487598 v1

Barry L. Wilkie, Esquire
**JONES & KELLER, P.C.**
1999 Broadway, Suite 3150
Denver, CO 80202
(303) 573-1600   telephone
(303) 573-8133   facsimile
bwilkie@joneskeller.com

*Counsel to BWAB Limited Liability Company*

2

7487598 v1