# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| DELTA PETROLEUM CORPORATION, et al., | : | Case No. 11-14006 (KJC) |
| | : | Jointly Administered |
| Debtors. | : | |
| DELTA PETROLEUM GENERAL RECOVERY TRUST AND PAR PETROLEUM CORPORATION, | : | |
| Plaintiffs, | : | Adv. Pro. No. 12-50898 (KJC) |
| v. | : | |
| BWAB LIMITED LIABILITY COMPANY, | : | |
| Defendant. | : | |

## STIPULATION REGARDING APPOINTMENT OF MEDIATOR

IT IS HEREBY STIPULATED AND AGREED between the plaintiffs and defendant in the above-captioned adversary proceeding (the "Adversary Proceeding"), by and through their undersigned counsel of record, that William P. Bowden shall serve as a mediator in the Adversary Proceeding pursuant to the Scheduling Order entered by the United States Bankruptcy Court for the District of Delaware on December 26, 2012 (Adv. D.I. 19) and Rule 9019-3 of the Local Rules of the United States Bankruptcy Court for the District of Delaware.

Dated: January 24, 2013
Wilmington, Delaware

| BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP |
|---|---|
| By: */s/ Raymond H. Lemisch* <br> Raymond H. Lemisch, Esquire (No. 4204) <br> 222 Delaware Avenue, Suite 801 <br> Wilmington, Delaware 19801 <br> Telephone: (302) 442-7010 <br><br> and <br><br> Barry L. Wilkie, Esquire <br> Stuart N. Bennett, Esquire <br> Jones & Keller, P.C. <br> 1999 Broadway, Suite 3150 <br> Denver, Colorado 80202 <br> Telephone: (303) 573-1600 <br><br> *Counsel for BWAB Limited Liability Company* | By: */s/ Anthony W. Clark* <br> Anthony W. Clark (I.D. No. 2051) <br> Kristhy M. Peguero (I.D. No. 4903) <br> One Rodney Square <br> P.O. Box 636 <br> Wilmington, Delaware 19899-0636 <br> Telephone: (302) 651-3000 <br> Fax: (302) 651-3001 <br><br> and <br><br> Ron E. Meisler <br> Ebba Gebisa <br> Skadden, Arps, Slate, Meagher & Flom LLP <br> 155 N. Wacker Dr. <br> Chicago, Illinois 60606 <br> Telephone: (312) 407-0700 <br> Fax: (312) 407-0411 <br><br> *Counsel for the Reorganized Debtors and Delta Petroleum General Recovery Trust* |

2