# Notice Recipients

District/Off: 0311−1    User: LisaD    Date Created: 1/25/2013
Case: 12−50898−KJC    Form ID: van447    Total: 14

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
pla    Delta Petroleum General Recovery Trust
cd     Par Petroleum Corporation
cd     Delta Petroleum General Recovery Trust

TOTAL: 3

**Recipients of Notice of Electronic Filing:**
aty    Anthony W. Clark
aty    Anthony W. Clark
aty    Kristhy M. Peguero        kristhy.peguero@skadden.com
aty    Raymond Howard Lemisch        rlemisch@beneschlaw.com

TOTAL: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
md     William P. Bowden    Ashby &Geddes    500 Delaware Avenue    8th Floor    Wilmington, DE 19801
aty    Aaron Goldhamer    Jones &Keller, PC    1999 Broadway    Suite 3150    Denver, CO 80202
aty    Barry L. Wilkie    Jones &Keller, PC    1999 Broadway    Suite 3150    Denver, CO 80202
aty    Ebba Gebisa    Skadden Arps Slate Meagher &Flom LLP    155 North Wacker Drive    Chicago, IL 60606−1720
aty    Ron E. Meisler    Skadden Arps Slate Meagher &Flom LLP    155 North Wacker Drive    Chicago, IL 60606−1720
aty    Stuart N. Bennett    Jones &Keller, PC    1999 Broadway    Suite 3150    Denver, CO 80202
aty    William P. Bowden    ASHBY &GEDDES    500 Delaware Ave.    Wilmington, DE 19801

TOTAL: 7