# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| DELTA PETROLEUM, et al., | Case No. 11-14006 (KJC) |
| Debtors. | Jointly Administered |
| DELTA PETROLEUM GENERAL RECOVERY TRUST, | |
| Plaintiff, | Adv. Pro. No. 12-50898 (KJC) |
| v. | |
| BWAB LIMITED LIABILITY COMPANY, | |
| Defendant. | |

## CERTIFICATE OF SERVICE

I, Raymond H. Lemisch, Esquire, hereby certify that on January 30, 2013, a true and correct copy of the foregoing *Amended Answer, Affirmative Defenses and Counterclaims to Amended Complaint for Avoidance and/or Discharge of Interests, Enforcement of Bar Date Order, and Recovery of Property of the Estate* was served on all parties registered to receive service on the electronic notification list as maintained by the Court, and via First Class Mail, postage prepaid or Hand Delivery upon the following parties:

7518522 v1

| *Via Hand Delivery*<br>Anthony W. Clark, Esquire<br>**SKADDEN, ARPS, SLATE MEAGHER &**<br>**FLOHM LLP**<br>One Rodney Square<br>Wilmington, DE  19801 | *Via First Class Mail*<br>Ron Meisler, Esquire<br>Ebba Gebisa, Esquire<br>**SKADDEN, ARPS, SLATE MEAGHER &**<br>**FLOHM LLP**<br>155 North Wacker Drive<br>Chicago, IL  60606-1720 |
|---|---|

Dated:  January 30, 2013

        **BENESCH, FRIEDLANDER, COPLAN**
         **& ARONOFF LLP**

By:  */s/ Raymond H. Lemisch*
      Raymond H. Lemisch, Esquire (No. 4204)
      222 Delaware Avenue, Suite 801
      Wilmington, DE  19801
      (302) 442-7010  telephone
      (302) 442-7012  facsimile
      rlemisch@beneschlaw.com

      - and -

      Barry L. Wilkie, Esquire
      **JONES & KELLER, P.C.**
      1999 Broadway, Suite 3150
      Denver, CO  80202
      (303) 573-1600  telephone
      (303) 573-8133  facsimile
      bwilkie@joneskeller.com
      sbennett@joneskeller.com

      *Counsel to BWAB Limited Liability Company*

7518522 v1