## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                         :
In re:                                   :   Chapter 11
                                         :
DELTA PETROLEUM CORPORATION,             :   Case No. 11-14006 (KJC)
et al.,                                  :
                                         :   Jointly Administered
              Debtors.                   :
                                         :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
DELTA PETROLEUM GENERAL                  :
RECOVERY TRUST                           :
and                                      :
PAR PETROLEUM CORPORATION,               :
                                         :   Adv. Pro. No. 12-50898 (KJC)
              Plaintiffs,                :
                                         :
    v.                                   :
                                         :
BWAB LIMITED LIABILITY                   :
COMPANY,                                 :
                                         :
              Defendant.                 :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
```

### ORDER GRANTING PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT PURSUANT TO FED. R. CIV. P. 56 AND FED. R. BANKR. P. 7056

Upon consideration of the Plaintiffs' Motion for Summary Judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure and Rule 7056 of the Federal Rules of Bankruptcy Procedure (the "Motion"), it is hereby

**ORDERED, ADJUDGED AND DECREED** that the Motion is GRANTED.

Dated: Wilmington, Delaware
_____ \_\_\_, 2013

_____
Honorable Kevin J. Carey
UNITED STATES BANKRUPTCY JUDGE