# **EXHIBIT F**

**Point Arguello**

Calculation of Excess Payments to BWAB
Summary Sheet

| Year | Excess Payment Amount |
|---|---|
| 2002 | $43,974 |
| 2003 | $75,137 |
| 2004 | $80,188 |
| 2005 | $120,137 |
| 2006 | $137,812 |
| 2007 | $140,140 |
| 2008 | $176,636 |
| 2009 | $95,086 |
| 2010 | $116,380 |
| 2011 | $147,551 |
| 2012 | $66,918 |
| **Total Excess Payments** | **$1,199,959** |

**Point Arguello**
Calculation of Excess Payments to BWAB
For The Year Ended December 31, 2002

|  |  | | | | | | | | **2002** | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  |  | | January | February | March | April | May | June | July | August | September | October | November | December | Total |
| **Total Point Arguello Oil Production (barrels of oil) (100% interest)** | | | | | | | | | 545,878 | 488,433 | 463,299 | 457,717 | 479,488 | 459,582 | 2,894,397 |
| Delta's Interest in the Point Arguello Leases Acquired from Whiting | | | | | | | | | 6.07% | 6.07% | 6.07% | 6.07% | 6.07% | 6.07% | 6.07% |
| Barrels Attributable to Whiting/Delta Interest | | | - | - | - | - | - | - | 33,109 | 29,625 | 28,100 | 27,762 | 29,082 | 27,875 | 175,552 |

**BWAB 1994 Agreement - Calcuation of Barrels Based on Whiting/Delta Ownership of Point Arguello - Subject to Deductions (barrels of oil)**

|  |  | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Barrels Attributable to Whiting/Delta Interest | | | - | - | - | - | - | - | 33,109 | 29,625 | 28,100 | 27,762 | 29,082 | 27,875 | 175,552 |
| Deductions | Interest | | | | | | | | | | | | | | |
| BWAB 1999 Interest | 3.00% | | - | - | - | - | - | - | (993) | (889) | (843) | (833) | (872) | (836) | (5,267) |
| Kaiser-Francis Interest | 5.00% | | - | - | - | - | - | - | (1,655) | (1,481) | (1,405) | (1,388) | (1,454) | (1,394) | (8,778) |
| Aleron Larson, Jr. Interest | 1.00% | | - | - | - | - | - | - | (331) | (296) | (281) | (278) | (291) | (279) | (1,756) |
| Roger Parker Interest | 1.00% | | - | - | - | - | - | - | (331) | (296) | (281) | (278) | (291) | (279) | (1,756) |
| MMS Barrels (net)* | 1.01% | | - | - | - | - | - | - | (5,518) | (4,937) | (4,683) | (4,627) | (4,847) | (4,646) | (29,259) |
| Total | | | - | - | - | - | - | - | (8,829) | (7,900) | (7,493) | (7,403) | (7,755) | (7,433) | (46,814) |
| Barrels Adjusted for Revenue Deductions | | | - | - | - | - | - | - | 24,280 | 21,725 | 20,607 | 20,358 | 21,327 | 20,441 | 128,738 |
| BWAB 1994 Interest (%) | | | | | | | | | 3.50% | 3.50% | 3.50% | 3.50% | 3.50% | 3.50% | 3.50% |
| BWAB Barrels (1994 Agmt) | | | - | - | - | - | - | - | 850 | 760 | 721 | 713 | 746 | 715 | 4,506 |

**BWAB 1999 Agreement - Calculation of Barrels Based on Whiting/Delta Ownership of Point Arguello - Not Subject to Deductions (barrels of oil)**

|  | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Barrels Attributable to Whiting/Delta Interest | | - | - | - | - | - | - | 33,109 | 29,625 | 28,100 | 27,762 | 29,082 | 27,875 | 175,552 |
| BWAB 1999 Interest (net) (%) | | | | | | | | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% |
| BWAB Barrels (1999 Agmt) | | - | - | - | - | - | - | 993 | 889 | 843 | 833 | 872 | 836 | 5,267 |

**BWAB Calculation**

|  | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Description | | | | | | | | | | | | | | |
| BWAB Barrels (1994 Agmt) | | - | - | - | - | - | - | 850 | 760 | 721 | 713 | 746 | 715 | 4,506 |
| BWAB Barrels (1999 Agmt) | | - | - | - | - | - | - | 993 | 889 | 843 | 833 | 872 | 836 | 5,267 |
| Total | | - | - | - | - | - | - | 1,843 | 1,649 | 1,564 | 1,545 | 1,619 | 1,552 | 9,772 |
| **Actual Barrels Used in Payment Calculation** | | | | | | | | 2,265 | 2,027 | 1,923 | 1,899 | 1,990 | 1,907 | 12,011 |
| Excess Barrels | | - | - | - | - | - | - | 422 | 378 | 358 | 354 | 371 | 355 | 2,239 |
| Realized Price per Barrel | | | | | | | | $ 19.13 | $ 20.51 | $ 21.30 | $ 19.74 | $ 17.54 | $ 19.75 | $ 19.64 |
| **Excess Revenue Paid to BWAB** | | - | - | - | - | - | - | 8,077 | 7,749 | 7,633 | 6,989 | 6,505 | 7,021 | 43,974 |

**Note:**
* MMS Barrels (net) is calculated as the MMS royalty rate of 1/6 * 6.07%. MMS stands for the Minerals Management Services, the predecessor to the Bureau of Ocean Energy Management Regulation and Enforcement ("BOEMRE"). One of MMS/BOEMRE's responsibilities is the collection of royalty payments from oil and gas production from federal lands.

**Point Arguello**
Calculation of Excess Payments to BWAB
For The Year Ended December 31, 2003

| | Interest | January | February | March | April | May | June | July | August | September | October | November | December | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Total Point Arguello Oil Production (barrels of oil) (100% interest)** | | **442,390** | **411,447** | **397,601** | **403,463** | **423,266** | **414,679** | **396,717** | **372,322** | **357,483** | **374,803** | **386,500** | **379,571** | 4,760,242 |
| Delta's Interest in the Point Arguello Leases Acquired from Whiting | | 6.07% | 6.07% | 6.07% | 6.07% | 6.07% | 6.07% | 6.07% | 6.07% | 6.07% | 6.07% | 6.07% | 6.07% | 6.07% |
| Barrels Attributable to Whiting/Delta Interest | | 26,832 | 24,955 | 24,115 | 24,471 | 25,672 | 25,151 | 24,062 | 22,582 | 21,682 | 22,733 | 23,442 | 23,022 | 288,720 |

**BWAB 1994 Agreement - Calcuation of Barrels Based on Whiting/Delta Ownership of Point Arguello - Subject to Deductions (barrels of oil)**

| | Interest | January | February | March | April | May | June | July | August | September | October | November | December | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Barrels Attributable to Whiting/Delta Interest | | 26,832 | 24,955 | 24,115 | 24,471 | 25,672 | 25,151 | 24,062 | 22,582 | 21,682 | 22,733 | 23,442 | 23,022 | 288,720 |
| Deductions | | | | | | | | | | | | | | |
| BWAB 1999 Interest | 3.00% | (805) | (749) | (723) | (734) | (770) | (755) | (722) | (677) | (650) | (682) | (703) | (691) | (8,662) |
| Kaiser-Francis Interest | 5.00% | (1,342) | (1,248) | (1,206) | (1,224) | (1,284) | (1,258) | (1,203) | (1,129) | (1,084) | (1,137) | (1,172) | (1,151) | (14,436) |
| Aleron Larson, Jr. Interest | 1.00% | (268) | (250) | (241) | (245) | (257) | (252) | (241) | (226) | (217) | (227) | (234) | (230) | (2,887) |
| Roger Parker Interest | 1.00% | (268) | (250) | (241) | (245) | (257) | (252) | (241) | (226) | (217) | (227) | (234) | (230) | (2,887) |
| MMS Barrels (net)* | 1.01% | (4,472) | (4,159) | (4,019) | (4,078) | (4,279) | (4,192) | (4,010) | (3,764) | (3,614) | (3,789) | (3,907) | (3,837) | (48,120) |
| Total | | (7,155) | (6,655) | (6,431) | (6,526) | (6,846) | (6,707) | (6,416) | (6,022) | (5,782) | (6,062) | (6,251) | (6,139) | (76,992) |
| Barrels Adjusted for Revenue Deductions | | 19,677 | 18,300 | 17,685 | 17,945 | 18,826 | 18,444 | 17,645 | 16,560 | 15,900 | 16,671 | 17,191 | 16,883 | 211,728 |
| BWAB 1994 Interest (%) | | 3.50% | 3.50% | 3.50% | 3.50% | 3.50% | 3.50% | 3.50% | 3.50% | 3.50% | 3.50% | 3.50% | 3.50% | 3.50% |
| BWAB Barrels (1994 Agmt) | | 689 | 641 | 619 | 628 | 659 | 646 | 618 | 580 | 557 | 583 | 602 | 591 | 7,410 |

**BWAB 1999 Agreement - Calcuation of Barrels Based on Whiting/Delta Ownership of Point Arguello - Not Subject to Deductions (barrels of oil)**

| | January | February | March | April | May | June | July | August | September | October | November | December | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Barrels Attributable to Whiting/Delta Interest | 26,832 | 24,955 | 24,115 | 24,471 | 25,672 | 25,151 | 24,062 | 22,582 | 21,682 | 22,733 | 23,442 | 23,022 | 288,720 |
| BWAB 1999 Interest (net) (%) | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% |
| BWAB Barrels (1999 Agmt) | 805 | 749 | 723 | 734 | 770 | 755 | 722 | 677 | 650 | 682 | 703 | 691 | 8,662 |

**BWAB Calculation**

| Description | January | February | March | April | May | June | July | August | September | October | November | December | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BWAB Barrels (1994 Agmt) | 689 | 641 | 619 | 628 | 659 | 646 | 618 | 580 | 557 | 583 | 602 | 591 | 7,410 |
| BWAB Barrels (1999 Agmt) | 805 | 749 | 723 | 734 | 770 | 755 | 722 | 677 | 650 | 682 | 703 | 691 | 8,662 |
| Total | 1,494 | 1,389 | 1,342 | 1,362 | 1,429 | 1,400 | 1,339 | 1,257 | 1,207 | 1,265 | 1,305 | 1,282 | 16,072 |
| **Actual Barrels Used in Payment Calculation** | 1,836 | 1,707 | 1,650 | 1,674 | 1,756 | 1,721 | 1,646 | 1,545 | 1,483 | 1,555 | 1,604 | 1,575 | 19,754 |
| Excess Barrels | 342 | 318 | 308 | 312 | 327 | 321 | 307 | 288 | 277 | 290 | 299 | 294 | 3,682 |
| Realized Price per Barrel | $ 22.28 | $ 23.71 | $ 22.30 | $ 18.18 | $ 18.53 | $ 20.12 | $ 20.08 | $ 20.36 | $ 18.87 | $ 19.99 | $ 19.70 | $ 20.40 | $ 20.41 |
| **Excess Revenue Paid to BWAB** | 7,624 | 7,546 | 6,858 | 5,673 | 6,066 | 6,453 | 6,162 | 5,863 | 5,218 | 5,795 | 5,889 | 5,989 | 75,137 |

**Note:**
* MMS Barrels (net) is calculated as the MMS royalty rate of 1/6 * 6.07%. MMS stands for the Minerals Management Services, the predecessor to the Bureau of Ocean Energy Management Regulation and Enforcement ("BOEMRE"). One of MMS/BOEMRE's responsibilities is the collection of royalty payments from oil and gas production from federal lands.

**Point Arguello**
Calculation of Excess Payments to BWAB
For The Year Ended December 31, 2004

| | | | January | February | March | April | May | June | July | August | September | October | November | December | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | **2004** | | | | | | | |
| **Total Point Arguello Oil Production (barrels of oil) (100% interest)** | | | **338,093** | **306,118** | **357,379** | **358,550** | **335,722** | **311,063** | **288,214** | **261,661** | **293,918** | **358,086** | **309,145** | **279,158** | 3,797,107 |
| Delta's Interest in the Point Arguello Leases Acquired from Whiting | | | 6.07% | 6.07% | 6.07% | 6.07% | 6.07% | 6.07% | 6.07% | 6.07% | 6.07% | 6.07% | 6.07% | 6.07% | 6.07% |
| Barrels Attributable to Whiting/Delta Interest | | | 20,506 | 18,567 | 21,676 | 21,747 | 20,362 | 18,867 | 17,481 | 15,870 | 17,827 | 21,719 | 18,750 | 16,932 | 230,303 |
| **BWAB 1994 Agreement - Calcuation of Barrels Based on Whiting/Delta Ownership of Point Arguello - Subject to Deductions (barrels of oil)** | | | | | | | | | | | | | | | |
| Barrels Attributable to Whiting/Delta Interest | | | 20,506 | 18,567 | 21,676 | 21,747 | 20,362 | 18,867 | 17,481 | 15,870 | 17,827 | 21,719 | 18,750 | 16,932 | 230,303 |
| Deductions | Interest | | | | | | | | | | | | | | |
| BWAB 1999 Interest | 3.00% | | (615) | (557) | (650) | (652) | (611) | (566) | (524) | (476) | (535) | (652) | (563) | (508) | (6,909) |
| Kaiser-Francis Interest | 5.00% | | (1,025) | (928) | (1,084) | (1,087) | (1,018) | (943) | (874) | (794) | (891) | (1,086) | (938) | (847) | (11,515) |
| Aleron Larson, Jr. Interest | 1.00% | | (205) | (186) | (217) | (217) | (204) | (189) | (175) | (159) | (178) | (217) | (188) | (169) | (2,303) |
| Roger Parker Interest | 1.00% | | (205) | (186) | (217) | (217) | (204) | (189) | (175) | (159) | (178) | (217) | (188) | (169) | (2,303) |
| MMS Barrels (net)* | 1.01% | | (3,418) | (3,094) | (3,613) | (3,624) | (3,394) | (3,144) | (2,913) | (2,645) | (2,971) | (3,620) | (3,125) | (2,822) | (38,384) |
| Total | | | (5,468) | (4,951) | (5,780) | (5,799) | (5,430) | (5,031) | (4,662) | (4,232) | (4,754) | (5,792) | (5,000) | (4,515) | (61,414) |
| Barrels Adjusted for Revenue Deductions | | | 15,038 | 13,616 | 15,896 | 15,948 | 14,932 | 13,836 | 12,819 | 11,638 | 13,073 | 15,927 | 13,750 | 12,416 | 168,889 |
| BWAB 1994 Interest (%) | | | 3.50% | 3.50% | 3.50% | 3.50% | 3.50% | 3.50% | 3.50% | 3.50% | 3.50% | 3.50% | 3.50% | 3.50% | 3.50% |
| BWAB Barrels (1994 Agmt) | | | 526 | 477 | 556 | 558 | 523 | 484 | 449 | 407 | 458 | 557 | 481 | 435 | 5,911 |
| **BWAB 1999 Agreement - Calcuation of Barrels Based on Whiting/Delta Ownership of Point Arguello - Not Subject to Deductions (barrels of oil)** | | | | | | | | | | | | | | | |
| Barrels Attributable to Whiting/Delta Interest | | | 20,506 | 18,567 | 21,676 | 21,747 | 20,362 | 18,867 | 17,481 | 15,870 | 17,827 | 21,719 | 18,750 | 16,932 | 230,303 |
| BWAB 1999 Interest (net) (%) | | | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% |
| BWAB Barrels (1999 Agmt) | | | 615 | 557 | 650 | 652 | 611 | 566 | 524 | 476 | 535 | 652 | 563 | 508 | 6,909 |
| **BWAB Calculation** | | | | | | | | | | | | | | | |
| Description | | | | | | | | | | | | | | | |
| BWAB Barrels (1994 Agmt) | | | 526 | 477 | 556 | 558 | 523 | 484 | 449 | 407 | 458 | 557 | 481 | 435 | 5,911 |
| BWAB Barrels (1999 Agmt) | | | 615 | 557 | 650 | 652 | 611 | 566 | 524 | 476 | 535 | 652 | 563 | 508 | 6,909 |
| Total | | | 1,142 | 1,034 | 1,207 | 1,211 | 1,134 | 1,050 | 973 | 883 | 992 | 1,209 | 1,044 | 943 | 12,820 |
| **Actual Barrels Used in Payment Calculation** | | | 1,403 | 1,270 | 1,483 | 1,488 | 1,393 | 1,291 | 1,196 | 1,086 | 1,220 | 1,486 | 1,283 | 1,158 | 15,757 |
| Excess Barrels | | | 261 | 237 | 276 | 277 | 260 | 241 | 223 | 202 | 227 | 277 | 239 | 216 | 2,937 |
| Realized Price per Barrel | | | $ 22.38 | $ 22.34 | $ 23.59 | $ 26.03 | $ 27.35 | $ 26.33 | $ 28.62 | $ 30.96 | $ 29.80 | $ 34.47 | $ 30.36 | $ 26.13 | $ 27.30 |
| **Excess Revenue Paid to BWAB** | | | 5,850 | 5,290 | 6,521 | 7,219 | 7,102 | 6,335 | 6,380 | 6,266 | 6,775 | 9,548 | 7,260 | 5,642 | 80,188 |

**Note:**
* MMS Barrels (net) is calculated as the MMS royalty rate of 1/6 * 6.07%. MMS stands for the Minerals Management Services, the predecessor to the Bureau of Ocean Energy Management Regulation and Enforcement ("BOEMRE"). One of MMS/BOEMRE's responsibilities is the collection of royalty payments from oil and gas production from federal lands.

**Point Arguello**
Calculation of Excess Payments to BWAB
For The Year Ended December 31, 2005

| | Interest | January | February | March | April | May | June | July | August | September | October | November | December | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Total Point Arguello Oil Production (barrels of oil) (100% interest)** | | 351,005 | 306,445 | 339,552 | 333,016 | 320,823 | 272,323 | 283,535 | 280,409 | 283,636 | 280,527 | 322,365 | 305,650 | 3,679,286 |
| Delta's Interest in the Point Arguello Leases Acquired from Whiting | | 6.07% | 6.07% | 6.07% | 6.07% | 6.07% | 6.07% | 6.07% | 6.07% | 6.07% | 6.07% | 6.07% | 6.07% | 6.07% |
| Barrels Attributable to Whiting/Delta Interest | | 21,289 | 18,587 | 20,595 | 20,198 | 19,459 | 16,517 | 17,197 | 17,007 | 17,203 | 17,015 | 19,552 | 18,538 | 223,157 |
| **BWAB 1994 Agreement - Calcuation of Barrels Based on Whiting/Delta Ownership of Point Arguello - Subject to Deductions (barrels of oil)** | | | | | | | | | | | | | | |
| Barrels Attributable to Whiting/Delta Interest | | 21,289 | 18,587 | 20,595 | 20,198 | 19,459 | 16,517 | 17,197 | 17,007 | 17,203 | 17,015 | 19,552 | 18,538 | 223,157 |
| Deductions | | | | | | | | | | | | | | |
| BWAB 1999 Interest | 3.00% | (639) | (558) | (618) | (606) | (584) | (496) | (516) | (510) | (516) | (510) | (587) | (556) | (6,695) |
| Kaiser-Francis Interest | 5.00% | (1,064) | (929) | (1,030) | (1,010) | (973) | (826) | (860) | (850) | (860) | (851) | (978) | (927) | (11,158) |
| Aleron Larson, Jr. Interest | 1.00% | (213) | (186) | (206) | (202) | (195) | (165) | (172) | (170) | (172) | (170) | (196) | (185) | (2,232) |
| Roger Parker Interest | 1.00% | (213) | (186) | (206) | (202) | (195) | (165) | (172) | (170) | (172) | (170) | (196) | (185) | (2,232) |
| MMS Barrels (net)* | 1.01% | (3,548) | (3,098) | (3,432) | (3,366) | (3,243) | (2,753) | (2,866) | (2,835) | (2,867) | (2,836) | (3,259) | (3,090) | (37,193) |
| Total | | (5,677) | (4,956) | (5,492) | (5,386) | (5,189) | (4,405) | (4,586) | (4,535) | (4,588) | (4,537) | (5,214) | (4,944) | (59,509) |
| Barrels Adjusted for Revenue Deductions | | 15,612 | 13,630 | 15,103 | 14,812 | 14,270 | 12,112 | 12,611 | 12,472 | 12,616 | 12,477 | 14,338 | 13,595 | 163,649 |
| BWAB 1994 Interest (%) | | 3.50% | 3.50% | 3.50% | 3.50% | 3.50% | 3.50% | 3.50% | 3.50% | 3.50% | 3.50% | 3.50% | 3.50% | 3.50% |
| BWAB Barrels (1994 Agmt) | | 546 | 477 | 529 | 518 | 499 | 424 | 441 | 437 | 442 | 437 | 502 | 476 | 5,728 |
| **BWAB 1999 Agreement - Calcuation of Barrels Based on Whiting/Delta Ownership of Point Arguello - Not Subject to Deductions (barrels of oil)** | | | | | | | | | | | | | | |
| Barrels Attributable to Whiting/Delta Interest | | 21,289 | 18,587 | 20,595 | 20,198 | 19,459 | 16,517 | 17,197 | 17,007 | 17,203 | 17,015 | 19,552 | 18,538 | 223,157 |
| BWAB 1999 Interest (net) (%) | | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% |
| BWAB Barrels (1999 Agmt) | | 639 | 558 | 618 | 606 | 584 | 496 | 516 | 510 | 516 | 510 | 587 | 556 | 6,695 |
| **BWAB Calculation** | | | | | | | | | | | | | | |
| Description | | | | | | | | | | | | | | |
| BWAB Barrels (1994 Agmt) | | 546 | 477 | 529 | 518 | 499 | 424 | 441 | 437 | 442 | 437 | 502 | 476 | 5,728 |
| BWAB Barrels (1999 Agmt) | | 639 | 558 | 618 | 606 | 584 | 496 | 516 | 510 | 516 | 510 | 587 | 556 | 6,695 |
| Total | | 1,185 | 1,035 | 1,146 | 1,124 | 1,083 | 919 | 957 | 947 | 958 | 947 | 1,088 | 1,032 | 12,422 |
| **Actual Barrels Used in Payment Calculation** | | 1,457 | 1,272 | 1,409 | 1,382 | 1,331 | 1,130 | 1,177 | 1,164 | 1,177 | 1,164 | 1,338 | 1,268 | 15,268 |
| Excess Barrels | | 271 | 237 | 263 | 258 | 248 | 211 | 219 | 217 | 219 | 217 | 249 | 236 | 2,846 |
| Realized Price per Barrel | | $ 30.28 | $ 31.46 | $ 39.38 | $ 38.50 | $ 35.17 | $ 42.25 | $ 45.54 | $ 52.46 | $ 52.88 | $ 50.46 | $ 46.29 | $ 47.01 | $ 42.21 |
| **Excess Revenue Paid to BWAB** | | 8,221 | 7,457 | 10,343 | 9,917 | 8,727 | 8,900 | 9,987 | 11,378 | 11,601 | 10,949 | 11,542 | 11,114 | 120,137 |

**Note:**
* MMS Barrels (net) is calculated as the MMS royalty rate of 1/6 * 6.07%. MMS stands for the Minerals Management Services, the predecessor to the Bureau of Ocean Energy Management Regulation and Enforcement ("BOEMRE"). One of MMS/BOEMRE's responsibilities is the collection of royalty payments from oil and gas production from federal lands.

**Point Arguello**
Calculation of Excess Payments to BWAB
For The Year Ended December 31, 2006

### 2006

| | | January | February | March | April | May | June | July | August | September | October | November | December | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Total Point Arguello Oil Production (barrels of oil) (100% interest)** | | **303,004** | **305,780** | **326,025** | **277,461** | **300,172** | **274,809** | **233,782** | **247,279** | **270,487** | **265,262** | **264,824** | **280,853** | 3,349,738 |
| Delta's Interest in the Point Arguello Leases Acquired from Whiting | | 6.07% | 6.07% | 6.07% | 6.07% | 6.07% | 6.07% | 6.07% | 6.07% | 6.07% | 6.07% | 6.07% | 6.07% | 6.07% |
| Barrels Attributable to Whiting/Delta Interest | | 18,378 | 18,546 | 19,774 | 16,829 | 18,206 | 16,668 | 14,179 | 14,998 | 16,406 | 16,089 | 16,062 | 17,034 | 203,169 |

**BWAB 1994 Agreement - Calcuation of Barrels Based on Whiting/Delta Ownership of Point Arguello - Subject to Deductions (barrels of oil)**

| | Interest | January | February | March | April | May | June | July | August | September | October | November | December | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Barrels Attributable to Whiting/Delta Interest | | 18,378 | 18,546 | 19,774 | 16,829 | 18,206 | 16,668 | 14,179 | 14,998 | 16,406 | 16,089 | 16,062 | 17,034 | 203,169 |
| Deductions | | | | | | | | | | | | | | |
| BWAB 1999 Interest | 3.00% | (551) | (556) | (593) | (505) | (546) | (500) | (425) | (450) | (492) | (483) | (482) | (511) | (6,095) |
| Kaiser-Francis Interest | 5.00% | (919) | (927) | (989) | (841) | (910) | (833) | (709) | (750) | (820) | (804) | (803) | (852) | (10,158) |
| Aleron Larson, Jr. Interest | 1.00% | (184) | (185) | (198) | (168) | (182) | (167) | (142) | (150) | (164) | (161) | (161) | (170) | (2,032) |
| Roger Parker Interest | 1.00% | (184) | (185) | (198) | (168) | (182) | (167) | (142) | (150) | (164) | (161) | (161) | (170) | (2,032) |
| MMS Barrels (net)* | 1.01% | (3,063) | (3,091) | (3,296) | (2,805) | (3,034) | (2,778) | (2,363) | (2,500) | (2,734) | (2,681) | (2,677) | (2,839) | (33,862) |
| Total | | (4,901) | (4,946) | (5,273) | (4,488) | (4,855) | (4,445) | (3,781) | (3,999) | (4,375) | (4,290) | (4,283) | (4,543) | (54,178) |
| Barrels Adjusted for Revenue Deductions | | 13,477 | 13,601 | 14,501 | 12,341 | 13,351 | 12,223 | 10,398 | 10,999 | 12,031 | 11,798 | 11,779 | 12,492 | 148,991 |
| BWAB 1994 Interest (%) | | 3.50% | 3.50% | 3.50% | 3.50% | 3.50% | 3.50% | 3.50% | 3.50% | 3.50% | 3.50% | 3.50% | 3.50% | 3.50% |
| BWAB Barrels (1994 Agmt) | | 472 | 476 | 508 | 432 | 467 | 428 | 364 | 385 | 421 | 413 | 412 | 437 | 5,215 |

**BWAB 1999 Agreement - Calcuation of Barrels Based on Whiting/Delta Ownership of Point Arguello - Not Subject to Deductions (barrels of oil)**

| | January | February | March | April | May | June | July | August | September | October | November | December | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Barrels Attributable to Whiting/Delta Interest | 18,378 | 18,546 | 19,774 | 16,829 | 18,206 | 16,668 | 14,179 | 14,998 | 16,406 | 16,089 | 16,062 | 17,034 | 203,169 |
| BWAB 1999 Interest (net) (%) | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% |
| BWAB Barrels (1999 Agmt) | 551 | 556 | 593 | 505 | 546 | 500 | 425 | 450 | 492 | 483 | 482 | 511 | 6,095 |

**BWAB Calculation**

| Description | January | February | March | April | May | June | July | August | September | October | November | December | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BWAB Barrels (1994 Agmt) | 472 | 476 | 508 | 432 | 467 | 428 | 364 | 385 | 421 | 413 | 412 | 437 | 5,215 |
| BWAB Barrels (1999 Agmt) | 551 | 556 | 593 | 505 | 546 | 500 | 425 | 450 | 492 | 483 | 482 | 511 | 6,095 |
| Total | 1,023 | 1,032 | 1,101 | 937 | 1,013 | 928 | 789 | 835 | 913 | 896 | 894 | 948 | 11,310 |
| **Actual Barrels Used in Payment Calculation** | 1,257 | 1,269 | 1,353 | 1,151 | 1,246 | 1,140 | 970 | 1,026 | 1,122 | 1,101 | 1,099 | 1,165 | 13,901 |
| Excess Barrels | 234 | 237 | 252 | 215 | 232 | 213 | 181 | 191 | 209 | 205 | 205 | 217 | 2,591 |
| Realized Price per Barrel | $ 52.74 | $ 49.18 | $ 49.78 | $ 57.12 | $ 58.24 | $ 58.61 | $ 62.08 | $ 60.60 | $ 51.46 | $ 45.98 | $ 45.41 | $ 49.29 | $ 53.19 |
| **Excess Revenue Paid to BWAB** | 12,361 | 11,632 | 12,553 | 12,259 | 13,522 | 12,458 | 11,226 | 11,591 | 10,767 | 9,434 | 9,302 | 10,707 | 137,812 |

**Note:**
* MMS Barrels (net) is calculated as the MMS royalty rate of 1/6 * 6.07%. MMS stands for the Minerals Management Services, the predecessor to the Bureau of Ocean Energy Management Regulation and Enforcement ("BOEMRE"). One of MMS/BOEMRE's responsibilities is the collection of royalty payments from oil and gas production from federal lands.

**Point Arguello**
Calculation of Excess Payments to BWAB
For The Year Ended December 31, 2007

### 2007

| | | January | February | March | April | May | June | July | August | September | October | November | December | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Total Point Arguello Oil Production (barrels of oil) (100% interest)** | | **259,259** | **199,489** | **289,429** | **291,691** | **251,679** | **255,006** | **253,044** | **262,325** | **218,372** | **222,725** | **252,339** | **261,281** | 3,016,639 |
| Delta's Interest in the Point Arguello Leases Acquired from Whiting | | 6.07% | 6.07% | 6.07% | 6.07% | 6.07% | 6.07% | 6.07% | 6.07% | 6.07% | 6.07% | 6.07% | 6.07% | 6.07% |
| Barrels Attributable to Whiting/Delta Interest | | 15,725 | 12,099 | 17,555 | 17,692 | 15,265 | 15,467 | 15,348 | 15,911 | 13,245 | 13,509 | 15,305 | 15,847 | 182,966 |

**BWAB 1994 Agreement - Calcuation of Barrels Based on Whiting/Delta Ownership of Point Arguello - Subject to Deductions (barrels of oil)**

| | | January | February | March | April | May | June | July | August | September | October | November | December | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Barrels Attributable to Whiting/Delta Interest | | 15,725 | 12,099 | 17,555 | 17,692 | 15,265 | 15,467 | 15,348 | 15,911 | 13,245 | 13,509 | 15,305 | 15,847 | 182,966 |
| Deductions | Interest | | | | | | | | | | | | | |
| BWAB 1999 Interest | 3.00% | (472) | (363) | (527) | (531) | (458) | (464) | (460) | (477) | (397) | (405) | (459) | (475) | (5,489) |
| Kaiser-Francis Interest | 5.00% | (786) | (605) | (878) | (885) | (763) | (773) | (767) | (796) | (662) | (675) | (765) | (792) | (9,148) |
| Aleron Larson, Jr. Interest | 1.00% | (157) | (121) | (176) | (177) | (153) | (155) | (153) | (159) | (132) | (135) | (153) | (158) | (1,830) |
| Roger Parker Interest | 1.00% | (157) | (121) | (176) | (177) | (153) | (155) | (153) | (159) | (132) | (135) | (153) | (158) | (1,830) |
| MMS Barrels (net)* | 1.01% | (2,621) | (2,017) | (2,926) | (2,949) | (2,544) | (2,578) | (2,558) | (2,652) | (2,207) | (2,251) | (2,551) | (2,641) | (30,494) |
| Total | | (4,193) | (3,227) | (4,681) | (4,718) | (4,071) | (4,124) | (4,093) | (4,243) | (3,532) | (3,602) | (4,081) | (4,226) | (48,791) |
| Barrels Adjusted for Revenue Deductions | | 11,531 | 8,873 | 12,873 | 12,974 | 11,194 | 11,342 | 11,255 | 11,668 | 9,713 | 9,906 | 11,224 | 11,621 | 134,175 |
| BWAB 1994 Interest (%) | | 3.50% | 3.50% | 3.50% | 3.50% | 3.50% | 3.50% | 3.50% | 3.50% | 3.50% | 3.50% | 3.50% | 3.50% | 3.50% |
| BWAB Barrels (1994 Agmt) | | 404 | 311 | 451 | 454 | 392 | 397 | 394 | 408 | 340 | 347 | 393 | 407 | 4,696 |

**BWAB 1999 Agreement - Calcuation of Barrels Based on Whiting/Delta Ownership of Point Arguello - Not Subject to Deductions (barrels of oil)**

| | January | February | March | April | May | June | July | August | September | October | November | December | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Barrels Attributable to Whiting/Delta Interest | 15,725 | 12,099 | 17,555 | 17,692 | 15,265 | 15,467 | 15,348 | 15,911 | 13,245 | 13,509 | 15,305 | 15,847 | 182,966 |
| BWAB 1999 Interest (net) (%) | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% |
| BWAB Barrels (1999 Agmt) | 472 | 363 | 527 | 531 | 458 | 464 | 460 | 477 | 397 | 405 | 459 | 475 | 5,489 |

**BWAB Calculation**

| Description | January | February | March | April | May | June | July | August | September | October | November | December | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BWAB Barrels (1994 Agmt) | 404 | 311 | 451 | 454 | 392 | 397 | 394 | 408 | 340 | 347 | 393 | 407 | 4,696 |
| BWAB Barrels (1999 Agmt) | 472 | 363 | 527 | 531 | 458 | 464 | 460 | 477 | 397 | 405 | 459 | 475 | 5,489 |
| Total | 875 | 674 | 977 | 985 | 850 | 861 | 854 | 886 | 737 | 752 | 852 | 882 | 10,185 |
| **Actual Barrels Used in Payment Calculation** | 1,076 | 828 | 1,201 | 1,210 | 1,044 | 1,058 | 1,050 | 1,089 | 906 | 924 | 1,047 | 1,084 | 12,518 |
| Excess Barrels | 201 | 154 | 224 | 226 | 195 | 197 | 196 | 203 | 169 | 172 | 195 | 202 | 2,333 |
| Realized Price per Barrel | $ 42.02 | $ 47.45 | $ 48.35 | $ 52.22 | $ 52.45 | $ 56.64 | $ 63.44 | $ 60.25 | $ 67.15 | $ 73.36 | $ 81.74 | $ 78.31 | $ 60.06 |
| **Excess Revenue Paid to BWAB** | 8,426 | 7,322 | 10,824 | 11,782 | 10,211 | 11,172 | 12,417 | 12,225 | 11,342 | 12,638 | 15,954 | 15,827 | 140,140 |

**Note:**
* MMS Barrels (net) is calculated as the MMS royalty rate of 1/6 * 6.07%. MMS stands for the Minerals Management Services, the predecessor to the Bureau of Ocean Energy Management Regulation and Enforcement ("BOEMRE"). One of MMS/BOEMRE's responsibilities is the collection of royalty payments from oil and gas production from federal lands.

**Point Arguello**
Calculation of Excess Payments to BWAB
For The Year Ended December 31, 2008

### 2008

| | | January | February | March | April | May | June | July | August | September | October | November | December | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Total Point Arguello Oil Production (barrels of oil) (100% interest)** | | 240,006 | 238,774 | 251,917 | 232,737 | 220,665 | 212,998 | 218,552 | 218,178 | 191,420 | 220,042 | 198,468 | 200,154 | 2,643,911 |
| Delta's Interest in the Point Arguello Leases Acquired from Whiting | | 6.07% | 6.07% | 6.07% | 6.07% | 6.07% | 6.07% | 6.07% | 6.07% | 6.07% | 6.07% | 6.07% | 6.07% | 6.07% |
| Barrels Attributable to Whiting/Delta Interest | | 14,557 | 14,482 | 15,279 | 14,116 | 13,384 | 12,919 | 13,256 | 13,233 | 11,610 | 13,346 | 12,038 | 12,140 | 160,359 |

**BWAB 1994 Agreement - Calcuation of Barrels Based on Whiting/Delta Ownership of Point Arguello - Subject to Deductions (barrels of oil)**

| | Interest | January | February | March | April | May | June | July | August | September | October | November | December | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Barrels Attributable to Whiting/Delta Interest | | 14,557 | 14,482 | 15,279 | 14,116 | 13,384 | 12,919 | 13,256 | 13,233 | 11,610 | 13,346 | 12,038 | 12,140 | 160,359 |
| Deductions | | | | | | | | | | | | | | |
| BWAB 1999 Interest | 3.00% | (437) | (434) | (458) | (423) | (402) | (388) | (398) | (397) | (348) | (400) | (361) | (364) | (4,811) |
| Kaiser-Francis Interest | 5.00% | (728) | (724) | (764) | (706) | (669) | (646) | (663) | (662) | (581) | (667) | (602) | (607) | (8,018) |
| Aleron Larson, Jr. Interest | 1.00% | (146) | (145) | (153) | (141) | (134) | (129) | (133) | (132) | (116) | (133) | (120) | (121) | (1,604) |
| Roger Parker Interest | 1.00% | (146) | (145) | (153) | (141) | (134) | (129) | (133) | (132) | (116) | (133) | (120) | (121) | (1,604) |
| MMS Barrels (net)* | 1.01% | (2,426) | (2,414) | (2,547) | (2,353) | (2,231) | (2,153) | (2,209) | (2,205) | (1,935) | (2,224) | (2,006) | (2,023) | (26,727) |
| Total | | (3,882) | (3,862) | (4,074) | (3,764) | (3,569) | (3,445) | (3,535) | (3,529) | (3,096) | (3,559) | (3,210) | (3,237) | (42,762) |
| Barrels Adjusted for Revenue Deductions | | 10,675 | 10,620 | 11,205 | 10,352 | 9,815 | 9,474 | 9,721 | 9,704 | 8,514 | 9,787 | 8,828 | 8,903 | 117,597 |
| BWAB 1994 Interest (%) | | 3.50% | 3.50% | 3.50% | 3.50% | 3.50% | 3.50% | 3.50% | 3.50% | 3.50% | 3.50% | 3.50% | 3.50% | 3.50% |
| BWAB Barrels (1994 Agmt) | | 374 | 372 | 392 | 362 | 344 | 332 | 340 | 340 | 298 | 343 | 309 | 312 | 4,116 |

**BWAB 1999 Agreement - Calcuation of Barrels Based on Whiting/Delta Ownership of Point Arguello - Not Subject to Deductions (barrels of oil)**

| | January | February | March | April | May | June | July | August | September | October | November | December | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Barrels Attributable to Whiting/Delta Interest | 14,557 | 14,482 | 15,279 | 14,116 | 13,384 | 12,919 | 13,256 | 13,233 | 11,610 | 13,346 | 12,038 | 12,140 | 160,359 |
| BWAB 1999 Interest (net) (%) | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% |
| BWAB Barrels (1999 Agmt) | 437 | 434 | 458 | 423 | 402 | 388 | 398 | 397 | 348 | 400 | 361 | 364 | 4,811 |

**BWAB Calculation**

| Description | January | February | March | April | May | June | July | August | September | October | November | December | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BWAB Barrels (1994 Agmt) | 374 | 372 | 392 | 362 | 344 | 332 | 340 | 340 | 298 | 343 | 309 | 312 | 4,116 |
| BWAB Barrels (1999 Agmt) | 437 | 434 | 458 | 423 | 402 | 388 | 398 | 397 | 348 | 400 | 361 | 364 | 4,811 |
| Total | 810 | 806 | 851 | 786 | 745 | 719 | 738 | 737 | 646 | 743 | 670 | 676 | 8,927 |
| **Actual Barrels Used in Payment Calculation** | 996 | 991 | 1,045 | 966 | 916 | 884 | 907 | 905 | 794 | 913 | 824 | 831 | 10,972 |
| Excess Barrels | 186 | 185 | 195 | 180 | 171 | 165 | 169 | 169 | 148 | 170 | 154 | 155 | 2,045 |
| Realized Price per Barrel | $ 79.34 | $ 81.42 | $ 91.79 | $ 99.49 | $ 111.92 | $ 119.49 | $ 119.25 | $ 102.77 | $ 90.84 | $ 62.87 | $ 42.88 | $ 26.15 | $ 86.37 |
| **Excess Revenue Paid to BWAB** | 14,729 | 15,037 | 17,885 | 17,910 | 19,103 | 19,686 | 20,159 | 17,344 | 13,450 | 10,700 | 6,583 | 4,048 | 176,636 |

**Note:**
* MMS Barrels (net) is calculated as the MMS royalty rate of 1/6 * 6.07%. MMS stands for the Minerals Management Services, the predecessor to the Bureau of Ocean Energy Management Regulation and Enforcement ("BOEMRE"). One of MMS/BOEMRE's responsibilities is the collection of royalty payments from oil and gas production from federal lands.

**Point Arguello**
Calculation of Excess Payments to BWAB
For The Year Ended December 31, 2009

### 2009

| | | January | February | March | April | May | June | July | August | September | October | November | December | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Total Point Arguello Oil Production (barrels of oil) (100% interest)** | | 202,949 | 176,480 | 190,562 | 176,309 | 190,030 | 188,940 | 188,506 | 186,277 | 197,458 | 206,809 | 193,687 | 201,358 | 2,299,365 |
| Delta's Interest in the Point Arguello Leases Acquired from Whiting | | 6.07% | 6.07% | 6.07% | 6.07% | 6.07% | 6.07% | 6.07% | 6.07% | 6.07% | 6.07% | 6.07% | 6.07% | 6.07% |
| Barrels Attributable to Whiting/Delta Interest | | 12,309 | 10,704 | 11,558 | 10,694 | 11,526 | 11,460 | 11,433 | 11,298 | 11,976 | 12,543 | 11,748 | 12,213 | 139,462 |

**BWAB 1994 Agreement - Calcuation of Barrels Based on Whiting/Delta Ownership of Point Arguello - Subject to Deductions (barrels of oil)**

| | Interest | January | February | March | April | May | June | July | August | September | October | November | December | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Barrels Attributable to Whiting/Delta Interest | | 12,309 | 10,704 | 11,558 | 10,694 | 11,526 | 11,460 | 11,433 | 11,298 | 11,976 | 12,543 | 11,748 | 12,213 | 139,462 |
| Deductions | | | | | | | | | | | | | | |
| BWAB 1999 Interest | 3.00% | (369) | (321) | (347) | (321) | (346) | (344) | (343) | (339) | (359) | (376) | (352) | (366) | (4,184) |
| Kaiser-Francis Interest | 5.00% | (615) | (535) | (578) | (535) | (576) | (573) | (572) | (565) | (599) | (627) | (587) | (611) | (6,973) |
| Aleron Larson, Jr. Interest | 1.00% | (123) | (107) | (116) | (107) | (115) | (115) | (114) | (113) | (120) | (125) | (117) | (122) | (1,395) |
| Roger Parker Interest | 1.00% | (123) | (107) | (116) | (107) | (115) | (115) | (114) | (113) | (120) | (125) | (117) | (122) | (1,395) |
| MMS Barrels (net)* | 1.01% | (2,052) | (1,784) | (1,926) | (1,782) | (1,921) | (1,910) | (1,906) | (1,883) | (1,996) | (2,091) | (1,958) | (2,035) | (23,244) |
| Total | | (3,282) | (2,854) | (3,082) | (2,852) | (3,074) | (3,056) | (3,049) | (3,013) | (3,194) | (3,345) | (3,133) | (3,257) | (37,190) |
| Barrels Adjusted for Revenue Deductions | | 9,027 | 7,850 | 8,476 | 7,842 | 8,452 | 8,404 | 8,384 | 8,285 | 8,783 | 9,199 | 8,615 | 8,956 | 102,272 |
| BWAB 1994 Interest (%) | | 3.50% | 3.50% | 3.50% | 3.50% | 3.50% | 3.50% | 3.50% | 3.50% | 3.50% | 3.50% | 3.50% | 3.50% | 3.50% |
| BWAB Barrels (1994 Agmt) | | 316 | 275 | 297 | 274 | 296 | 294 | 293 | 290 | 307 | 322 | 302 | 313 | 3,580 |

**BWAB 1999 Agreement - Calcuation of Barrels Based on Whiting/Delta Ownership of Point Arguello - Not Subject to Deductions (barrels of oil)**

| | January | February | March | April | May | June | July | August | September | October | November | December | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Barrels Attributable to Whiting/Delta Interest | 12,309 | 10,704 | 11,558 | 10,694 | 11,526 | 11,460 | 11,433 | 11,298 | 11,976 | 12,543 | 11,748 | 12,213 | 139,462 |
| BWAB 1999 Interest (net) (%) | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% |
| BWAB Barrels (1999 Agmt) | 369 | 321 | 347 | 321 | 346 | 344 | 343 | 339 | 359 | 376 | 352 | 366 | 4,184 |

**BWAB Calculation**

| Description | January | February | March | April | May | June | July | August | September | October | November | December | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BWAB Barrels (1994 Agmt) | 316 | 275 | 297 | 274 | 296 | 294 | 293 | 290 | 307 | 322 | 302 | 313 | 3,580 |
| BWAB Barrels (1999 Agmt) | 369 | 321 | 347 | 321 | 346 | 344 | 343 | 339 | 359 | 376 | 352 | 366 | 4,184 |
| Total | 685 | 596 | 643 | 595 | 642 | 638 | 636 | 629 | 667 | 698 | 654 | 680 | 7,763 |
| **Actual Barrels Used in Payment Calculation** | 842 | 732 | 791 | 732 | 789 | 784 | 782 | 773 | 819 | 858 | 804 | 836 | 9,542 |
| Excess Barrels | 157 | 137 | 147 | 136 | 147 | 146 | 146 | 144 | 153 | 160 | 150 | 156 | 1,779 |
| Realized Price per Barrel | $ 28.08 | $ 28.99 | $ 41.95 | $ 43.51 | $ 52.44 | $ 61.74 | $ 56.06 | $ 62.52 | $ 60.81 | $ 67.10 | $ 69.19 | $ 66.16 | $ 53.46 |
| **Excess Revenue Paid to BWAB** | 4,408 | 3,957 | 6,183 | 5,934 | 7,708 | 9,023 | 8,174 | 9,008 | 9,288 | 10,734 | 10,366 | 10,304 | 95,086 |

**Note:**
* MMS Barrels (net) is calculated as the MMS royalty rate of 1/6 * 6.07%. MMS stands for the Minerals Management Services, the predecessor to the Bureau of Ocean Energy Management Regulation and Enforcement ("BOEMRE"). One of MMS/BOEMRE's responsibilities is the collection of royalty payments from oil and gas production from federal lands.

**Point Arguello**
Calculation of Excess Payments to BWAB
For The Year Ended December 31, 2010

|  |  | 2010 | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  |  | January | February | March | April | May | June | July | August | September | October | November | December | Total |
| **Total Point Arguello Oil Production (barrels of oil) (100% interest)** | | 185,704 | 157,938 | 175,539 | 174,326 | 175,930 | 173,652 | 176,380 | 169,055 | 184,039 | 177,387 | 171,401 | 185,061 | 2,106,412 |
| Delta's Interest in the Point Arguello Leases Acquired from Whiting | | 6.07% | 6.07% | 6.07% | 6.07% | 6.07% | 6.07% | 6.07% | 6.07% | 6.07% | 6.07% | 6.07% | 6.07% | 6.07% |
| Barrels Attributable to Whiting/Delta Interest | | 11,263 | 9,579 | 10,647 | 10,573 | 10,671 | 10,532 | 10,698 | 10,254 | 11,162 | 10,759 | 10,396 | 11,224 | 127,759 |

**BWAB 1994 Agreement - Calcuation of Barrels Based on Whiting/Delta Ownership of Point Arguello - Subject to Deductions (barrels of oil)**

|  | Interest | January | February | March | April | May | June | July | August | September | October | November | December | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Barrels Attributable to Whiting/Delta Interest | | 11,263 | 9,579 | 10,647 | 10,573 | 10,671 | 10,532 | 10,698 | 10,254 | 11,162 | 10,759 | 10,396 | 11,224 | 127,759 |
| Deductions | | | | | | | | | | | | | | |
| BWAB 1999 Interest | 3.00% | (338) | (287) | (319) | (317) | (320) | (316) | (321) | (308) | (335) | (323) | (312) | (337) | (3,833) |
| Kaiser-Francis Interest | 5.00% | (563) | (479) | (532) | (529) | (534) | (527) | (535) | (513) | (558) | (538) | (520) | (561) | (6,388) |
| Aleron Larson, Jr. Interest | 1.00% | (113) | (96) | (106) | (106) | (107) | (105) | (107) | (103) | (112) | (108) | (104) | (112) | (1,278) |
| Roger Parker Interest | 1.00% | (113) | (96) | (106) | (106) | (107) | (105) | (107) | (103) | (112) | (108) | (104) | (112) | (1,278) |
| MMS Barrels (net)* | 1.01% | (1,877) | (1,597) | (1,774) | (1,762) | (1,778) | (1,755) | (1,783) | (1,709) | (1,860) | (1,793) | (1,733) | (1,871) | (21,293) |
| Total | | (3,004) | (2,554) | (2,839) | (2,820) | (2,845) | (2,809) | (2,853) | (2,734) | (2,977) | (2,869) | (2,772) | (2,993) | (34,069) |
| Barrels Adjusted for Revenue Deductions | | 8,260 | 7,025 | 7,808 | 7,754 | 7,825 | 7,724 | 7,845 | 7,519 | 8,186 | 7,890 | 7,624 | 8,231 | 93,690 |
| BWAB 1994 Interest (%) | | 3.50% | 3.50% | 3.50% | 3.50% | 3.50% | 3.50% | 3.50% | 3.50% | 3.50% | 3.50% | 3.50% | 3.50% | 3.50% |
| BWAB Barrels (1994 Agmt) | | 289 | 246 | 273 | 271 | 274 | 270 | 275 | 263 | 287 | 276 | 267 | 288 | 3,279 |

**BWAB 1999 Agreement - Calcuation of Barrels Based on Whiting/Delta Ownership of Point Arguello - Not Subject to Deductions (barrels of oil)**

|  | January | February | March | April | May | June | July | August | September | October | November | December | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Barrels Attributable to Whiting/Delta Interest | 11,263 | 9,579 | 10,647 | 10,573 | 10,671 | 10,532 | 10,698 | 10,254 | 11,162 | 10,759 | 10,396 | 11,224 | 127,759 |
| BWAB 1999 Interest (net) (%) | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% |
| BWAB Barrels (1999 Agmt) | 338 | 287 | 319 | 317 | 320 | 316 | 321 | 308 | 335 | 323 | 312 | 337 | 3,833 |

**BWAB Calculation**

| Description | January | February | March | April | May | June | July | August | September | October | November | December | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BWAB Barrels (1994 Agmt) | 289 | 246 | 273 | 271 | 274 | 270 | 275 | 263 | 287 | 276 | 267 | 288 | 3,279 |
| BWAB Barrels (1999 Agmt) | 338 | 287 | 319 | 317 | 320 | 316 | 321 | 308 | 335 | 323 | 312 | 337 | 3,833 |
| Total | 627 | 533 | 593 | 589 | 594 | 586 | 596 | 571 | 621 | 599 | 579 | 625 | 7,112 |
| **Actual Barrels Used in Payment Calculation** | 771 | 655 | 728 | 723 | 730 | 721 | 732 | 702 | 764 | 736 | 711 | 768 | 8,741 |
| Excess Barrels | 144 | 122 | 136 | 135 | 136 | 134 | 136 | 131 | 142 | 137 | 133 | 143 | 1,629 |
| Realized Price per Barrel | $ 70.18 | $ 68.86 | $ 73.18 | $ 75.00 | $ 65.14 | $ 66.56 | $ 68.27 | $ 68.75 | $ 67.67 | $ 74.60 | $ 76.85 | $ 81.55 | $ 71.43 |
| **Excess Revenue Paid to BWAB** | 10,080 | 8,412 | 9,936 | 10,113 | 8,864 | 8,940 | 9,314 | 8,990 | 9,633 | 10,236 | 10,189 | 11,674 | 116,380 |

**Note:**
* MMS Barrels (net) is calculated as the MMS royalty rate of 1/6 * 6.07%. MMS stands for the Minerals Management Services, the predecessor to the Bureau of Ocean Energy Management Regulation and Enforcement ("BOEMRE"). One of MMS/BOEMRE's responsibilities is the collection of royalty payments from oil and gas production from federal lands.

**Point Arguello**
Calculation of Excess Payments to BWAB
For The Year Ended December 31, 2011

| | | January | February | March | April | May | June | July | August | September | October | November | December | Total |
|---|---|---:|---:|---:|---:|---:|---:|---:|---:|---:|---:|---:|---:|---:|
| **Total Point Arguello Oil Production (barrels of oil) (100% interest)** | | 177,518 | 155,718 | 174,606 | 163,447 | 170,280 | 160,310 | 144,084 | 153,649 | 137,307 | 147,175 | 148,235 | 152,587 | 1,884,916 |
| Delta's Interest in the Point Arguello Leases Acquired from Whiting | | 6.07% | 6.07% | 6.07% | 6.07% | 6.07% | 6.07% | 6.07% | 6.07% | 6.07% | 6.07% | 6.07% | 6.07% | 6.07% |
| Barrels Attributable to Whiting/Delta Interest | | 10,767 | 9,445 | 10,590 | 9,913 | 10,328 | 9,723 | 8,739 | 9,319 | 8,328 | 8,927 | 8,991 | 9,255 | 114,324 |
| **BWAB 1994 Agreement - Calcuation of Barrels Based on Whiting/Delta Ownership of Point Arguello - Subject to Deductions (barrels of oil)** | | | | | | | | | | | | | | |
| Barrels Attributable to Whiting/Delta Interest | | 10,767 | 9,445 | 10,590 | 9,913 | 10,328 | 9,723 | 8,739 | 9,319 | 8,328 | 8,927 | 8,991 | 9,255 | 114,324 |
| Deductions | Interest | | | | | | | | | | | | | |
| BWAB 1999 Interest | 3.00% | (323) | (283) | (318) | (297) | (310) | (292) | (262) | (280) | (250) | (268) | (270) | (278) | (3,430) |
| Kaiser-Francis Interest | 5.00% | (538) | (472) | (530) | (496) | (516) | (486) | (437) | (466) | (416) | (446) | (450) | (463) | (5,716) |
| Aleron Larson, Jr. Interest | 1.00% | (108) | (94) | (106) | (99) | (103) | (97) | (87) | (93) | (83) | (89) | (90) | (93) | (1,143) |
| Roger Parker Interest | 1.00% | (108) | (94) | (106) | (99) | (103) | (97) | (87) | (93) | (83) | (89) | (90) | (93) | (1,143) |
| MMS Barrels (net)* | 1.01% | (1,794) | (1,574) | (1,765) | (1,652) | (1,721) | (1,621) | (1,457) | (1,553) | (1,388) | (1,488) | (1,498) | (1,542) | (19,054) |
| Total | | (2,871) | (2,519) | (2,824) | (2,644) | (2,754) | (2,593) | (2,330) | (2,485) | (2,221) | (2,380) | (2,398) | (2,468) | (30,487) |
| Barrels Adjusted for Revenue Deductions | | 7,896 | 6,926 | 7,766 | 7,270 | 7,574 | 7,130 | 6,409 | 6,834 | 6,107 | 6,546 | 6,593 | 6,787 | 83,838 |
| BWAB 1994 Interest (%) | | 3.50% | 3.50% | 3.50% | 3.50% | 3.50% | 3.50% | 3.50% | 3.50% | 3.50% | 3.50% | 3.50% | 3.50% | 3.50% |
| BWAB Barrels (1994 Agmt) | | 276 | 242 | 272 | 254 | 265 | 250 | 224 | 239 | 214 | 229 | 231 | 238 | 2,934 |
| **BWAB 1999 Agreement - Calcuation of Barrels Based on Whiting/Delta Ownership of Point Arguello - Not Subject to Deductions (barrels of oil)** | | | | | | | | | | | | | | |
| Barrels Attributable to Whiting/Delta Interest | | 10,767 | 9,445 | 10,590 | 9,913 | 10,328 | 9,723 | 8,739 | 9,319 | 8,328 | 8,927 | 8,991 | 9,255 | 114,324 |
| BWAB 1999 Interest (net) (%) | | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% |
| BWAB Barrels (1999 Agmt) | | 323 | 283 | 318 | 297 | 310 | 292 | 262 | 280 | 250 | 268 | 270 | 278 | 3,430 |
| **BWAB Calculation** | | | | | | | | | | | | | | |
| Description | | | | | | | | | | | | | | |
| BWAB Barrels (1994 Agmt) | | 276 | 242 | 272 | 254 | 265 | 250 | 224 | 239 | 214 | 229 | 231 | 238 | 2,934 |
| BWAB Barrels (1999 Agmt) | | 323 | 283 | 318 | 297 | 310 | 292 | 262 | 280 | 250 | 268 | 270 | 278 | 3,430 |
| Total | | 599 | 526 | 590 | 552 | 575 | 541 | 486 | 519 | 464 | 497 | 500 | 515 | 6,364 |
| **Actual Barrels Used in Payment Calculation** | | **737** | **646** | **725** | **678** | **707** | **665** | **598** | **638** | **570** | **611** | **615** | **633** | **7,822** |
| Excess Barrels | | 137 | 120 | 135 | 126 | 132 | 124 | 111 | 119 | 106 | 114 | 115 | 118 | 1,458 |
| Realized Price per Barrel | | $ 83.13 | $ 86.76 | $ 106.77 | $ 114.08 | $ 104.92 | $ 100.21 | $ 101.69 | $ 93.70 | $ 105.23 | $ 106.75 | $ 111.92 | $ 101.42 | $ 101.20 |
| **Excess Revenue Paid to BWAB** | | 11,414 | 10,450 | 14,420 | 14,422 | 13,819 | 12,425 | 11,333 | 11,136 | 11,176 | 12,153 | 12,832 | 11,970 | 147,551 |

**Note:**
* MMS Barrels (net) is calculated as the MMS royalty rate of 1/6 * 6.07%. MMS stands for the Minerals Management Services, the predecessor to the Bureau of Ocean Energy Management Regulation and Enforcement ("BOEMRE"). One of MMS/BOEMRE's responsibilities is the collection of royalty payments from oil and gas production from federal lands.

**Point Arguello**
Calculation of Excess Payments to BWAB
For The Year Ended December 31, 2012

| | | January | February | March | April | May | June** | July** | August** | September** | October | November*** | December*** | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | **2012** | | | | | | | |
| **Total Point Arguello Oil Production (barrels of oil) (100% interest)** | | 147,190 | 137,890 | 163,042 | 127,432 | 127,525 | NA | NA | NA | NA | 108,696 | | | 811,775 |
| Delta's Interest in the Point Arguello Leases Acquired from Whiting | | 6.07% | 6.07% | 6.07% | 6.07% | 6.07% | NA | NA | NA | NA | 6.07% | | | 6.07% |
| Barrels Attributable to Whiting/Delta Interest | | 8,927 | 8,363 | 9,889 | 7,729 | 7,735 | NA | NA | NA | NA | 6,593 | - | - | 49,236 |
| **BWAB 1994 Agreement - Calcuation of Barrels Based on Whiting/Delta Ownership of Point Arguello - Subject to Deductions (barrels of oil)** | | | | | | | | | | | | | | |
| Barrels Attributable to Whiting/Delta Interest | | 8,927 | 8,363 | 9,889 | 7,729 | 7,735 | NA | NA | NA | NA | 6,593 | - | - | 49,236 |
| Deductions | Interest | | | | | | | | | | | | | |
| BWAB 1999 Interest | 3.00% | (268) | (251) | (297) | (232) | (232) | NA | NA | NA | NA | (198) | - | - | (1,477) |
| Kaiser-Francis Interest | 5.00% | (446) | (418) | (494) | (386) | (387) | NA | NA | NA | NA | (330) | - | - | (2,462) |
| Aleron Larson, Jr. Interest | 1.00% | (89) | (84) | (99) | (77) | (77) | NA | NA | NA | NA | (66) | - | - | (492) |
| Roger Parker Interest | 1.00% | (89) | (84) | (99) | (77) | (77) | NA | NA | NA | NA | (66) | - | - | (492) |
| MMS Barrels (net)* | 1.01% | (1,488) | (1,394) | (1,648) | (1,288) | (1,289) | NA | NA | NA | NA | (1,099) | - | - | (8,206) |
| Total | | (2,381) | (2,230) | (2,637) | (2,061) | (2,063) | NA | NA | NA | NA | (1,758) | - | - | (13,130) |
| Barrels Adjusted for Revenue Deductions | | 6,547 | 6,133 | 7,252 | 5,668 | 5,672 | NA | NA | NA | NA | 4,835 | - | - | 36,106 |
| BWAB 1994 Interest (%) | | 3.50% | 3.50% | 3.50% | 3.50% | 3.50% | | | | | 3.50% | | | 3.50% |
| BWAB Barrels (1994 Agmt) | | 229 | 215 | 254 | 198 | 199 | NA | NA | NA | NA | 169 | - | - | 1,264 |
| **BWAB 1999 Agreement - Calculation of Barrels Based on Whiting/Delta Ownership of Point Arguello - Not Subject to Deductions (barrels of oil)** | | | | | | | | | | | | | | |
| Barrels Attributable to Whiting/Delta Interest | | 8,927 | 8,363 | 9,889 | 7,729 | 7,735 | NA | NA | NA | NA | 6,593 | - | - | 49,236 |
| BWAB 1999 Interest (net) (%) | | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | NA | NA | NA | NA | 3.00% | | | 3.00% |
| BWAB Barrels (1999 Agmt) | | 268 | 251 | 297 | 232 | 232 | NA | NA | NA | NA | 198 | - | - | 1,477 |
| **BWAB Calculation** | | | | | | | | | | | | | | |
| Description | | | | | | | | | | | | | | |
| BWAB Barrels (1994 Agmt) | | 229 | 215 | 254 | 198 | 199 | NA | NA | NA | NA | 169 | - | - | 1,264 |
| BWAB Barrels (1999 Agmt) | | 268 | 251 | 297 | 232 | 232 | NA | NA | NA | NA | 198 | - | - | 1,477 |
| Total | | 497 | 466 | 550 | 430 | 431 | NA | NA | NA | NA | 367 | - | - | 2,741 |
| **Actual Barrels Used in Payment Calculation** | | 611 | 572 | 677 | 529 | 529 | NA | NA | NA | NA | 451 | | | 3,369 |
| Excess Barrels | | 114 | 107 | 126 | 99 | 99 | NA | NA | NA | NA | 84 | - | - | 628 |
| Realized Price per Barrel | | $ 101.97 | $ 109.52 | $ 114.43 | $ 111.97 | $ 101.03 | NA | NA | NA | NA | $ 97.46 | | | $ 106.57 |
| **Excess Revenue Paid to BWAB** | | 11,609 | 11,681 | 14,431 | 11,037 | 9,965 | NA | NA | NA | NA | 8,195 | - | - | 66,918 |

**Note:**

\* MMS Barrels (net) is calculated as the MMS royalty rate of 1/6 * 6.07%. MMS stands for the Minerals Management Services, the predecessor to the Bureau of Ocean Energy Management Regulation and Enforcement ("BOEMRE"). One of MMS/BOEMRE's responsibilities is the collection of royalty payments from oil and gas production from federal lands.

\*\* These amounts were not remitted to BWAB.

\*\*\* Payments for November and December have not been processed.