**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x : | | |
| In re: : : | Chapter 11 | |
| DELTA PETROLEUM CORPORATION, : <u>et</u> <u>al.</u>,[1] : | Case No. 11-14006 (KJC) | |
| : | Jointly Administered | |
| Debtors. : : | | |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x | | |
| DELTA PETROLEUM GENERAL : RECOVERY TRUST : and : PAR PETROLEUM CORPORATION, : : | | |
| Plaintiffs, : : | Adv. Pro. No. 12-50898 (KJC) | |
| v. : : | | |
| BWAB LIMITED LIABILITY : COMPANY, : | | |
| Defendant. : | **Related Docket Nos.: 34, 35, 36, 37** | |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x | | |

## <u>DECLARATION OF SERVICE</u>

        I, Anthony W. Clark, hereby certify that on February 13, 2013, I caused the following documents to be served on the parties listed on <u>Exhibit A</u> attached hereto, by first-class mail, unless otherwise indicated thereon.

---

[1]   The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: Delta Petroleum Corporation (0803); DPCA LLC (0803); Delta Exploration Company, Inc. (9462); Delta Pipeline, LLC (0803); DLC, Inc. (3989); CEC, Inc. (3154); Castle Texas Production Limited Partnership (6054); Amber Resources Company of Colorado (0506); and Castle Exploration Company, Inc. (9007). The Reorganized Debtors' headquarters are located at: 1301 McKinney Street, Suite 2025, Houston, TX 77010.

1. Motion for Summary Judgment Pursuant to Fed. R. Civ. P. 56 and Fed. R. Bankr. P. 7056 (Docket No. 34)

2. Memorandum of Law In Support Of Plaintiffs' Motion for Summary Judgment (Docket No. 35)

3. Declaration of Seth Bullock in Support of Plaintiffs' Motion for Summary Judgment Pursuant to Fed. R. Civ. P. 56 and Fed. R. Bankr. P. 7056 (Docket No. 36)

4. Declaration of Petru Corporation in Support of Plaintiffs' Motion for Summary Judgment Pursuant to Fed. R. Civ. P. 56 and Fed. R. Bankr. P. 7056 (Docket No. 37)

Dated: February 13, 2013
Wilmington, Delaware

/s/ Anthony W. Clark
Anthony W. Clark (I.D. No. 2051)
Kristhy M. Peguero (I.D. No. 4903)
Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

and

Ron Meisler
Ebba Gebisa
Skadden, Arps, Slate, Meagher & Flom LLP
155 North Wacker Drive
Chicago, Illinois 60606-1720
(312) 407-0700

*Counsel for Plaintiffs Delta Petroleum General Recovery Trust and Par Petroleum Corporation*

**Exhibit A**
**Service Parties**

Raymond H. Lemisch, Esq.
Benesch, Friedlander, Coplan & Aronoff LLP
222 Delaware Avenue, Suite 801
Wilmington, DE 19801
**(By Hand Delivery)**

Barry L. Wilkie, Esq.
Stuart N. Bennett, Esq.
Aaron Goldhamer, Esq.
JONES & KELLER, P.C.
1999 Broadway, Suite 3150
Denver, CO 80202