### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| DELTA PETROLEUM CORPORATION, et al., | : | Case No. 11-14006 (KJC) |
| | : | Jointly Administered |
| Debtors. | : | |

| | | |
|---|---|---|
| DELTA PETROLEUM GENERAL RECOVERY TRUST and PAR PETROLEUM CORPORATION | : | |
| Plaintiffs, | : | Adv. Pro. No. 12-50898 (KJC) |
| v. | : | |
| | : | Related Docket Nos. 19, 30 |
| BWAB LIMITED LIABILITY COMPANY, | : | |
| Defendant. | : | |

| | | |
|---|---|---|
| DELTA PETROLEUM GENERAL RECOVERY TRUST and PAR PETROLEUM CORPORATION, | : | |
| Plaintiffs, | : | Adv. Pro. No. 12-50877 (KJC) |
| v. | : | Related Docket Nos. 20, 30 |
| ALERON LARSON, JR., | : | |
| Defendant. | : | |

### AMENDMENT TO SCHEDULING AND MEDIATION ORDERS

The parties stipulate and agree, subject to the Court's approval, to amend the

December 26, 2012 scheduling order (the "Scheduling Order") and the January 31, 2013

Amended Order Assigning Adversary Proceeding To Mediation And Appointing Mediator (the "Mediation Order") in this action as follows:

**IT IS HEREBY ORDERED** that:

1. All fact discovery shall be completed no later than May 31, 2013.

2. Any expert report required pursuant to Fed. R. Civ. P. 26(a)(2)(B) shall be served by the party which bears the burden of proof for that issue no later than June 21, 2013. The opposing party shall file any rebuttal expert report within 21 days after service of the expert report by the party bearing the burden of proof. All expert reports shall provide the information required by Fed. R. Civ. P. 26(a)(2)(B). All expert discovery shall be completed, and discovery shall close, no later than July 26, 2013.

3. All dispositive motions shall be filed and served no later than August 12, 2013, and shall be subject to Rule 7007-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware. Nothing in this Order shall prevent any party from filing a dispositive motion prior to the close of all discovery or the party opposing any dispositive motion from pursuing any rights and remedies provided by Fed. R. Civ. P. 56(d). Briefing on any dispositive motion shall proceed in accordance with Local Rule 7007-1. Oral argument will be conducted only upon leave of Court. The filing of any dispositive motion shall not serve to extend or delay any of the dates or deadlines specified herein.

4. In the event that this adversary proceeding is not settled, dismissed or otherwise resolved before then, trial will be held on _____, 2013, commencing at __:__ _.m.

5. Other than as expressly provided herein, all other terms and provisions of the Scheduling Order and the Mediation Order shall remain in full force and effect.

**[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]**

AGREED TO AND
APPROVED FOR ENTRY:

Dated:   February 21, 2013
             Wilmington, Delaware

| BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP |
|---|---|
| By: */s/ Raymond H. Lemisch*_____ | By: */s/ Anthony W. Clark*_____ |
| Raymond H. Lemisch, Esquire (No. 4204) | Anthony W. Clark (I.D. No. 2051) |
| 222 Delaware Avenue, Suite 801 | Kristhy M. Peguero (I.D. No. 4903) |
| Wilmington, Delaware 19801 | One Rodney Square |
| Telephone: (302) 442-7010 | P.O. Box 636 |
|  | Wilmington, Delaware 19899-0636 |
| and | Telephone: (302) 651-3000 |
|  | Fax: (302) 651-3001 |
| Barry L. Wilkie, Esquire |  |
| Stuart N. Bennett, Esquire | and |
| Jones & Keller, P.C. |  |
| 1999 Broadway, Suite 3150 | Ron E. Meisler |
| Denver, Colorado 80202 | Ebba Gebisa |
| Telephone: (303) 573-1600 | Skadden, Arps, Slate, Meagher & Flom LLP |
|  | 155 N. Wacker Dr. |
| *Counsel for Aleron Larson, Jr. and BWAB Limited Liability Company* | Chicago, Illinois 60606 |
|  | Telephone: (312) 407-0700 |
|  | Fax: (312) 407-0411 |
|  |  |
|  | *Counsel for Plaintiffs Delta Petroleum General Recovery Trust and Par Petroleum Corporation* |

**SO ORDERED:**

Dated:   _____, 2013
             Wilmington, Delaware

_____
KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE

4