# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| DELTA PETROLUEM CORPORATION, et al., | Case No. 11-14006 (KJC) |
|  | Jointly Administered |
| Debtors. |  |
| DELTA PETROLEUM GENERAL RECOVERY TRUST and PAR PETROLEUM CORPORATION, | Adv. Pro No. 12-50898 (KJC) |
| Plaintiffs, | Related Docket Nos. 34, 35, 36, 37 |
| v. |  |
| BWAB LIMITED LIABILITY COMPANY, |  |
| Defendant. |  |
| DELTA PETROLEUM GENERAL RECOVERY TRUST and PAR PETROLEUM CORPORATION, | Adv. Pro No. 12-50877 (KJC) |
| Plaintiffs, | Related Docket Nos. 34, 35, 36, 37 |
| v. |  |
| ALERON LARSON, JR, |  |
| Defendant. |  |

## CERTIFICATION OF COUNSEL REGARDING
## STIPULATED BRIEFING SCHEDULE

Raymond H. Lemisch, Esquire, of Benesch, Friedlander, Coplan & Aronoff LLP, hereby certifies as follows in connection with the above-captioned adversary proceedings:

7553167 v1

1. On February 12, 2013, the above-captioned plaintiffs (the "Plaintiffs") filed motions for summary judgment (the "Summary Judgment Motions") against BWAB Limited Liability Company ("BWAB") and Aleron Larson, Jr. ("Larson").

2. Plaintiffs, BWAB and Larson, by and through their counsel, have agreed to a stipulated briefing schedule in connection with the Summary Judgment Motions. A Stipulated Briefing Schedule (the "Stipulation") is attached hereto as Exhibit A.

4. Attached hereto as Exhibit B is a proposed form of Order approving the terms of the Stipulation, which it is respectfully requested this Court enter.

Dated: February 26, 2013

         **BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**

       By: */s/ Raymond H. Lemisch*
         Raymond H. Lemisch, Esquire (No. 4204)
         222 Delaware Avenue, Suite 801
         Wilmington, DE 19801
         (302) 442-7010 telephone
         (303) 442-7012 facsimile
         rlemisch@beneschlaw.com

         – and –

         Barry L. Wilkie, Esq.
         Stuart N. Bennett, Esq.
         **JONES & KELLER, P.C**
         1999 Broadway, Suite 3150
         Denver, CO  80202
         (303) 573-1600 telephone
         (303) 573-8133 facsimile
         bwilkie@joneskeller.com
         sbennett@joneskeller.com

         *Counsel to BWAB Limited Liability Company*

7553167 v1