# EXHIBIT A

7553167 v1

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - | x : | |
| In re: | : | Chapter 11 |
| | : | |
| DELTA PETROLUEM CORPORATION, | : | Case No. 11-14006 (KJC) |
| <u>et</u> <u>al.</u>, | : | |
| | : | Jointly Administered |
| Debtors. | : | |
| | : | |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - | x : | |
| DELTA PETROLEUM GENERAL | : | |
| RECOVERY TRUST | : | |
| and | : | |
| PAR PETROLEUM CORPORATION, | : | Adv. Pro No. 12-50898 (KJC) |
| | : | |
| Plaintiffs, | : | |
| v. | : | |
| | : | |
| BWAB LIMITED LIABILITY COMPANY, | : | |
| | : | |
| Defendant. | : | |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - | x : | |
| DELTA PETROLEUM GENERAL | : | |
| RECOVERY TRUST | : | |
| and | : | Adv. Pro No. 12-50877 (KJC) |
| PAR PETROLEUM CORPORATION, | : | |
| | : | |
| Plaintiffs, | : | |
| v. | : | |
| | : | |
| ALERON LARSON, JR, | : | |
| | : | |
| Defendant. | : | |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - | x | |

**STIPULATED BRIEFING SCHEDULE**

The undersigned parties hereby stipulate to the following briefing schedule in connection with Delta Petroleum General Recovery Trust and Par Petroleum Corporation ("Plaintiffs") motions for summary judgment against Defendant BWAB Limited Liability Company ("BWAB") and Defendant Aleron Larson, Jr. ("Larson"):

7553167 v1

1.  The time for BWAB and Larson to file their responses to Plaintiffs' motions for summary judgment is extended through and including March 12, 2013.

2.  The time for Plaintiffs to file their reply briefs is extended through and including March 26, 2013.

Dated: February 26, 2013

| | |
|---|---|
| **SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP** | **BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP** |
| /s/ Anthony W. Clark | /s/ Raymond H. Lemisch |
| Anthony W. Clark (No. 2051) | Raymond H. Lemisch (No. 4204) |
| Kristhy M. Peguero (No. 4903) | 222 Delaware Avenue, Suite 801 |
| One Rodney Square | Wilmington, DE 19801 |
| P.O. Box 636 | (302) 442-7010   telephone |
| Wilmington, DE 19899 | (302) 442-7012   facsimile |
| (302) 651-3000   telephone | rlemisch@beneschlaw.com |
| (302) 651-3001   facsimile | |
| | and |
| and | |
| | Barry L. Wilkie, Esq. |
| Ron E. Meisler | Stuart N. Bennett, Esq. |
| Ebba Gebisa | **JONES & KELLER, P.C** |
| **SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP** | 1999 Broadway, Suite 3150 |
| 155 N. Wacker Dr. | Denver, CO  80202 |
| Chicago, IL 60606 | (303) 573-1600 telephone |
| (312) 407-0700 | (303) 573-8133 facsimile |
| (312) 407-0411 | bwilkie@joneskeller.com |
| | sbennett@joneskeller.com |
| *Attorneys for Plaintiffs Delta Petroleum General Recovery Trust and Par Petroleum Corporation* | *Attorneys for BWAB Limited Liability Company and Aleron Larson, Jr.* |