IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| DELTA PETROLUEM, et al., | : | Case No. 11-14006 (KJC) |
| | : | Jointly Administered |
| Debtors. | : | |

| | | |
|---|---|---|
| DELTA PETROLEUM GENERAL RECOVERY TRUST and PAR PETROLEUM CORPORATION, | : : : | |
| | : | Adv. Pro No. 12-50898 (KJC) |
| Plaintiffs, | : | |
| v. | : | |
| | : | |
| BWAB LIMITED LIABILITY COMPANY, | : : | |
| Defendant, Counterclaimant. | : : | |

**NOTICE OF SERVICE OF DISCOVERY**

I, Raymond H. Lemisch, Esquire, hereby certify that on March 11, 2013, a true and complete copy of the following documents were served via First Class Mail, postage prepaid, or Hand Delivery upon the parties named in the attached service list:

1. *BWAB Limited Liability Company's First Set of Written Discovery Requests to Delta Petroleum General Recovery Trust; and*

2. *BWAB Limited Liability Company's First Set of Written Discovery Requests to Par Petroleum Corporation.*

Dated: March 11, 2013

                                               **BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**

                           By:    */s/ Raymond H. Lemisch*
                                            Raymond H. Lemisch, Esquire (No. 4204)
                                            222 Delaware Avenue, Suite 801
                                            Wilmington, DE  19801
                                            (302) 442-7010  telephone
                                            (302) 442-7012  facsimile
                                            rlemisch@beneschlaw.com

                                            - and -

Barry L. Wilkie, Esquire
**JONES & KELLER, P.C.**
1999 Broadway, Suite 3150
Denver, CO 80202
(303) 573-1600  telephone
(303) 573-8133  facsimile
bwilkie@joneskeller.com
sbennett@joneskeller.com

*Counsel to BWAB Limited Liability Company*

7571262 v1

## Service List

| *Via Hand Delivery* | *Via Regular Mail* |
|---|---|
| Anthony W. Clark, Esquire<br>Kristhy M. Peguero, Esquire<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>One Rodney Square<br>P.O. Box 636<br>Wilmington, Delaware 19899-0636 | Ron Meisler, Esquire<br>Ebba Gebisa, Esquire<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>155 North Wacker Drive<br>Chicago, Illinois 60606-1720 |