# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: : | Chapter 11 |
| : | |
| DELTA PETROLUEM, et al., : | Case No. 11-14006 (KJC) |
| : | Jointly Administered |
| Debtors. : | |
| : | |
| DELTA PETROLEUM GENERAL : | |
| RECOVERY TRUST and PAR : | |
| PETROLEUM CORPORATION, : | |
| : | Adv. Pro No. 12-50898 (KJC) |
| Plaintiffs, : | |
| v. : | |
| : | |
| BWAB LIMITED LIABILITY COMPANY, : | |
| : | |
| Defendant, Counterclaimant. : | |

## CERTIFICATE OF SERVICE

I, Raymond H. Lemisch, Esquire, hereby certify that on March 12, 2013, a true and correct copy of *BWAB's Memorandum of Law in Opposition to Plaintiffs' Motion for Summary Judgment Pursuant to Fed. R. Civ. P. 56 and Fed. R. Bankr. P. 7056* was served via First Class Mail, postage prepaid, or Hand Delivery upon the following:

| *Via Hand Delivery* | *Via Regular Mail* |
|---|---|
| Anthony W. Clark, Esquire | Ron Meisler, Esquire |
| Kristhy M. Peguero, Esquire | Ebba Gebisa, Esquire |
| Skadden, Arps, Slate, Meagher & Flom LLP | Skadden, Arps, Slate, Meagher & Flom LLP |
| One Rodney Square | 155 North Wacker Drive |
| Wilmington, DE  19801 | Chicago, IL  60606-1720 |

Dated:  March 12, 2013             **BENESCH, FRIEDLANDER, COPLAN**
                                                     **& ARONOFF LLP**

                                    By:     */s/ Raymond H. Lemisch*
                                            Raymond H. Lemisch, Esquire (No. 4204)
                                            222 Delaware Avenue, Suite 801
                                            Wilmington, DE  19801
                                            (302) 442-7010  telephone
                                            (302) 442-7012  facsimile
                                            rlemisch@beneschlaw.com

                                            - and -

7572536 v1

2

Barry L. Wilkie, Esquire
**JONES & KELLER, P.C.**
1999 Broadway, Suite 3150
Denver, CO  80202
(303) 573-1600  telephone
(303) 573-8133  facsimile
bwilkie@joneskeller.com
sbennett@joneskeller.com

*Counsel to BWAB Limited Liability Company*

2

7572536 v1