## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - | x : | |
| In re: | : : | Chapter 11 |
| DELTA PETROLEUM CORPORATION, et al., | : : : | Case No. 11-14006 (KJC) |
| | : | Jointly Administered |
| Debtors. | : : : | |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - | x : | |
| DELTA PETROLEUM GENERAL RECOVERY TRUST and PAR PETROLEUM CORPORATION, | : : : : : | Adv. Pro No. 12-50877 (KJC) |
| Plaintiffs, | : : | Related Docket Nos. 34, 35, 36, 37, 41, 42 |
| v. | : : | |
| ALERON LARSON, JR, | : : | |
| Defendant. | : | |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - | x | |
| DELTA PETROLEUM GENERAL RECOVERY TRUST and PAR PETROLEUM CORPORATION, | : : : : : : | Adv. Pro No. 12-50898 (KJC) |
| Plaintiffs, | : | |
| v. | : : | Related Docket Nos. 34, 35, 36, 37, 41, 42 |
| BWAB LIMITED LIABILITY COMPANY, | : : | |
| Defendant. | : : | |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - | x | |

**CERTIFICATION OF COUNSEL IN SUPPORT OF ENTRY OF ORDER
APPROVING STIPULATION AMENDING BRIEFING SCHEDULE**

The undersigned counsel for Delta Petroleum General Recovery Trust (the "Trust") and Par Petroleum Corporation ("Par," and together with the Trust, the "Plaintiffs") hereby certifies as follows:

Pursuant to the stipulation (the "Stipulation")[1], attached hereto as Exhibit 1, the Plaintiffs, Aleron Larson, Jr. ("Larson") and BWAB Limited Liability Company ("BWAB") have agreed to amend the stipulated briefing schedule entered on February 27, 2013 (Adv. Pro. No. 12-50877; D.I. 42) (Adv. Pro. No. 12-50898; D.I. 42).

**[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]**

---

[1] Terms not otherwise defined herein shall have the meanings ascribed to them in the Stipulation.

WHEREFORE, the Plaintiffs respectfully request that the Court enter an order approving the Stipulation at its earliest convenience.

Dated: Wilmington, Delaware
       March 25, 2013

                                    */s/ Anthony W. Clark*
                                    Anthony W. Clark (I.D. No. 2051)
                                    Kristhy M. Peguero (I.D. No. 4903)
                                    Skadden, Arps, Slate, Meagher & Flom LLP
                                    One Rodney Square
                                    P.O. Box 636
                                    Wilmington, Delaware 19899-0636
                                    Telephone: (302) 651-3000
                                    Fax: (302) 651-3001

                                    - and -

                                    Ron E. Meisler
                                    Skadden, Arps, Slate, Meagher & Flom LLP
                                    155 N. Wacker Dr.
                                    Chicago, Illinois 60606
                                    Telephone: (312) 407-0700
                                    Fax: (312) 407-0411

                                    *Counsel for Plaintiffs Delta Petroleum General*
                                    *Recovery Trust and Par Petroleum Corporation*