## EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------- x
:
In re:                                : Chapter 11
:
DELTA PETROLEUM CORPORATION,          : Case No. 11-14006 (KJC)
et al.,                               :
                                      : Jointly Administered
         Debtors.                     :
                                      :
------------------------------------- x
DELTA PETROLEUM GENERAL               :
RECOVERY TRUST                        :
and                                   :
PAR PETROLEUM CORPORATION,            : Adv. Pro No. 12-50877 (KJC)
                                      :
         Plaintiffs,                  : Related Docket Nos. 34, 35, 36, 37, 41,
v.                                    : 42
                                      :
ALERON LARSON, JR,                    :
                                      :
         Defendant.                   :
------------------------------------- x
DELTA PETROLEUM GENERAL               :
RECOVERY TRUST                        :
and                                   :
PAR PETROLEUM CORPORATION,            :
                                      : Adv. Pro No. 12-50898 (KJC)
         Plaintiffs,                  :
v.                                    : Related Docket Nos. 34, 35, 36, 37, 41,
                                      : 42
BWAB LIMITED LIABILITY COMPANY,       :
                                      :
         Defendant.                   :
                                      :
------------------------------------- x

## STIPULATION AMENDING BRIEFING SCHEDULE

**WHEREAS,** on February 26, 2013, Delta Petroleum General Recovery Trust (the "Trust," and together with Par Petroleum Corporation, the "Plaintiffs"), Aleron Larson, Jr. ("Larson") and BWAB Limited Liability Company ("BWAB," and

together with the Plaintiffs and Larson, the "Parties") filed a stipulated briefing schedule (Adv. Pro. No. 12-50877; D.I. 41) (Adv. Pro. No. 12-50898; D.I. 41) with respect to the Plaintiffs' motions for summary judgment (Adv. Pro. No. 12-50877; D.I. 34-37) (Adv. Pro. No. 12-50898; D.I. 34-37);

**WHEREAS,** on February 27, 2013, the Court entered an order approving the stipulated briefing schedule (Adv. Pro. No. 12-50877; D.I. 42) (Adv. Pro. No. 12-50898; D.I. 42) (the "Briefing Schedule");

**WHEREAS,** the Parties have agreed to amend the Briefing Schedule;

**NOW, THEREFORE,** for and in consideration of the foregoing, the Parties, through their undersigned counsel, stipulate and agree, subject to approval of the Court, that the time within which the Plaintiffs may file their reply to Larson and BWAB's responses to the Plaintiffs' motions for summary judgment is extended through and including April 5, 2013.

**[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]**

Dated: March 25, 2013
Wilmington, Delaware

| BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP |
|---|---|

By: /s/ Raymond H. Lemish
Raymond H. Lemisch, Esquire (No. 4204)
222 Delaware Avenue, Suite 801
Wilmington, Delaware 19801
Telephone: (302) 442-7010

and

Barry L. Wilkie, Esquire
Stuart N. Bennett, Esquire
Jones & Keller, P.C.
1999 Broadway, Suite 3150
Denver, Colorado 80202
Telephone: (303) 573-1600

*Counsel for Aleron Larson, Jr. and BWAB Limited Liability Company*

By: /s/ Anthony W. Clark
Anthony W. Clark (I.D. No. 2051)
Kristhy M. Peguero (I.D. No. 4903)
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899-0636
Telephone: (302) 651-3000
Fax: (302) 651-3001

and

Ron E. Meisler
Skadden, Arps, Slate, Meagher & Flom LLP
155 N. Wacker Dr.
Chicago, Illinois 60606
Telephone: (312) 407-0700
Fax: (312) 407-0411

*Counsel for the Reorganized Debtors and Delta Petroleum General Recovery Trust*