**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x
                                            :
In re:                                      :   Chapter 11
                                            :
DELTA PETROLEUM CORPORATION, et             :   Case No. 11-14006 (KJC)
al.,                                        :
                                            :   Jointly Administered
              Debtors.                      :
                                            :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x
DELTA PETROLEUM GENERAL                     :
RECOVERY TRUST                              :
AND                                         :
PAR PETROLEUM CORPORATION,                  :
                                            :   Adv. Pro. No. 12-50877 (KJC)
              Plaintiffs,                   :
                                            :
   v.                                       :
                                            :
ALERON LARSON, JR.                          :
                                            :
              Defendant.                    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x
DELTA PETROLEUM GENERAL                     :
RECOVERY TRUST                              :
AND                                         :
PAR PETROLEUM CORPORATION,                  :
                                            :   Adv. Pro. No. 12-50898 (KJC)
              Plaintiffs,                   :
                                            :
   v.                                       :
                                            :
BWAB LIMITED LIABILITY COMPANY,             :
                                            :
              Defendant.                    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x
```

**SECOND STATUS REPORT**

Pursuant to the Scheduling Orders entered by the Court on December 26, 2012 (Adv. Pro. No. 12-50877; D.I. 20) (Adv. Pro. No. 12-50898; D.I. 19), Delta Petroleum General Recovery Trust (the "Trust") and Par Petroleum Corporation (together, "Plaintiffs"), by and through their undersigned counsel of record, hereby file this status report[1] with respect to the related above-captioned adversary proceedings.

On January 31, 2013, Roger Parker filed a Suggestion of Bankruptcy (Adv. Pro. No. 12-50876; D.I. 35) in the Parker adversary proceeding. In light of Roger Parker's chapter 11 bankruptcy proceeding in Colorado, the Plaintiffs and Delia Parker agreed to stay the Adversary Proceeding as against Delia Parker (Adv. Pro. No. 12-50876; D.I. 38). The Court entered an order to that effect on February 27, 2013 (Adv. Pro. No. 12-50876; D.I. 39).

On February 12, 2013, Plaintiffs filed motions for summary judgment (the "Summary Judgment Motions") in the adversary proceedings pending against Aleron Larson, Jr. ("Larson") and BWAB Limited Liability Company ("BWAB") (Adv. Pro. No. 12-50877; D.I. 34-37) (Adv. Pro. No. 12-50898; D.I. 34-37).

On February 21, 2013, the Plaintiffs, Larson and BWAB (collectively, the "Parties") filed an amended scheduling order providing for, among other things,

---

[1] The first status report was filed on February 8, 2013 (Adv. Pro. No. 12-50877; D.I. 32) (Adv. Pro. No. 12-50898; D.I. 32)

additional time to complete fact discovery (Adv. Pro. No. 12-50877; D.I. 39) (Adv. Pro. No. 12-50898; D.I. 39).  Under the amended scheduling order entered by the Court on February 25, 2013 (the "Amended Scheduling Order"), the period within which to complete fact discovery was extended to May 31, 2013 (Adv. Pro. No. 12-50877; D.I. 40) (Adv. Pro. No. 12-50898; D.I. 40).

The Parties subsequently entered into a stipulated briefing schedule providing Larson and BWAB with an additional two weeks to respond to the Summary Judgment Motions (Adv. Pro. No. 12-50877; D.I. 41) (Adv. Pro. No. 12-50898; D.I. 41).  The Court entered the stipulated briefing schedule on February 27, 2013 (Adv. Pro. No. 12-50877; D.I. 42) (Adv. Pro. No. 12-50898; D.I. 42).

Pursuant to the Amended And Restated Order Approving Stipulation Resolving Emergency Motion Of Reorganized Debtors And Delta Petroleum General Recovery Trust For Entry Of An Order Enforcing The Provisions Of Debtors' Confirmed Plan And The Confirmation Order And To Adversary Proceedings Nos. 12-50877 And 12-50898 (Case No. 11-14006 (KJC); Docket No. 1208) (the "Stipulated Escrow Order"), the Reorganized Debtors made escrow deposits with the Court on February 28, 2013.  (Case No. 11-14006 (KJC); Docket Nos. 1238-39, 1281-82)

On March 11, 2013, Larson and BWAB served written discovery requests on the Plaintiffs (Adv. Pro. No. 12-50877; D.I. 43) (Adv. Pro. No. 12-50898; D.I. 43).

The following day, Larson and BWAB filed responses to the Summary Judgment Motions (Adv. Pro. No. 12-50877; D.I. 44) (Adv. Pro. No. 12-50898; D.I. 44), and motions to permit discovery pursuant to Federal Rule of Civil Procedure 56(d) and Federal Rule of Bankruptcy Procedure 7056 prior to a decision on the Summary Judgment Motions (Adv. Pro. No. 12-50877; D.I. 45) (Adv. Pro. No. 12-50898; D.I. 45) (the "Rule 56(d) Motions").

The Parties subsequently entered into an amended stipulated briefing schedule providing the Plaintiffs with an additional two weeks to file a reply in support of the Summary Judgment Motions (Adv. Pro. No. 12-50877; D.I. 46) (Adv. Pro. No. 12-50898; D.I. 46). The Court entered the amended briefing schedule on March 26, 2013 (Adv. Pro. No. 12-50877; D.I. 47) (Adv. Pro. No. 12-50898; D.I. 47).

That same day, the Plaintiffs filed objections to the Rule 56(d) Motions (Adv. Pro. No. 12-50877; D.I. 48) (Adv. Pro. No. 12-50898; D.I. 48).

**[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]**

In accordance with the amended orders assigning the adversary proceedings to mediation (Adv. Pro. No. 12-50877; D.I. 30) (Adv. Pro. No. 12-50898; D.I. 30), the Parties are in the process of scheduling mediation to begin promptly after the filing of the Plaintiffs' reply briefs.

Dated: March 26, 2013
       Wilmington, Delaware

/s/ Kristhy M. Peguero
Anthony W. Clark (I.D. No. 2051)
Kristhy M. Peguero (I.D. No. 4903)
Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

and

Ron Meisler
Skadden, Arps, Slate, Meagher & Flom LLP
155 North Wacker Drive
Chicago, Illinois 60606-1720
(312) 407-0700

*Counsel for Plaintiffs Delta Petroleum General Recovery Trust and Par Petroleum Corporation*