IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| DELTA PETROLEUM, *et al.*, | : | Case No. 11-14006 (KJC) |
| | : | (Jointly Administered) |
| Debtors. | : | |
| | : | |
| DELTA PETROLEUM GENERAL RECOVERY TRUST and PAR PETROLEUM CORPORATION, | : | |
| | : | |
| Plaintiffs, | : | |
| v. | : | Adv. No. 12-50898 (KJC) |
| | : | |
| BWAB LIMITED LIABILITY COMPANY, | : | |
| | : | **Re: Docket Nos. 45, 48 and 51** |
| Defendant, Counterclaimant. | : | |

## REQUEST FOR ORAL ARGUMENT

Defendant BWAB Limited Liability Company, by and through its undersigned counsel, hereby requests that oral argument on its *Motion to Permit Discovery Pursuant to Fed. R. Bankr. P. 7056 and Fed. R. Civ. P. 56(d) Prior to Decision Regarding Plaintiffs' Motion for Summary Judgment* [D.I. 45] be scheduled to be heard at the earliest convenience of the Court.

Dated: April 10, 2013

                                      **BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**

                   By:   */s/ Raymond H. Lemisch*
                        Raymond H. Lemisch, Esquire (No. 4204)
                        222 Delaware Avenue, Suite 801
                        Wilmington, DE  19801
                        (302) 442-7010  telephone
                        (302) 442-7012  facsimile
                        rlemisch@beneschlaw.com

                        - and -

7608176 v1

- 2 -

          Barry L. Wilkie, Esquire
          Stuart N. Bennett, Esquire
          **JONES & KELLER, P.C.**
          1999 Broadway, Suite 3150
          Denver, CO  80202
          (303) 573-1600  telephone
          (303) 573-8133  facsimile
          bwilkie@joneskeller.com
          sbennett@joneskeller.com

          *Counsel to BWAB Limited Liability Company*

- 2 -