**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

|  |  |
|---|---|
| In re: | Chapter 11 |
| DELTA PETROLEUM CORPORATION, <u>et</u> <u>al.</u>, | Case No. 11-14006 (KJC) |
|  | Jointly Administered |
| Debtors. |  |

- - - - - - - - - - - - - - - - - - - - - - - - - - x

|  |  |
|---|---|
| DELTA PETROLEUM GENERAL RECOVERY TRUST and PAR PETROLEUM CORPORATION, |  |
| Plaintiffs, | Adv. Pro. No. 12-50898 (KJC) |
| v. |  |
| BWAB LIMITED LIABILITY COMPANY, |  |
| Defendant. |  |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**NOTICE OF SERVICE OF DISCOVERY**

PLEASE TAKE NOTICE that the undersigned counsel for above-captioned plaintiffs (the "Plaintiffs") hereby certifies as follows:

I am not less than 18 years of age, and on April 10, 2013, I caused copies of the following documents to be served upon the parties listed on Exhibit 1 attached hereto in the manner indicated.

    1.    Responses and Objections to BWAB Limited Liability Company's First Set of Written Discovery Requests to Delta Petroleum General Recovery Trust

2.      Responses and Objections to BWAB Limited Liability Company's
        First Set of Written Discovery Requests to Par Petroleum Corporation


Dated: April 10, 2013
       Wilmington, Delaware


                                    */s/ Anthony W. Clark*
                                    Anthony W. Clark (I.D. No. 2051)
                                    Kristhy M. Peguero (I.D. No. 4903)
                                    Skadden, Arps, Slate, Meagher & Flom LLP
                                    One Rodney Square
                                    P.O. Box 636
                                    Wilmington, Delaware 19899-0636
                                    Telephone: (302) 651-3000
                                    Fax: (302) 651-3001

                                    - and -

                                    Ron E. Meisler
                                    David R. Pehlke
                                    Skadden, Arps, Slate, Meagher & Flom LLP
                                    155 N. Wacker Dr.
                                    Chicago, Illinois 60606
                                    Telephone: (312) 407-0700
                                    Fax: (312) 407-0411

                                    *Counsel for Plaintiffs Delta Petroleum General
                                    Recovery Trust and Par Petroleum Corporation*

<u>EXHIBIT 1</u>

Raymond H. Lemisch, Esq.
BENESCH, FRIEDLANDER, COPLAN
 & ARONOFF LLP
222 Delaware Avenue, Suite 801
Wilmington, DE 19801
**(By Hand Delivery)**

Barry L. Wilkie, Esq.
Stuart N. Bennett, Esq.
Aaron Goldhamer, Esq.
JONES & KELLER, P.C.
1999 Broadway, Suite 3150
Denver, CO 80202
**(By First-class Mail)**