IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                       :
In re:                                 :   Chapter 11
                                       :
DELTA PETROLEUM CORPORATION,           :   Case No. 11-14006 (KJC)
et al.,                                :
                                       :   Jointly Administered
                Debtors.               :
                                       :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
DELTA PETROLEUM GENERAL                :
RECOVERY TRUST                         :
and                                    :
PAR PETROLEUM CORPORATION,             :
                                       :   Adv. Pro. No. 12-50898 (KJC)
                Plaintiffs,            :
                                       :
    v.                                 :
                                       :
BWAB LIMITED LIABILITY                 :
COMPANY,                               :
                                       :
                Defendant.             :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
```

**PLAINTIFFS' NOTICE OF COMPLETION OF BRIEFING**

On February 12, 2013, Plaintiffs Delta Petroleum General Recovery Trust and Par Petroleum Corporation (the "Plaintiffs") filed a Motion for Summary Judgment Pursuant to Fed. R. Civ. P. 56 and Fed. R. Bankr. P. 7056 (Docket No. 34) (the "Summary Judgment Motion") with respect to the Plaintiffs' Amended Complaint (the "Amended Complaint") (Docket No. 22). Briefing was completed on April 5, 2013.

The following filings relate to the Summary Judgment Motion:

1. Amended Complaint for Avoidance and/or Discharge Of Interests, Enforcement of Bar Date Order, and Recovery of Property of the Estate (Docket No. 22)

2. Motion for Summary Judgment Pursuant to Fed. R. Civ. P. 56 and Fed. R. Bankr. P. 7056 (Docket No. 34)

3. Memorandum of Law In Support Of Plaintiffs' Motion for Summary Judgment (Docket No. 35)

4. Declaration of Seth Bullock in Support of Plaintiffs' Motion for Summary Judgment Pursuant to Fed. R. Civ. P. 56 and Fed. R. Bankr. P. 7056 (Docket No. 36)

5. Declaration of Petru Corporation in Support of Plaintiffs' Motion for Summary Judgment Pursuant to Fed. R. Civ. P. 56 and Fed. R. Bankr. P. 7056 (Docket No. 37)

6. BWAB's Memorandum of Law in Opposition to Plaintiffs' Motion for Summary Judgment Pursuant to Fed. R. Civ. P. 56 and Fed. R. Bankr. P. 7056 (Docket No. 44)

7. BWAB's Motion to Permit Discovery Pursuant to Fed. R. Bankr. P. 7056 and Fed. R. Civ. P. 56(d) Prior to Decision Regarding Plaintiffs' Motion for Summary Judgment (Adv. D.I. 34) (Docket No. 45)

8. Plaintiffs' Objection to BWAB's Motion to Permit Discovery Pursuant to Fed. R. Bankr. P. 7056 and Fed. R. Civ. P. 56(d) Prior to Decision Regarding Plaintiffs' Motion for Summary Judgment (Docket No. 48)

9. BWAB's Reply in Support of its Motion to Permit Discovery Pursuant to Fed. R. Bankr. P. 7056 and Fed. R. Civ. P. 56(d) Prior to Decision Regarding Plaintiffs' Motion for Summary Judgment (Adv. D.I. 34, 45) (Docket No. 51)

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

10. Reply Memorandum in Support of Plaintiffs' Motion for Summary Judgment (Docket No. 52)

11. Request for Oral Argument (Docket No. 53)

12. Plaintiffs' Request for Oral Argument (Docket No. 55)

Dated:    April 12, 2013
          Wilmington, Delaware

*/s/ Anthony W. Clark*
Anthony W. Clark (I.D. No. 2051)
Kristhy M. Peguero (I.D. No. 4903)
Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899-0636
Telephone: (302) 651-3000
Fax: (302) 651-3001

- and -

Ron E. Meisler
David R. Pehlke
Skadden, Arps, Slate, Meagher & Flom LLP
155 N. Wacker Dr.
Chicago, Illinois 60606
Telephone: (312) 407-0700
Fax: (312) 407-0411

*Counsel for Plaintiffs Delta Petroleum General Recovery Trust and Par Petroleum Corporation*

## CERTIFICATE OF SERVICE

I, Anthony W. Clark, hereby certify that on April 12, 2013, I caused the foregoing **Plaintiffs' Notice of Completion of Briefing** to be served on the parties listed below in the manner indicated thereon.

Raymond H. Lemisch, Esq.  
BENESCH, FRIEDLANDER, COPLAN  
 & ARONOFF LLP  
222 Delaware Avenue, Suite 801  
Wilmington, DE 19801  
**(By Hand Delivery)**

Barry L. Wilkie, Esq.  
Stuart N. Bennett, Esq.  
Aaron Goldhamer, Esq.  
JONES & KELLER, P.C.  
1999 Broadway, Suite 3150  
Denver, CO 80202  
**(By First-class Mail)**

*/s/ Anthony W. Clark*  
Anthony W. Clark