IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: : | Chapter 11 |
| DELTA PETROLEUM CORPORATION, : *et al.*, : | Case No. 11-14006 (KJC) (Jointly Administered) |
| Debtors. : | |
| Delta Petroleum General Recovery Trust and Par Petroleum Corporation, : | |
| Plaintiffs, : v. : | Adv. No. 12-50898 (KJC) |
| BWAB Limited Liability Company, : | **Re: Docket Nos. 45, 48, 51, 53 and 55** |
| Defendant. : | |

## NOTICE OF COMPLETION OF BRIEFING

PLEASE TAKE NOTICE that briefing concerning *BWAB's Motion to Permit Discovery Pursuant to Fed. R. Bankr. P. 7056 and Fed. R. Civ. P. 56(d) Prior to Decision Regarding Plaintiffs' Motion for Summary Judgment* [D. I. 45] has been completed. Pleadings relevant to this matter are as follows:

1. BWAB's Motion to Permit Discovery Pursuant to Fed. R. Bankr. P. 7056 and Fed. R. Civ. P. 56(d) Prior to Decision Regarding Plaintiffs' Motion for Summary Judgment filed 3/12/13 [D.I. 45]

2. Plaintiffs' Objection to BWAB's Motion to Permit Discovery Pursuant to Fed. R. Bankr. P. 7056 and Fed. R. Civ. P. 56(d) Prior to Decision Regarding Plaintiffs' Motion for Summary Judgment filed 3/26/13 [D.I. 48]

3. BWAB's Reply in Support of its Motion to Permit Discovery Pursuant to Fed. R. Bankr. P. 7056 and Fed. R. Civ. P. 56(d) Prior to Decision Regarding Plaintiffs' Motion for Summary Judgment filed 4/05/13 [D.I. 51]

4. BWAB's Request for Oral Argument filed 4/10/13 [D.I. 53]

7612336 v1

5. Plaintiffs' Request for Oral Argument filed 4/12/13 [D.I. 55]

Counsel respectfully submits that this matter is ready for disposition.

Dated: April 15, 2013

By: 

**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**

/s/ Raymond H. Lemisch
Raymond H. Lemisch, Esquire (No. 4204)
222 Delaware Avenue, Suite 801
Wilmington, DE 19801
(302) 442-7010 (Telephone)
(302) 442-7012 (Facsimile)
rlemisch@beneschlaw.com

- and -

Barry L. Wilkie, Esquire
Stuart N. Bennett, Esquire
**JONES & KELLER, P.C.**
1999 Broadway, Suite 3150
Denver, CO 80202
(302) 573-1600 telephone
(302) 573-8133 facsimile
bwilkie@joneskeller.com
sbennett@joneskeller.com

*Counsel to BWAB Limited Liability Company*