IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| DELTA PETROLEUM, *et al.*, | : | Case No. 11-14006 (KJC) |
| | : | (Jointly Administered) |
| Debtors. | : | |
| | : | |
| DELTA PETROLEUM GENERAL RECOVERY TRUST and PAR PETROLEUM CORPORATION, | : | |
| | : | |
| Plaintiffs, | : | |
| v. | : | Adv. No. 12-50898 (KJC) |
| | : | |
| BWAB LIMITED LIABILITY COMPANY, | : | **Re: Docket Nos. 45, 48 and 51** |
| Defendant, Counterclaimant. | : | |

## NOTICE OF HEARING

PLEASE TAKE NOTICE THAT oral argument on Defendant BWAB Limited Liability Company's *Motion to Permit Discovery Pursuant to Fed. R. Bankr. P. 7056 and Fed. R. Civ. P. 56(d) Prior to Decision Regarding Plaintiffs' Motion for Summary Judgment* [D.I. 45] has been scheduled by the Court for May 29, 2013 at 4:00 p.m.

Dated: May 1, 2013

                              **BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**

            By:   */s/ Raymond H. Lemisch*
                  Raymond H. Lemisch, Esquire (No. 4204)
                  222 Delaware Avenue, Suite 801
                  Wilmington, DE 19801
                  (302) 442-7010 telephone
                  (302) 442-7012 facsimile
                  rlemisch@beneschlaw.com

                  - and -

7635771 v1

- 2 -

        Barry L. Wilkie, Esquire
        Stuart N. Bennett, Esquire
        **JONES & KELLER, P.C.**
        1999 Broadway, Suite 3150
        Denver, CO  80202
        (303) 573-1600  telephone
        (303) 573-8133  facsimile
        bwilkie@joneskeller.com
        sbennett@joneskeller.com

        *Counsel to BWAB Limited Liability Company*