**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - | x | |
| | : | |
| In re: | : | Chapter 11 |
| | : | |
| DELTA PETROLEUM CORPORATION, <u>et al.</u>, | : | Case No. 11-14006 (KJC) |
| | : | |
| | : | Jointly Administered |
| Debtors. | : | |
| | : | |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - | x | |
| DELTA PETROLEUM GENERAL RECOVERY TRUST AND PAR PETROLEUM CORPORATION, | : | |
| | : | Adv. Pro. No. 12-50877 (KJC) |
| Plaintiffs, | : | |
| v. | : | |
| ALERON LARSON, JR. | : | |
| Defendant. | : | |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - | x | |
| DELTA PETROLEUM GENERAL RECOVERY TRUST AND PAR PETROLEUM CORPORATION, | : | |
| | : | Adv. Pro. No. 12-50898 (KJC) |
| Plaintiffs, | : | |
| v. | : | |
| BWAB LIMITED LIABILITY COMPANY, | : | |
| Defendant. | : | |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - | x | |

## THIRD STATUS REPORT

Pursuant to the Scheduling Orders entered by the Court on December 26, 2012 (Adv. Pro. No. 12-50877; D.I. 20) (Adv. Pro. No. 12-50898; D.I. 19), Delta Petroleum General Recovery Trust and Par Petroleum Corporation (together, "Plaintiffs"), by and through their undersigned counsel, hereby file this status report[1] with respect to the above-captioned adversary proceedings.

On April 10, 2013, Plaintiffs served written discovery requests on the Defendants (Adv. Pro. No. 12-50877; D.I. 54) (Adv. Pro. No. 12-50898; D.I. 54).

On April 12, 2013, Plaintiffs filed notices of completion of briefing (Adv. Pro. No. 12-50877; D.I. 56) (Adv. Pro. No. 12-50898; D.I. 56) and requests for oral argument (Adv. Pro. No. 12-50877; D.I. 55) (Adv. Pro. No. 12-50898; D.I. 55) in connection with their motions for summary judgment (the "Summary Judgment Motions") in the adversary proceedings pending against Aleron Larson, Jr. ("Larson") and BWAB Limited Liability Company ("BWAB," and together with Larson, the "Defendants").

Defendants filed requests for oral argument on April 10, 2013 (Adv. Pro. No. 12-50877; D.I. 53) (Adv. Pro. No. 12-50898; D.I. 53) and notices of completion of briefing (Adv. Pro. No. 12-50877; D.I. 57) (Adv. Pro. No. 12-50898; D.I. 57) in connection with their motions to permit discovery pursuant to Federal

---

[1] The first status report was filed on February 8, 2013 (Adv. Pro. No. 12-50877; D.I. 32) (Adv. Pro. No. 12-50898; D.I. 32); the second on March 26, 2013 (Adv. Pro. No. 12-50877; D.I. 49) (Adv. Pro. No. 12-50898; D.I. 49).

Rule of Civil Procedure 56(d) and Federal Rule of Bankruptcy Procedure 7056 prior to a decision on the Summary Judgment Motions (Adv. Pro. No. 12-50877; D.I. 45) (Adv. Pro. No. 12-50898; D.I. 45) (the "Rule 56(d) Motions") on April 15, 2013.

The Rule 56(d) Motions are scheduled for oral argument on May 29, 2013 at 2:30 p.m. (Eastern) (Adv. Pro. No. 12-50877; D.I. 63) (Adv. Pro. No. 12-50898; D.I. 63).

Pursuant to the Amended And Restated Order Approving Stipulation Resolving Emergency Motion Of Reorganized Debtors And Delta Petroleum General Recovery Trust For Entry Of An Order Enforcing The Provisions Of Debtors' Confirmed Plan And The Confirmation Order And To Adversary Proceedings Nos. 12-50877 And 12-50898 (Case No. 11-14006 (KJC); D.I. 1208) (the "Stipulated Escrow Order"), the Reorganized Debtors made an escrow deposit with the Court on April 3, 2013.  (Case No. 11-14006 (KJC); D.I. 1320, 1321)

**[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]**

In accordance with the amended orders assigning the adversary proceedings to mediation (Adv. Pro. No. 12-50877; D.I. 30) (Adv. Pro. No. 12-50898; D.I. 30), the Parties participated in a mediation conference on April 30, 2013. On May 1, 2013, the mediator filed a certificate of completion of mediation (Adv. Pro. No. 12-50877; D.I. 60) (Adv. Pro. No. 12-50898; D.I. 60). The Parties did not reach a settlement at the mediation.

Dated: May 10, 2013
       Wilmington, Delaware

          /s/ Kristhy M. Peguero
          Anthony W. Clark (I.D. No. 2051)
          Kristhy M. Peguero (I.D. No. 4903)
          Skadden, Arps, Slate, Meagher & Flom LLP
          One Rodney Square
          P.O. Box 636
          Wilmington, Delaware 19899-0636
          (302) 651-3000

          and

          Ron Meisler
          David R. Pehlke
          Skadden, Arps, Slate, Meagher & Flom LLP
          155 North Wacker Drive
          Chicago, Illinois 60606-1720
          (312) 407-0700

          *Counsel for Plaintiffs Delta Petroleum General Recovery Trust and Par Petroleum Corporation*