**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| DELTA PETROLEUM CORPORATION, *et al.*, | : | Case No. 11-14006 (KJC) |
| | : | (Jointly Administered) |
| | : | |
| Debtors. | : | |
| | : | |
| DELTA PETROLEUM GENERAL RECOVERY TRUST and PAR PETROLEUM CORPORATION, | : | |
| | : | |
| | : | |
| | : | |
| Plaintiffs, | : | |
| v. | : | Adv. No. 12-50898 (KJC) |
| | : | |
| BWAB LIMITED LIABILITY COMPANY., | : | Related Docket Nos. 19, 30 |
| | : | |
| Defendant. | : | |
| | : | |
| DELTA PETROLEUM GENERAL RECOVERY TRUST and PAR PETROLEUM CORPORATION, | : | |
| | : | |
| | : | |
| | : | Adv. No. 12-50877 (KJC) |
| Plaintiffs, | : | |
| v. | : | |
| | : | Related Docket Nos. 20, 30 |
| ALERON LARSON, JR., | : | |
| | : | |
| Defendant. | : | |

**SECOND AMENDMENT TO SCHEDULING ORDER**

The parties stipulate and agree, subject to the Court's approval, to further amend the

December 26, 2012 scheduling order (the "Scheduling Order") as amended by the Amendment

to Scheduling and Mediation Order signed by this Court (D.I. 40) on February 25, 2013, (the

"Amended Scheduling Order") in the action as follows:

**IT IS HEREBY ORDERED** that:

1.    All fact discovery shall be completed no later than June 7, 2013.

2.    Any expert report required pursuant to Fed. R. Civ. P. 26(a)(2)(B) shall be served by the party which bears the burden of proof for that issue no later than June 28, 2013.  The opposing party shall file any rebuttal expert report within 21 days after service of the expert report by the party bearing the burden of proof.  All expert reports shall provide the information required by Fed. R. Civ. P. 26(a)(2)(B).  All expert discovery shall be completed, and discovery shall close, no later than August 2, 2013.

3.    All dispositive motions shall be filed and served no later than August 19, 2013, and shall be subject to Rule 7007-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware.  Nothing in this Order shall prevent any party from filing a dispositive motion from pursuing any rights and remedies provided by Fed. R. Civ. P. 56(d).  Briefing on any dispositive motion shall proceed in accordance with Local Rule 7007-1.  Oral argument will be conducted only upon leave of Court.  The filing of any dispositive motion shall not serve to extend or delay any of the dates or deadlines specified herein.

4.    Other than expressly provided herein, all other terms and provisions of the Scheduling Order as amended by the Amended Scheduling Order shall remain in full force and effect.

5.    Counsel may request a pre-trial conference whenever the matter is ready for trial.

7654975 v1

AGREED TO AND
APPROVED FOR ENTRY:

Dated: May 15, 2013
        Wilmington, Delaware

**BENESCH, FRIEDLANDER, COPLAN
  & ARONOFF LLP**

By:    _/s/ Raymond H. Lemisch_
Raymond H. Lemisch, Esquire (No. 4204)
222 Delaware Avenue, Suite 801
Wilmington, DE  19801
Telephone: (302) 442-7010

and

Barry L. Wilkie, Esquire
Stuart N. Bennett, Esquire
Jones & Keller, P.C.
1999 Broadway, Suite 3150
Denver, Colorado 80202
Telephone:  (303) 573-1600

*Counsel for Aleron Larson, Jr. and BWAB
Limited Liability Company*

**SKADDEN, ARPS, SLATE, MEAGHER
  & FLOM LLP**

By:    _/s/ Anthony W. Clark_
Anthony W. Clark (I.D. No. 2051)
Kristhy M. Peguero (I.D. No. 4903)
One Rodney Square
P.O. Box 636
Wilmington, DE 19899-0636
Telephone:  (302) 651-3000
Fax:  (302) 651-3001

and

Ron E. Meisler
Ebba Gebisa
Skadden, Arps, Slate, Meagher & Flom LLP
155 N. Wacker Dr.
Chicago, Illinois  60606
Telephone: (312) 407-0700
Fax: (312) 407-0411

*Counsel for Plaintiffs Delta Petroleum
General Recovery Trust and Par Petroleum
Corporation*

**SO ORDERED:**

Dated: _____, 2013
        Wilmington, Delaware

_____
KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE