IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

MAY 16 2013

| | |
|---|---|
| In re: | Chapter 11 |
| DELTA PETROLEUM CORPORATION, *et al.*, | Case No. 11-14006 (KJC)<br>(Jointly Administered) |
| Debtors. | |
| DELTA PETROLEUM GENERAL RECOVERY TRUST and PAR PETROLEUM CORPORATION, | |
| Plaintiffs,<br>v. | Adv. No. 12-50898 (KJC) |
| BWAB LIMITED LIABILITY COMPANY., | Related Docket Nos. 19, 30 |
| Defendant. | |
| DELTA PETROLEUM GENERAL RECOVERY TRUST and PAR PETROLEUM CORPORATION, | |
| Plaintiffs,<br>v. | Adv. No. 12-50877 (KJC) |
| ALERON LARSON, JR., | Related Docket Nos. 20, 30 |
| Defendant. | |

## SECOND AMENDMENT TO SCHEDULING ORDER

The parties stipulate and agree, subject to the Court's approval, to further amend the December 26, 2012 scheduling order (the "Scheduling Order") as amended by the Amendment to Scheduling and Mediation Order signed by this Court (D.I. 40) on February 25, 2013, (the "Amended Scheduling Order") in the action as follows:

DOCKET NO. 65/45
DATE FILED 5/15/13

7654975 v1

**IT IS HEREBY ORDERED** that:

1. All fact discovery shall be completed no later than June 7, 2013.

2. Any expert report required pursuant to Fed. R. Civ. P. 26(a)(2)(B) shall be served by the party which bears the burden of proof for that issue no later than June 28, 2013. The opposing party shall file any rebuttal expert report within 21 days after service of the expert report by the party bearing the burden of proof. All expert reports shall provide the information required by Fed. R. Civ. P. 26(a)(2)(B). All expert discovery shall be completed, and discovery shall close, no later than August 2, 2013.

3. All dispositive motions shall be filed and served no later than August 19, 2013, and shall be subject to Rule 7007-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware. Nothing in this Order shall prevent any party from filing a dispositive motion from pursuing any rights and remedies provided by Fed. R. Civ. P. 56(d). Briefing on any dispositive motion shall proceed in accordance with Local Rule 7007-1. Oral argument will be conducted only upon leave of Court. The filing of any dispositive motion shall not serve to extend or delay any of the dates or deadlines specified herein.

4. Other than expressly provided herein, all other terms and provisions of the Scheduling Order as amended by the Amended Scheduling Order shall remain in full force and effect.

5. Counsel may request a pre-trial conference whenever the matter is ready for trial.

AGREED TO AND
APPROVED FOR ENTRY:

Dated: May 15, 2013
      Wilmington, Delaware

| **BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP** | **SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP** |
|---|---|
| By:   */s/ Raymond H. Lemisch* <br> Raymond H. Lemisch, Esquire (No. 4204) <br> 222 Delaware Avenue, Suite 801 <br> Wilmington, DE 19801 <br> Telephone: (302) 442-7010 <br><br> and <br><br> Barry L. Wilkie, Esquire <br> Stuart N. Bennett, Esquire <br> Jones & Keller, P.C. <br> 1999 Broadway, Suite 3150 <br> Denver, Colorado 80202 <br> Telephone: (303) 573-1600 <br><br> *Counsel for Aleron Larson, Jr. and BWAB Limited Liability Company* | By:   */s/ Anthony W. Clark* <br> Anthony W. Clark (I.D. No. 2051) <br> Kristhy M. Peguero (I.D. No. 4903) <br> One Rodney Square <br> P.O. Box 636 <br> Wilmington, DE 19899-0636 <br> Telephone: (302) 651-3000 <br> Fax: (302) 651-3001 <br><br> and <br><br> Ron E. Meisler <br> Ebba Gebisa <br> Skadden, Arps, Slate, Meagher & Flom LLP <br> 155 N. Wacker Dr. <br> Chicago, Illinois 60606 <br> Telephone: (312) 407-0700 <br> Fax: (312) 407-0411 <br><br> *Counsel for Plaintiffs Delta Petroleum General Recovery Trust and Par Petroleum Corporation* |

**SO ORDERED:**

Dated: _____May 16_____, 2013
      Wilmington, Delaware

_____
KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE