# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* | Chapter 11 |
| DELTA PETROLEUM CORPORATION, *et al.*,[1] | Case No. 11-14006 (KJC) |
| Debtors. | (Jointly Administered) |

NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON MAY 29, 2013 AT 1:00 P.M.[2] (EASTERN TIME)[3]

ADJOURNED, RESOLVED OR WITHDRAWN MATTERS:

1. Debtors' Second Omnibus Objection (Substantive) To Certain Claims Pursuant To 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 And Del. L.R. 3007-1 (Reduce And Allow; No Amount Due; Redundant; Reclassify; And Royalty Claims) (D.I. 730, Filed 7/16/12).

    Objection Deadline: July 30, 2012 at 4:00 p.m. (ET)

    Remaining Responses Received:

    a) State Of Michigan Department Of Treasury's Response To Debtors' Second Omnibus Objection (Substantive) To Certain Claims Pursuant To 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 And Del. L.R. 3007-1 (D.I. 777, Filed 7/25/12) (Claim Nos. 107 and 108).

    Related Pleadings:

    a) Notice Of Submission Of Proofs Of Claims (D.I. 846, Filed 8/2/12);

    b) Order Granting Debtors' Second Omnibus Objection (Substantive) To Certain Claims Pursuant To 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 And Del. L.R. 3007-1 (Reduce And Allow; No Amount Due; Redundant; Reclassify; And Royalty Claims) (D.I. 911, Entered 8/15/12); and

    c) First Supplemental Order Granting Debtors' Second Omnibus Objection (Substantive) To Certain Claims Pursuant To 11 U.S.C. § 502, Fed. R. Bankr. P. 3007

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: Delta Petroleum Corporation (0803), DPCA LLC (0803), Delta Exploration Company, Inc. (9462), Delta Pipeline, LLC (0803), DLC, Inc. (3989), CEC, Inc. (3154), Castle Texas Production Limited Partnership (6054), Amber Resources Company of Colorado (0506), and Castle Exploration Company, Inc. (9007). The Debtors' headquarters are located at 1301 McKinney, Suite 2025, Houston, Texas 77010.

[2] Please note that the hearing time has changed from 2:30 p.m. (ET) to 1:00 p.m. (ET).

[3] The hearing will be held at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 5th Floor, Courtroom #5, Wilmington, Delaware 19801.

And Del. L.R. 3007-1 (Reduce And Allow; No Amount Due; Redundant; Reclassify; And Royalty Claims) (D.I. 984, Entered 9/18/12).

Status: The hearing on this matter has been adjourned to the hearing scheduled for June 26, 2013.

CONTESTED MATTERS GOING FORWARD:

2. Delta Petroleum General Recovery Trust's Motion For An Order Pursuant To Rule 9006 Extending The Deadline To Object To Claims (D.I. 1331, Filed 5/8/13).

   Objection Deadline: May 22, 2013 at 4:00 p.m. (ET).

   Responses Received:

   a) Objection Of Swann And Buzzard Creek Royalty Trust (Successor In Interest To Buzzard Creek Elk Ranch, LLC) To Motion Of Delta Petroleum General Recovery Trust For An Order Pursuant To Rule 9006 Extending The Deadline To Object To Claims (D.I. 1338, Filed 5/22/13).

   Related Pleadings:

   Status: The Recovery Trust is exploring a consensual resolution of the objection. The Recovery Trust will notify the Court if the objection is resolved prior to the hearing. If the objection is not resolved, a hearing on this matter will go forward.

3. Aleron Larson Jr.'s Motion To Permit Discovery Pursuant To Fed R. Bankr. P. 7056 And Fed. R. Civ. P. 56(d) Prior To Decision Regarding Plaintiffs' Motion For Summary Judgment (Adv. Pro. No. 12-50877; A.D.I. 45, Filed 3/12/13).

   Responses Received:

   a) Plaintiffs' Objection To Aleron Larson Jr.'s Motion To Permit Discovery Pursuant To Fed R. Bankr. P. 7056 And Fed. R. Civ. P. 56(d) Prior To Decision Regarding Plaintiffs' Motion For Summary Judgment (A.D.I. 48 Filed 3/26/13).

   Related Pleadings:

   a) Aleron Larson, Jr.'s Reply In Support Of Motion To Permit Discovery Pursuant To Fed R. Bankr. P. 7056 And Fed. R. Civ. P. 56(d) Prior To Decision Regarding Plaintiffs' Motion For Summary Judgment (A.D.I. 51, Filed 4/5/13);

   b) Request For Oral Argument (A.D.I. 53, Filed 4/10/13);

   c) Plaintiffs' Request For Oral Argument (A.D.I. 55, Filed 4/12/13);

   d) Plaintiffs' Notice Of Completion Of Briefing (A.D.I. 56, Filed 4/12/13);

e) Notice Of Completion Of Briefing (A.D.I. 57, Filed 4/15/13);

f) Notice Of Hearing (A.D.I. 59, Filed 5/1/13).

Status: Oral argument on this matter is going forward.

4. BWAB's Motion To Permit Discovery Pursuant To Fed. R. Bankr. P. 7056 And Fed. R. Civ. P. 56(d) Prior To Decision Regarding Plaintiffs' Motion For Summary Judgment (Adv. Pro. No. 12-50898; A.D.I. 45, Filed 3/12/13).

Responses Received:

a) Plaintiffs' Objection To BWAB's Motion To Permit Discovery Pursuant To Fed. R. Bankr. P. 7056 And Fed. R. Civ. P. 56(d) Prior To Decision Regarding Plaintiffs' Motion For Summary Judgment (A.D.I. 48, Filed 3/26/13).

Related Pleadings:

a) BWAB's Reply In Support Of Its Motion To Permit Discovery Pursuant To Fed. R. Bankr. P. 7056 And Fed. R. Civ. P. 56(d) Prior To Decision Regarding Plaintiffs' Motion For Summary Judgment (A.D.I. 51, Filed 4/5/13);

b) Request For Oral Argument (A.D.I. 53, Filed 4/10/13);

c) Plaintiffs' Request For Oral Argument (A.D.I. 55, Filed 4/12/13);

d) Plaintiffs' Notice Of Completion Of Briefing (A.D.I. 56, Filed 4/12/13);

e) Notice Of Completion Of Briefing (A.D.I. 57, Filed 4/15/13); and

f) Notice Of Hearing (A.D.I. 59, Filed 5/1/13).

Status: Oral argument on this matter is going forward.

5. Motion Of Macquarie Capital (USA) Inc. For Order Dismissing Complaint Of John Young, Trustee For The Delta Petroleum General Recovery Trust (Adv. Pro. No. 12-50971; A.D.I. 10, Filed 12/17/12).

Responses Received:

a) Plaintiff Delta Petroleum General Recovery Trust's Answering Brief In Opposition To Defendant's Motion To Dismisss (A.D.I. 13, Filed 1/25/13); and

b) Declaration Of Elnaz R. Zarrini In Compliance With The Federal Rule Of Civil Procedure 56(d) (A.D.I. 14, Filed 1/25/13).

Related Pleadings:

    a)    Complaint For (A) Disallowance And Subordination Of Claims And (B) Avoidance, Turnover And Recovery Of Pre-Petition Transfers (A.D.I. 1, Filed 10/25/12);

    b)    Macquarie Capital (USA) Inc.'s Reply In Support Of Its Motion To Dismiss Complaint Of John Young, Trustee For The Delta Petroleum General Recovery Trust (A.D.I. 15, Filed 2/8/13);

    c)    Amended Notice Of Completion Of Briefing (A.D.I. 18, Filed 2/13/13); and

    d)    Notice Of Oral Argument (A.D.I. 19, Filed 4/19/13).

<u>Status</u>:  Oral argument on this matter is going forward.

Dated: May 24, 2013  
Wilmington, Delaware

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

    */s/ Ann C. Cordo*  
Derek C. Abbott (No. 3376)  
Ann C. Cordo (No. 4817)  
William M. Alleman, Jr. (No. 5449)  
1201 North Market Street, 18th Floor  
P.O. Box 1347  
Wilmington, Delaware 19899-1347  
Telephone:  (302) 658-9200  
Facsimile:   (302) 658-3989

-and-

Kathryn A. Coleman  
Christopher Gartman  
HUGHES HUBBARD & REED LLP  
One Battery Park Plaza  
New York, NY 10004-1482  
Telephone:  (212) 837-6000  
Facsimile:   (212) 422-4726

*Counsel for the Reorganized Debtors*

7216742.1

-4-