**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| DELTA PETROLUEM, et al., | : | Case No. 11-14006 (KJC) |
| | : | Jointly Administered |
| Debtors. | : | |
| | : | |
| DELTA PETROLEUM GENERAL | : | |
| RECOVERY TRUST and PAR | : | |
| PETROLEUM CORPORATION, | : | |
| | : | Adv. Pro No. 12-50898 (KJC) |
| Plaintiffs, | : | |
| v. | : | |
| | : | |
| BWAB LIMITED LIABILITY COMPANY, | : | |
| | : | |
| Defendant, Counterclaimant. | : | |
| | : | |

**NOTICE OF SERVICE OF DISCOVERY**

I, Raymond H. Lemisch, Esquire, hereby certify that on May 24, 2013, true and correct copies of *Defendant BWAB Limited Liability Company's Response to Plaintiffs' First Request for Production of Documents* and *Defendant BWAB Limited Liability Company's Responses to Plaintiffs' First Set of Interrogatories* were served upon the following via the method indicated:

| *Via Hand Delivery* | *Via First Class Mail* |
|---|---|
| Anthony W. Clark, Esquire | Ron Meisler, Esquire |
| Kristhy M. Peguero, Esquire | Ebba Gebisa, Esquire |
| Skadden, Arps, Slate, Meagher & Flom LLP | Skadden, Arps, Slate, Meagher & Flom LLP |
| One Rodney Square | 155 North Wacker Drive |
| Wilmington, DE  19801 | Chicago, IL  60606-1720 |

Dated:  May 24, 2013

                                    **BENESCH, FRIEDLANDER, COPLAN
                                     & ARONOFF LLP**

By:      */s/ Raymond H. Lemisch*
             Raymond H. Lemisch, Esquire (No. 4204)
             222 Delaware Avenue, Suite 801
             Wilmington, DE  19801
             (302) 442-7010  telephone
             (302) 442-7012  facsimile
             rlemisch@beneschlaw.com

                             - and -

Barry L. Wilkie, Esquire
Stuart N. Bennett, Esquire
**JONES & KELLER, P.C.**
1999 Broadway, Suite 3150
Denver, CO  80202
(303) 573-1600  telephone
(303) 573-8133  facsimile
bwilkie@joneskeller.com
sbennett@joneskeller.com

*Counsel to BWAB Limited Liability Company*

7668078 v1