IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
In re: : Chapter 11
:
DELTA PETROLEUM, et al., : Case No. 11-14006 (KJC)
:
                    Debtors. : Jointly Administered
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
DELTA PETROLEUM GENERAL :
RECOVERY TRUST :
and :
PAR PETROLEUM CORPORATION :
: Adv. Pro. No. 12-50898 (KJC)
                    Plaintiffs, :
:
   v. :
:
BWAB LIMITED LIABILITY :
COMPANY, :
:
                    Defendant. :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of David R. Pehlke to represent Delta Petroleum General Recovery Trust and Par Petroleum Corporation in the above captioned adversary proceeding.

Dated: Wilmington, Delaware
       May 29, 2013

                          */s/ Anthony W. Clark*
                          Anthony W. Clark (I.D. No. 2051)
                          Skadden, Arps, Slate, Meagher & Flom LLP
                          One Rodney Square
                          P.O. Box 636
                          Wilmington, Delaware 19899-0636
                          (302) 651-3000

                          *Counsel for Plaintiffs Delta Petroleum General*
                          *Recovery Trust and Par Petroleum Corporation*

### CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Illinois, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund revised 7/23/09. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated: Wilmington, Delaware
        May 29, 2013

                              */s/ David R. Pehlke*
                              David R. Pehlke
                              Skadden, Arps, Slate, Meagher & Flom LLP
                              155 North Wacker Drive
                              Chicago, Illinois 60606-1720
                              Tel: (312) 407-0700

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Dated: Wilmington, Delaware
        _____ ____, 2013

                              Honorable Kevin J. Carey
                              UNITED STATES BANKRUPTCY JUDGE