IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------x
                              :
In re:                        :   Chapter 11
                              :
DELTA PETROLEUM, et al.,      :   Case No. 11-14006 (KJC)
                              :
              Debtors.        :   Jointly Administered
                              :
------------------------------x
DELTA PETROLEUM GENERAL       :
RECOVERY TRUST                :
and                           :
PAR PETROLEUM CORPORATION     :
                              :   Adv. Pro. No. 12-50898 (KJC)
              Plaintiffs,     :
                              :
     v.                       :
                              :
BWAB LIMITED LIABILITY        :
COMPANY,                      :
                              :
              Defendant.      :
------------------------------x

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of David R. Pehlke to represent Delta Petroleum General Recovery Trust and Par Petroleum Corporation in the above captioned adversary proceeding.

Docket No. 72
Date Filed: 5/29/13

Dated: Wilmington, Delaware
May 29, 2013

>/s/ *Anthony W. Clark*
Anthony W. Clark (I.D. No. 2051)
Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

*Counsel for Plaintiffs Delta Petroleum General Recovery Trust and Par Petroleum Corporation*

2

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Illinois, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund revised 7/23/09. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated: Wilmington, Delaware
May 29, 2013

/s/ David R. Pehlke
David R. Pehlke
Skadden, Arps, Slate, Meagher & Flom LLP
155 North Wacker Drive
Chicago, Illinois 60606-1720
Tel: (312) 407-0700

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Dated: Wilmington, Delaware
        May 29, 2013

Honorable Kevin J. Carey
UNITED STATES BANKRUPTCY JUDGE

3

958867-CHISR02A - MSW