**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
In re: : Chapter 11
:
DELTA PETROLEUM, et al., : Case No. 11-14006 (KJC)
:
Debtors. : Jointly Administered
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
DELTA PETROLEUM GENERAL :
RECOVERY TRUST, and PAR :
PETROLEUM CORPORATION, :
:  Adv. Pro No. 12-50898 (KJC)
Plaintiffs, :
v. :
:
BWAB LIMITED LIABILITY COMPANY :
x
Defendant, Counterclaimant.

**BWAB'S CROSS-MOTION FOR SUMMARY JUDGMENT**

BWAB Limited Liability Company ("BWAB"), by its undersigned counsel, pursuant to Rule 56 of the Federal Rules of Civil Procedure and Rule 7056 of the Federal Rules of Bankruptcy Procedure, hereby cross-moves (by this "Cross-Motion") for summary judgment in its favor and against Plaintiffs concerning Plaintiffs' claims (*see* Adv. D.I. 22) and BWAB's counterclaims (*see* Adv. D.I. 29).

In support of this Cross-Motion, BWAB respectfully refers the Court to the Memorandum of Law in Support of its Cross-Motion filed contemporaneously herewith, as well as its Opposition to Plaintiffs' Motion for Summary Judgment (Adv. D.I. 44), both of which BWAB hereby incorporates by reference.

7713175 v1

WHEREFORE, BWAB respectfully requests that the Court enter an Order: (i) granting the Cross-Motion in all respects; and (ii) granting BWAB such relief as is just and proper. A proposed order follows for the Court's convenience.

**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**

By:  /s/ Raymond H. Lemisch
      Raymond H. Lemisch, Esquire (No. 4204)
      222 Delaware Avenue, Suite 801
      Wilmington, DE 19801
      (302) 442-7010 telephone
      (303) 442-7012 facsimile
      rlemisch@beneschlaw.com

      – and –

      Barry L. Wilkie, Esq.
      Stuart N. Bennett, Esq.
      **JONES & KELLER, P.C**
      1999 Broadway, Suite 3150
      Denver, CO  80202
      (303) 573-1600 telephone
      (303) 573-8133 facsimile
      bwilkie@joneskeller.com

      *Counsel to BWAB Limited Liability Company*