# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| DELTA PETROLEUM, et al., | Case No. 11-14006 (KJC) |
| Debtors. | Jointly Administered |
| DELTA PETROLEUM GENERAL RECOVERY TRUST, and PAR PETROLEUM CORPORATION, | |
| | Adv. Pro No. 12-50898 (KJC) |
| Plaintiffs, | |
| v. | |
| BWAB LIMITED LIABILITY COMPANY | |
| Defendant, Counterclaimant. | |

## ORDER GRANTING BWAB'S
## CROSS-MOTION FOR SUMMARY JUDGMENT

Upon consideration of BWAB Limited Liability Company's Cross-Motion for Summary Judgment ("Cross-Motion") pursuant to Rule 56 of the Federal Rules of Civil Procedure and Rule 7056 of the Federal Rules of Bankruptcy procedure, it is hereby ORDERED, ADJUDGED AND DECREED that the Cross-Motion is granted.

Date: _____         _____
                                          Hon. Kevin J. Carey
                                          United States Bankruptcy Judge

7713181 v1