## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* | Chapter 11 |
| DELTA PETROLEUM CORPORATION, *et al.,*[1] | Case No. 11-14006 (KJC) |
| Debtors. | (Jointly Administered) |
| | Re:  D.I. 1366 |
| Delta Petroleum General Recovery Trust v. Larson, Jr. | Adv. Case No. 12-50877<br>D.I. 76 |
| Delta Petroleum General Recovery Trust v. BWAB Limited Liability Company | Adv. Case No. 12-50898<br>D.I. 76 |
| John Young, Trustee for the Delta Petroleum General Recovery Trust v. Macquarie Capital (USA) Inc. | Adv. Case No. 12-50971<br>D.I. 25 |

## NOTICE OF WITHDRAWAL

PLEASE TAKE NOTICE THAT the Debtors hereby withdraw the **Notice of Agenda of Matters Scheduled for hearing on June 26, 2013 at 2:00 p.m. (Eastern Time)** at Docket Item 1366.

Dated: June 24, 2013

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Ann C. Cordo*
Derek C. Abbott (No. 3376)
Ann C. Cordo (No. 4817)
William M. Alleman, Jr. (No. 5449)
1201 North Market Street, 18th Floor

---

[1]   The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: Delta Petroleum Corporation (0803), DPCA LLC (0803), Delta Exploration Company, Inc. (9462), Delta Pipeline, LLC (0803), DLC, Inc. (3989), CEC, Inc. (3154), Castle Texas Production Limited Partnership (6054), Amber Resources Company of Colorado (0506), and Castle Exploration Company, Inc. (9007).  The Debtors' headquarters are located at: 370 17th Street, Suite 4300, Denver, Colorado 80202.

P.O. Box 1347
Wilmington, Delaware 19899-1347
Telephone:  (302) 658-9200
Facsimile:   (302) 658-3989

-and-

Kathryn A. Coleman
Christopher Gartman
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, NY 10004-1482
Telephone:  (212) 837-6000
Facsimile:  (212) 422-4726

Counsel for the Debtors

6494165.2