**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| *In re* | Chapter 11 |
| DELTA PETROLEUM CORPORATION, *et al.*,[1] | Case No. 11-14006 (KJC) |
| Debtors. | (Jointly Administered) |

NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON JUNE 26, 2013 AT 2:00 P.M. (EASTERN TIME)[2]

ADJOURNED, RESOLVED OR WITHDRAWN MATTERS:

1.      Debtors' Second Omnibus Objection (Substantive) To Certain Claims Pursuant To 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 And Del. L.R. 3007-1 (Reduce And Allow; No Amount Due; Redundant; Reclassify; And Royalty Claims) (D.I. 730, Filed 7/16/12).

Objection Deadline:  July 30, 2012 at 4:00 p.m. (ET)

Remaining Responses Received:

a)      State Of Michigan Department Of Treasury's Response To Debtors' Second Omnibus Objection (Substantive) To Certain Claims Pursuant To 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 And Del. L.R. 3007-1 (D.I. 777, Filed 7/25/12) (Claim Nos. 107 and 108).

Related Pleadings:

a)      Notice Of Submission Of Proofs Of Claims (D.I. 846, Filed 8/2/12);

b)      Order Granting Debtors' Second Omnibus Objection (Substantive) To Certain Claims Pursuant To 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 And Del. L.R. 3007-1 (Reduce And Allow; No Amount Due; Redundant; Reclassify; And Royalty Claims) (D.I. 911, Entered 8/15/12); and

c)      First Supplemental Order Granting Debtors' Second Omnibus Objection (Substantive) To Certain Claims Pursuant To 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 And Del. L.R. 3007-1 (Reduce And Allow; No Amount Due; Redundant; Reclassify; And Royalty Claims) (D.I. 984, Entered 9/18/12).

---

[1]      The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: Delta Petroleum Corporation (0803), DPCA LLC (0803), Delta Exploration Company, Inc. (9462), Delta Pipeline, LLC (0803), DLC, Inc. (3989), CEC, Inc. (3154), Castle Texas Production Limited Partnership (6054), Amber Resources Company of Colorado (0506), and Castle Exploration Company, Inc. (9007).  The Debtors' headquarters are located at 1301 McKinney, Suite 2025, Houston, Texas 77010.

[2]      The hearing will be held at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 5th Floor, Courtroom #5, Wilmington, Delaware 19801.

Status:  This matter has been continued to the hearing on July 31, 2013 at 2:00 p.m. (ET).

UNCONTESTED MATTERS WITH CNO:

2.      Delta Petroleum General Recovery Trust's Motion For Entry Of An Order Authorizing Entry Into Settlement Agreement With Randy Pettes (D.I. 1337, Filed 5/20/13).

Objection Deadline:  June 4, 2013 at 4:00 p.m. (ET).

Responses Received:  None.

Related Pleadings:

a)      Certificate Of No Objection Regarding Docket No. 1337 (D.I. 1367, Filed 6/24/13); and

b)      Proposed Form Of Order.

Status:  A certificate of no objection has been filed.

3.      Eighth Omnibus Objection (Non-Substantive) Of John T. Young, Jr., As Trustee Of The Delta Petroleum General Recovery Trust, To Certain Claims Pursuant To 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 And Del. L.R. 3007-1 (Amended And Superseded; Late Filed Claims) (D.I. 1344, Filed 5/24/13).

Objection Deadline:  June 7, 2013 at 4:00 p.m. (ET).

Responses Received:  None.

Related Pleadings:

c)      Certificate Of No Objection Regarding Docket No. 1344 (D.I. 1365, Filed 6/21/13); and

d)      Proposed Form Of Order.

Status:  A certificate of no objection has been filed.

UNCONTESTED MATTER GOING FORWARD:

4.      Seventh Omnibus Objection (Substantive) Of John T. Young, Jr., As Trustee Of The Delta Petroleum General Recovery Trust, To Certain Claims Pursuant To 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 And Del. L.R. 3007-1 (No Amount Due; Reduce And Allow Claims) (D.I. 1343, Filed 5/24/13).

Objection Deadline:  June 7, 2013 at 4:00 p.m. (ET), extended Berry Petroleum Company to July 17, 2013 at 4:00 p.m. (ET).

Responses Received:  Informal comments from Berry Petroleum Company.

Related Pleadings:

a)      Notice Of Submission Of Proofs Of Claim (D.I. 1356, Filed 6/1213);

Status:  A revised form of order will be presented at the hearing.  With respect to Berry Petroleum Company, this matter has been adjourned to the hearing on July 31, 2013 at 2:00 p.m. (ET).

STATUS CONFERENCE:

5.      Aleron Larson Jr.'s Motion To Permit Discovery Pursuant To Fed R. Bankr. P. 7056 And Fed. R. Civ. P. 56(d) Prior To Decision Regarding Plaintiffs' Motion For Summary Judgment (Adv. Pro. No. 12-50877; A.D.I. 45, Filed 3/12/13).

Responses Received:

a)      Plaintiffs' Objection To Aleron Larson Jr.'s Motion To Permit Discovery Pursuant To Fed R. Bankr. P. 7056 And Fed. R. Civ. P. 56(d) Prior To Decision Regarding Plaintiffs' Motion For Summary Judgment (A.D.I. 48 Filed 3/26/13).

Related Pleadings:

a)      Aleron Larson, Jr.'s Reply In Support Of Motion To Permit Discovery Pursuant To Fed R. Bankr. P. 7056 And Fed. R. Civ. P. 56(d) Prior To Decision Regarding Plaintiffs' Motion For Summary Judgment (A.D.I. 51, Filed 4/5/13);

b)      Request For Oral Argument (A.D.I. 53, Filed 4/10/13);

c)      Plaintiffs' Request For Oral Argument (A.D.I. 55, Filed 4/12/13);

d)      Plaintiffs' Notice Of Completion Of Briefing (A.D.I. 56, Filed 4/12/13);

e)      Notice Of Completion Of Briefing (A.D.I. 57, Filed 4/15/13); and

f)      Notice Of Hearing (A.D.I. 59, Filed 5/1/13).

Status:  This matter is going forward as a status conference.

6.      BWAB's Motion To Permit Discovery Pursuant To Fed. R. Bankr. P. 7056 And Fed. R. Civ. P. 56(d) Prior To Decision Regarding Plaintiffs' Motion For Summary Judgment (Adv. Pro. No. 12-50898; A.D.I. 45, Filed 3/12/13).

Responses Received:

a)      Plaintiffs' Objection To BWAB's Motion To Permit Discovery Pursuant To Fed. R. Bankr. P. 7056 And Fed. R. Civ. P. 56(d) Prior To Decision

Regarding Plaintiffs' Motion For Summary Judgment (A.D.I. 48, Filed 3/26/13).

Related Pleadings:

a)   BWAB's Reply In Support Of Its Motion To Permit Discovery Pursuant To Fed. R. Bankr. P. 7056 And Fed. R. Civ. P. 56(d) Prior To Decision Regarding Plaintiffs' Motion For Summary Judgment (A.D.I. 51, Filed 4/5/13);

b)   Request For Oral Argument (A.D.I. 53, Filed 4/10/13);

c)   Plaintiffs' Request For Oral Argument (A.D.I. 55, Filed 4/12/13);

d)   Plaintiffs' Notice Of Completion Of Briefing (A.D.I. 56, Filed 4/12/13);

e)   Notice Of Completion Of Briefing (A.D.I. 57, Filed 4/15/13); and

f)   Notice Of Hearing (A.D.I. 59, Filed 5/1/13).

Status:  This matter is going forward as a status conference.

## MATTER UNDER ADVISEMENT:

7.   Motion Of Macquarie Capital (USA) Inc. For Order Dismissing Complaint Of John Young, Trustee For The Delta Petroleum General Recovery Trust (Adv. Pro. No. 12-50971; A.D.I. 10, Filed 12/17/12).

Responses Received:

a)   Plaintiff Delta Petroleum General Recovery Trust's Answering Brief In Opposition To Defendant's Motion To Dismiss (A.D.I. 13, Filed 1/25/13); and

b)   Declaration Of Elnaz R. Zarrini In Compliance With The Federal Rule Of Civil Procedure 56(d) (A.D.I. 14, Filed 1/25/13).

Related Pleadings:

a)   Complaint For (A) Disallowance And Subordination Of Claims And (B) Avoidance, Turnover And Recovery Of Pre-Petition Transfers (A.D.I. 1, Filed 10/25/12);

b)   Memorandum Of Law In Support Of Macquarie Capital (USA) Inc.'s Motion To Dismiss Complaint Of John Young, Trustee For The Delta Petroleum General Recovery Trust (A.D.I. 11, Filed 12/17/12).

c)   Macquarie Capital (USA) Inc.'s Reply In Support Of Its Motion To Dismiss Complaint Of John Young, Trustee For The Delta Petroleum General Recovery Trust (A.D.I. 15, Filed 2/8/13);

d)      Amended Notice Of Completion Of Briefing (A.D.I. 18, Filed 2/13/13); and

e)      Notice Of Oral Argument (A.D.I. 19, Filed 4/19/13).

Status:  This matter is under advisement.


Dated:  June 24, 2013                              MORRIS, NICHOLS, ARSHT & TUNNELL LLP
Wilmington, Delaware

                                                        */s/ Ann C. Cordo*
                                                  _____
                                                  Derek C. Abbott (No. 3376)
                                                  Ann C. Cordo (No. 4817)
                                                  William M. Alleman, Jr. (No. 5449)
                                                  1201 North Market Street, 18th Floor
                                                  Wilmington, Delaware 19899-1347
                                                  Telephone:  (302) 658-9200
                                                  Facsimile:  (302) 658-3989

                                                     -and-

                                                  Kathryn A. Coleman
                                                  Christopher Gartman
                                                  HUGHES HUBBARD & REED LLP
                                                  One Battery Park Plaza
                                                  New York, NY 10004-1482
                                                  Telephone:  (212) 837-6000
                                                  Facsimile:  (212) 422-4726

                                                  *Counsel for the Reorganized Debtors*

7311178.1