**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -   x
                                                                 :
In re:                                                           :   Chapter 11
                                                                 :
DELTA PETROLEUM CORPORATION, et                                  :   Case No. 11-14006 (KJC)
al.,                                                             :
                                                                 :   Jointly Administered
                      Debtors.                                   :
                                                                 :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -   x
DELTA PETROLEUM GENERAL                                          :
RECOVERY TRUST                                                   :
AND                                                              :
PAR PETROLEUM CORPORATION,                                       :
                                                                 :   Adv. Pro. No. 12-50877 (KJC)
                      Plaintiffs,                                :
                                                                 :
   v.                                                            :
                                                                 :
ALERON LARSON, JR.                                               :
                                                                 :
                      Defendant.                                 :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -   x
DELTA PETROLEUM GENERAL                                          :
RECOVERY TRUST                                                   :
AND                                                              :
PAR PETROLEUM CORPORATION,                                       :
                                                                 :   Adv. Pro. No. 12-50898 (KJC)
                      Plaintiffs,                                :
                                                                 :
   v.                                                            :
                                                                 :
BWAB LIMITED LIABILITY COMPANY,                                  :
                                                                 :
                      Defendant.                                 :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -   x
```

## FOURTH STATUS REPORT

Pursuant to the Scheduling Orders entered by the Court on December 26, 2012 (Adv. Pro. No. 12-50877; D.I. 20) (Adv. Pro. No. 12-50898; D.I. 19), Delta Petroleum General Recovery Trust and Par Petroleum Corporation (together, "Plaintiffs"), by and through their undersigned counsel, hereby file this status report[1] with respect to the above-captioned adversary proceedings.

On April 12, 2013, Plaintiffs filed notices of completion of briefing (Adv. Pro. No. 12-50877; D.I. 56) (Adv. Pro. No. 12-50898; D.I. 56) and requests for oral argument (Adv. Pro. No. 12-50877; D.I. 55) (Adv. Pro. No. 12-50898; D.I. 55) in connection with their motions for summary judgment (the "Summary Judgment Motions") in the adversary proceedings pending against Aleron Larson, Jr. ("Larson") and BWAB Limited Liability Company ("BWAB," and together with Larson, the "Defendants").

Defendants filed requests for oral argument on April 10, 2013 (Adv. Pro. No. 12-50877; D.I. 53) (Adv. Pro. No. 12-50898; D.I. 53) and notices of completion of briefing (Adv. Pro. No. 12-50877; D.I. 57) (Adv. Pro. No. 12-50898; D.I. 57) in connection with their motions to permit discovery pursuant to Federal Rule of Civil Procedure 56(d) and Federal Rule of Bankruptcy Procedure 7056 prior

---

[1] The first status report was filed on February 8, 2013 (Adv. Pro. No. 12-50877; D.I. 32) (Adv. Pro. No. 12-50898; D.I. 32); the second on March 26, 2013 (Adv. Pro. No. 12-50877; D.I. 49) (Adv. Pro. No. 12-50898; D.I. 49), and the third on May 10, 2013 (Adv. Pro. No. 12-50877; D.I. 64) (Adv. Pro. No. 12-50898; D.I. 64).

to a decision on the Summary Judgment Motions (Adv. Pro. No. 12-50877; D.I. 45) (Adv. Pro. No. 12-50898; D.I. 45) (the "Rule 56(d) Motions") on April 15, 2013.

A hearing on the Rule 56(d) Motions was held on May 29, 2013 at 1:00 p.m. (Eastern) (the "Hearing").  At the Hearing, the Court directed that a status report to consider scheduling of the Summary Judgment Motions and any potential additional filings by the Defendants be held on June 26, 2013 at 2:00 p.m. (Eastern).

On June 5, 2013 through June 7, 2013, the depositions of Larson, a BWAB representative, Kevin Nanke (a former Delta Petroleum Corporation employee) and R. Seth Bullock (Chief Financial Officer of Par Petroleum Corporation) were taken.

Pursuant to the Second Amended Scheduling Orders entered on May 15, 2013, fact discovery closed on June 7, 2013 (Adv. Pro. No. 12-50877; D.I. 66) (Adv. Pro. No. 12-50898; D.I. 66).

On June 21, 2013, Defendants filed cross motions for summary judgment (Adv. Pro. No. 12-50877; D.I. 74, 75) (Adv. Pro. No. 12-50898; D.I. 74, 75) (the "Cross Motions").  Pursuant to Rule 7007-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, briefing in connection with the Cross Motions is scheduled to be completed by July 12, 2013.

Pursuant to the Amended And Restated Order Approving Stipulation Resolving Emergency Motion Of Reorganized Debtors And Delta Petroleum General Recovery Trust For Entry Of An Order Enforcing The Provisions Of Debtors' Confirmed Plan And The Confirmation Order And To Adversary Proceedings Nos. 12-50877 And 12-50898 (Case No. 11-14006 (KJC); D.I. 1208) (the "Stipulated Escrow Order"), the Reorganized Debtors made escrow deposits with the Court on May 13, 2013 and June 12, 2013 (Case No. 11-14006 (KJC); D.I. 1335, 1336, 1358-1361).

Dated:   June 24, 2013
         Wilmington, Delaware

>   */s/ Kristhy M. Peguero*
>   Anthony W. Clark (I.D. No. 2051)
>   Kristhy M. Peguero (I.D. No. 4903)
>   Skadden, Arps, Slate, Meagher & Flom LLP
>   One Rodney Square
>   P.O. Box 636
>   Wilmington, Delaware 19899-0636
>   (302) 651-3000
>
>   and
>
>   Ron Meisler
>   David R. Pehlke
>   Skadden, Arps, Slate, Meagher & Flom LLP
>   155 North Wacker Drive
>   Chicago, Illinois 60606-1720
>   (312) 407-0700
>
>   *Counsel for Plaintiffs Delta Petroleum General Recovery Trust and Par Petroleum Corporation*