**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| DELTA PETROLUEM, et al., | : | Case No. 11-14006 (KJC) |
| | : | Jointly Administered |
| Debtors. | : | |
| | | |
| DELTA PETROLEUM GENERAL RECOVERY TRUST and PAR PETROLEUM CORPORATION, | : : : | |
| | : | Adv. Pro No. 12-50898 (KJC) |
| Plaintiffs, | : | |
| v. | : | |
| | : | |
| BWAB LIMITED LIABILITY COMPANY, | : | |
| | : | **Re: Docket Nos. 74 and 75** |
| Defendant, Counterclaimant. | : | |
| | : | |

**CERTIFICATE OF SERVICE**

I, Jennifer E. Smith, Esquire, hereby certify that on June 21, 2013, true and correct copies of *BWAB's Cross-Motion for Summary Judgment* [D.I. 74] and *BWAB's Memorandum in Support of its Cross-Motion for Summary Judgment* [D.I. 75] were served on all parties registered to receive service on the electronic notification list as maintained by the Court, and via the method indicated upon the following:

| *Via Hand Delivery* | *Via Priority Mail* |
|---|---|
| Anthony W. Clark, Esquire | Ron Meisler, Esquire |
| Skadden, Arps, Slate, Meagher & Flom LLP | Ebba Gebisa, Esquire |
| One Rodney Square | Skadden, Arps, Slate, Meagher & Flom LLP |
| Wilmington, DE  19801 | 155 North Wacker Drive |
| | Chicago, IL  60606-1720 |

Dated:  June 24, 2013           **BENESCH, FRIEDLANDER, COPLAN**
                                                    **& ARONOFF LLP**

By:     */s/ Jennifer E. Smith*
           Raymond H. Lemisch, Esquire (No. 4204)
           Jennifer E. Smith, Esquire (No. 5278)
           222 Delaware Avenue, Suite 801
           Wilmington, DE  19801
           (302) 442-7010  telephone
           (302) 442-7012  facsimile
           rlemisch@beneschlaw.com
           jsmith@beneschlaw.com

7714218 v1

- and -

Barry L. Wilkie, Esquire
Stuart N. Bennett, Esquire
**JONES & KELLER, P.C.**
1999 Broadway, Suite 3150
Denver, CO  80202
(303) 573-1600  telephone
(303) 573-8133  facsimile
bwilkie@joneskeller.com
sbennett@joneskeller.com

*Counsel to BWAB Limited Liability Company*