# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| DELTA PETROLUEM, *et al.*, | Case No. 11-14006 (KJC) |
| Debtors. | Jointly Administered |
| DELTA PETROLEUM GENERAL RECOVERY TRUST and PAR PETROLEUM CORPORATION, | Adv. Pro. No. 12-50898 (KJC) |
| Plaintiffs, v. | |
| BWAB LIMITED LIABILITY COMPANY, | |
| Defendant. | |
| DELTA PETROLEUM GENERAL RECOVERY TRUST and PAR PETROLEUM CORPORATION, | Adv. Pro. No. 12-50877 (KJC) |
| Plaintiffs, v. | |
| ALERON LARSON, JR., | |
| Defendant. | |

## NOTICE OF SERVICE OF DISCOVERY

I, Raymond H. Lemisch, Esquire, hereby certify that on June 28, 2013, true and correct copies of the foregoing *Defendants' Expert Disclosures* were served upon the following via the method indicated:

7723611 v1

| *Via Hand Delivery* | *Via Priority Mail* |
|---|---|
| Anthony W. Clark, Esquire | Ron Meisler, Esquire |
| Kristhy M. Peguero, Esquire | Ebba Gebisa, Esquire |
| Skadden, Arps, Slate, Meagher & Flom LLP | Skadden, Arps, Slate, Meagher & Flom LLP |
| One Rodney Square | 155 North Wacker Drive |
| Wilmington, DE  19801 | Chicago, IL  60606-1720 |

Dated: July 1, 2013

                **BENESCH, FRIEDLANDER, COPLAN
                 & ARONOFF LLP**

By:    */s/ Raymond H. Lemisch*
        Raymond H. Lemisch, Esquire (No. 4204)
        Jennifer E. Smith, Esquire (No. 5278)
        222 Delaware Avenue, Suite 801
        Wilmington, DE  19801
        (302) 442-7010  telephone
        (302) 442-7012  facsimile
        rlemisch@beneschlaw.com
        jsmith@beneschlaw.com

        - and -

        Barry L. Wilkie, Esquire
        Stuart N. Bennett, Esquire
        **JONES & KELLER, P.C.**
        1999 Broadway, Suite 3150
        Denver, CO  80202
        (303) 573-1600  telephone
        (303) 573-8133  facsimile
        bwilkie@joneskeller.com
        sbennett@joneskeller.com

        *Counsel to BWAB Limited Liability Company*

7723611 v1