# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| DELTA PETROLEUM CORPORATION, et al., | : | Case No. 11-14006 (KJC) |
| | : | Jointly Administered |
| Debtors. | : | |
| | | |
| DELTA PETROLEUM GENERAL RECOVERY TRUST and PAR PETROLEUM CORPORATION, | : | Adv. Pro No. 12-50877 (KJC) |
| Plaintiffs, | : | Related Docket No. 45 |
| v. | : | |
| ALERON LARSON, JR, | : | |
| Defendant. | : | |
| | | |
| DELTA PETROLEUM GENERAL RECOVERY TRUST and PAR PETROLEUM CORPORATION, | : | Adv. Pro No. 12-50898 (KJC) |
| Plaintiffs, | : | Related Docket No. 45 |
| v. | : | |
| BWAB LIMITED LIABILITY COMPANY, | : | |
| Defendant. | : | |

**CERTIFICATION OF COUNSEL IN SUPPORT OF ENTRY OF ORDER APPROVING STIPULATION RESOLVING RULE 56(D) MOTIONS**

The undersigned counsel for Delta Petroleum General Recovery Trust (the "Trust") and Par Petroleum Corporation ("Par," and together with the Trust, the "Plaintiffs") hereby certifies as follows:

Pursuant to the stipulation (the "Stipulation")[1], attached hereto as <u>Exhibit 1</u>, the Plaintiffs, Aleron Larson, Jr. and BWAB Limited Liability Company have agreed that the Rule 56(d) Motions are moot.

**[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]**

---

[1] Terms not otherwise defined herein shall have the meanings ascribed to them in the Stipulation.

WHEREFORE, the Plaintiffs respectfully request that the Court enter an order approving the Stipulation at its earliest convenience.

Dated: Wilmington, Delaware
　　　　July 2, 2013

　　　　　　　　　　　　　　　　　　　*/s/ Kristhy M. Peguero*
　　　　　　　　　　　　　　　　　　　Anthony W. Clark (I.D. No. 2051)
　　　　　　　　　　　　　　　　　　　Kristhy M. Peguero (I.D. No. 4903)
　　　　　　　　　　　　　　　　　　　Skadden, Arps, Slate, Meagher & Flom LLP
　　　　　　　　　　　　　　　　　　　One Rodney Square
　　　　　　　　　　　　　　　　　　　P.O. Box 636
　　　　　　　　　　　　　　　　　　　Wilmington, Delaware 19899-0636
　　　　　　　　　　　　　　　　　　　Telephone: (302) 651-3000
　　　　　　　　　　　　　　　　　　　Fax: (302) 651-3001

　　　　　　　　　　　　　　　　　　　- and -

　　　　　　　　　　　　　　　　　　　Ron E. Meisler
　　　　　　　　　　　　　　　　　　　David R. Pehlke
　　　　　　　　　　　　　　　　　　　Skadden, Arps, Slate, Meagher & Flom LLP
　　　　　　　　　　　　　　　　　　　155 N. Wacker Dr.
　　　　　　　　　　　　　　　　　　　Chicago, Illinois 60606
　　　　　　　　　　　　　　　　　　　Telephone: (312) 407-0700
　　　　　　　　　　　　　　　　　　　Fax: (312) 407-0411

　　　　　　　　　　　　　　　　　　　*Counsel for Plaintiffs Delta Petroleum General Recovery Trust and Par Petroleum Corporation*