**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

In re:                                                          :      Chapter 11
                                                                :
DELTA PETROLEUM CORPORATION,       :      Case No. 11-14006 (KJC)
et al.,                                                         :
                                                                :      Jointly Administered
                        Debtors.                        :
                                                                :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - x
DELTA PETROLEUM GENERAL            :
RECOVERY TRUST                              :
and                                                           :
PAR PETROLEUM CORPORATION,          :      Adv. Pro No. 12-50877 (KJC)
                                                                :
                        Plaintiffs,                     :      Related Docket Nos. 45, _82_
v.                                                            :
                                                                :
ALERON LARSON, JR,                        :
                                                                :
                        Defendant.                    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - x
DELTA PETROLEUM GENERAL            :
RECOVERY TRUST                              :
and                                                           :
PAR PETROLEUM CORPORATION,          :      Adv. Pro No. 12-50898 (KJC)
                                                                :
                        Plaintiffs,                     :      Related Docket Nos. 45, _82_
v.                                                            :
                                                                :
BWAB LIMITED LIABILITY COMPANY,  :
                                                                :
                        Defendant.                    :
                                                                :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**ORDER APPROVING STIPULATION RESOLVING RULE 56(D) MOTIONS**

Upon consideration of the stipulation resolving the Rule 56(d)

Motions (the "Stipulation")[1], and good cause appearing for the requested relief, it is

hereby

ORDERED, ADJUDGED AND DECREED that:

1.    The Stipulation attached hereto as Exhibit A is hereby approved.

2.    The Rule 56(d) Motions are moot.

Dated: _____ , 2013
        Wilmington, Delaware

_____
KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE

---

[1]    Terms not otherwise defined herein shall have the meaning ascribed to them in the Stipulation.

711189-WILSR01A - MSW