# EXHIBIT A

Case 12-50898-KJC   Doc 84-1   Filed 07/05/13   Page 2 of 14

In Re: Delta Petroleum Corp. (Debtor)   STEVEN A. ROITMAN   6/4/2013

Page 1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

Case No. 11-14006(KJC)    (Jointly Administered)
Adv. Pro No. 12-50898(KJC)
Adv. Pro No. 12-50877(KJC)

IN RE:

DELTA PETROLEUM CORPORATION, et al.,

Debtors,

DELTA PETROLEUM GENERAL RECOVERY TRUST and PAR PETROLEUM
CORPORATION,

Plaintiffs,

v.

BWAB LIMITED LIABILITY COMPANY,

Defendant.

and

DELTA PETROLEUM GENERAL RECOVERY TRUST and PAR PETROLEUM
CORPORATION,

Plaintiffs,

v.

ALERON LARSON, JR.,

Defendant.

_____

DEPOSITION OF:  STEVEN A. ROITMAN - June 4, 2013
_____

Case 12-50898-KJC   Doc 84-1   Filed 07/05/13   Page 3 of 14

In Re: Delta Petroleum Corp. (Debtor)   STEVEN A. ROITMAN                6/4/2013

Page 19

1        Q.   (BY MR. PEHLKE)  I'll put it a little

2   differently, in whatever way works well.  How did the

3   assignment to Whiting of the option to purchase those

4   interests, how did that cure the consent and approval

5   issues that you mentioned earlier?

6        A.   To the best of my recollection, at that

7   point in time, there were not issues as you've stated;

8   there were certain qualifications and financial

9   qualifications needed to gain the consent of the

10  partners in Point Arguello.

11       Q.   I think I understand.  So Whiting

12  possessed qualifications, the necessary

13  qualifications, that BWAB did not possess in regard to

14  the Point Arguello --

15       A.   Whiting had the qualifications needed to

16  qualify to be approved and gain the consent to own an

17  interest in the Point Arguello properties.

18       Q.   And BWAB did not?

19       A.   BWAB did not have those financial

20  qualifications needed within its entity.

21       Q.   Did BWAB approach Whiting about this

22  transfer initially or did Whiting come to BWAB?

23       A.   BWAB approached Whiting referencing the

24  acquisition of certain properties from Union Pacific

25  Corporation.

Case 12-50898-KJC   Doc 84-1   Filed 07/05/13   Page 4 of 14

In Re: Delta Petroleum Corp. (Debtor)     STEVEN A. ROITMAN                          6/4/2013

Page 27

1   3 1/2 percent is then the 3 1/2 percent of the net

2   revenue interest that you just described?

3          A.   The 3 1/2 percent overriding royalty

4   interest would be off of Whiting's revenue interest

5   net of any royalties or overriding royalty interest

6   that burdens Whiting's interest.

7          Q.   So is it correct that after Whiting

8   calculated some net revenue interest, then the 3 1/2

9   percent overriding royalty interest is applied to that

10  number, that net?

11         A.   Yes.  And, obviously, before the deduction

12  of the 3 1/2 percent overriding royalty interest to

13  BWAB.

14         Q.   Right.  You don't deduct yours twice.

15         A.   I just want to be clear.

16              (Deposition Exhibit 4 was marked.)

17         Q.   I'm going to hand you what we will mark as

18  Exhibit 4.  And this is from Defendants' production at

19  120 to 127.  It's a document entitled, Assignment of

20  Overriding Royalty, and dated in the first paragraph,

21  the preamble, 16th of December 1994.  Do you recognize

22  this document?

23         A.   Yes, I do.

24         Q.   Do you need a minute to refamiliarize

25  yourself with it?

Case 12-50898-KJC   Doc 84-1   Filed 07/05/13   Page 5 of 14

In Re: Delta Petroleum Corp. (Debtor)   STEVEN A. ROITMAN   6/4/2013

Page 39

```
 1      A.   Can you make their percentages -- what do
 2   you mean, "their percentages"?
 3      Q.   (BY MR. PEHLKE)  In A it describes, for
 4   the net revenues, that Whiting's gross, to calculate
 5   the figure in A, all lessor's royalties, overriding
 6   royalties, and other burdens and payments will be
 7   subtracted from the gross to calculate A, correct?
 8           MR. BENNETT:  Object to the form.
 9      A.   Correct.
10      Q.   (BY MR. PEHLKE)  So the net interest
11   calculation prior to the application of the 3 1/2
12   percent of BWAB's overriding royalty interest, the net
13   revenues calculation of A minus B will have already
14   deducted other overriding royalties?
15           MR. BENNETT:  Object to the form.
16      A.   If there are other overriding royalties or
17   royalty interests that burden Whiting's interest, that
18   would be correct.
19      Q.   (BY MR. PEHLKE)  Let's go to paragraph 6,
20   which is on page 3 of the document, Bates stamped
21   Defendant 22.  And paragraph 6 is entitled, Special
22   Warranty of Title, Whiting warrants title to the BWAB
23   interest herein conveyed as against all persons
24   claiming by, through, or under Whiting but not
25   otherwise.  Did BWAB conduct any title diligence prior
```

Case 12-50898-KJC   Doc 84-1   Filed 07/05/13   Page 6 of 14

In Re: Delta Petroleum Corp. (Debtor)   STEVEN A. ROITMAN                        6/4/2013

Page 43

1   with Delta prior to this, not necessarily connected to

2   this issue, but did BWAB and Delta have a commercial

3   relationship prior to this agreement?

4           A.    Delta Petroleum and BWAB did have a

5   relationship prior to this agreement.

6           Q.    How far back had that relationship gone?

7           A.    I don't recollect.

8           Q.    How did this specific deal come about?

9                 MR. BENNETT:  Object to the form.  By

10  "deal," do you mean this agreement?

11          Q.    (BY MR. PEHLKE)  This agreement between

12  BWAB and Delta.

13          A.    Delta was interested in acquiring oil and

14  gas assets; and BWAB agreed to assist Delta in

15  finding, assisting in the evaluation, and acquiring

16  oil and gas properties.

17          Q.    (BY MR. PEHLKE)  Who initiated this

18  specific agreement, BWAB or Delta?

19          A.    Who initiated this agreement?

20          Q.    Who came to whom with this deal between

21  Delta and BWAB?

22          A.    BWAB went to Delta with an idea about an

23  opportunity.

24          Q.    What was the opportunity?

25          A.    To acquire certain oil and gas properties

Case 12-50898-KJC   Doc 84-1   Filed 07/05/13   Page 7 of 14

In Re: Delta Petroleum Corp. (Debtor)    STEVEN A. ROITMAN                 6/4/2013

Page 44

```
 1   from Whiting Petroleum.
 2        Q.   And in exchange for BWAB's assistance,
 3   what did Delta commit to provide to BWAB?
 4        A.   Delta committed a fee schedule to BWAB for
 5   the opportunity and its services.
 6        Q.   And that fee schedule is set forth in
 7   paragraph 3 of the agreement?
 8        A.   Yes, it is.
 9        Q.   Did Whiting approach BWAB at any time
10   prior to this to indicate a desire to sell any of its
11   interests?
12        A.   I don't recollect if Whiting had asked
13   BWAB or BWAB had asked Whiting.
14        Q.   But prior to this, BWAB learned that
15   Whiting would be interested in selling its interests,
16   certain of its interests?
17        A.   Yes.
18        Q.   BWAB's role in assisting Delta, was BWAB
19   privy to the negotiations between Whiting and Delta?
20        A.   Not all of them.
21        Q.   Did BWAB participate in some of the
22   negotiations between Whiting and Delta?
23        A.   No.
24        Q.   Did BWAB review any documents that were
25   exchanged between Whiting and Delta in connection with
```

Case 12-50898-KJC   Doc 84-1   Filed 07/05/13   Page 8 of 14

In Re: Delta Petroleum Corp. (Debtor)   STEVEN A. ROITMAN   6/4/2013

Page 48

```
 1         Q.   So despite its insertion in between, you
 2   read it as applying to both?
 3         A.   In the same paragraph, yes, I read it as
 4   applying to both.
 5         Q.   Was there a reason specific to the
 6   Whiting/Delta deal or negotiations that precipitated
 7   the two options in paragraph 3, sub 2; those two
 8   options being a net revenue interest or a net
 9   operating interest?
10         A.   I believe that the reason net operating
11   interest was contemplated is because of the approvals
12   needed by the other working interest owners within the
13   unit to approve Delta to buy all of Whiting's right,
14   title, and interest.
15         Q.   Which of the two options would -- well,
16   let me put it this way:  Does one of the two options
17   require consents and approval and the other would not
18   require consents and approval?
19         A.   That's a legal question I don't have the
20   answer to.
21         Q.   Was a net operating interest, the
22   potentiality of a net operating interest, contemplated
23   specifically to address the possibility that certain
24   consents and approvals would not be acquired?
25         A.   I believe the net operating interest was
```

Case 12-50898-KJC   Doc 84-1   Filed 07/05/13   Page 9 of 14

In Re: Delta Petroleum Corp. (Debtor)   STEVEN A. ROITMAN   6/4/2013

Page 62

1  interest into and under the following, and then

2  listing all the same various interests that we saw in

3  the prior version of the agreement.

4              Is your understanding of this agreement,

5  specifically this preamble, that the use of the term

6  "net operating interest" signifies that Delta did not

7  acquire -- taking the language from the prior version

8  of the agreement -- all of seller's right, title, and

9  interest?

10             MR. BENNETT:  Object to form, lack of

11 foundation.

12       A.    My understanding is that the intent of the

13 parties, being Whiting and Delta, was for Delta to

14 acquire 100 percent of Whiting Petroleum's right,

15 title, and interest in the properties; and when

16 Whiting could not get Delta approved into the

17 partnerships, they entered into this other type of

18 interest as an accommodation, therefore, not needing

19 the partner approvals but the interest they ended up

20 acquiring and the intent, is and was the same as them

21 acquiring all right, title, and interest in and to the

22 properties exclusive of the abandonment liability.

23       Q.    (BY MR. PEHLKE)  Is it your understanding

24 that this, meaning the conveyance and assignment of

25 the net operating interest, is the same as the

Case 12-50898-KJC    Doc 84-1    Filed 07/05/13    Page 10 of 14

In Re: Delta Petroleum Corp. (Debtor)    STEVEN A. ROITMAN    6/4/2013

Page 63

1  originally contemplated conveyance of all of Whiting's

2  right, title, and interest?

3       A.   The intention was to accomplish the same

4  thing, yes.

5       Q.   If the intent was -- was the outcome the

6  same?

7       A.   To the best of my knowledge, the outcome

8  was the same.

9       Q.   If the outcome was the same, how does that

10 cure the concerns of the other partners and the lack

11 of consents?

12           MR. BENNETT:  Object to the form.

13      A.   That's a question I don't have an answer

14 to.

15      Q.   (BY MR. PEHLKE)  Do you know why the

16 language "seller's right, title, and interest" was

17 removed in favor of net operating interest?

18      A.   Again, that's a legal question I don't

19 have the answer to.

20      Q.   Do you know whether consents were required

21 to convey a net operating interest?

22      A.   I do not.

23      Q.   Do you know if consents were specifically

24 given?

25      A.   My assumption is that all the proper

Case 12-50898-KJC   Doc 84-1   Filed 07/05/13   Page 11 of 14

In Re: Delta Petroleum Corp. (Debtor)   STEVEN A. ROITMAN   6/4/2013

Page 80

1   there's a stamp that reads, Recorded, Official

2   Records, County of Santa Barbara.  This is on the

3   Kaiser-Francis assignment of overriding royalty

4   interest.  Did BWAB record its '99 overriding royalty

5   interest with Delta?

6        A.   No, it did not.

7        Q.   Why didn't it record?

8        A.   It was requested by Delta that we don't

9   record our assignment, and it had to do with notice to

10  the other working interest owners in the unit and any

11  of the partnerships they were involved with at Point

12  Arguello.  It was also brought to our attention that

13  Delta was not recording its assignment; so the advice

14  I had from our land people and counsel was that, if we

15  had recorded our assignment, it would have been a wild

16  assignment because of Delta not recording their

17  assignment.

18       Q.   And you received that advice at the time,

19  in 1999?

20       A.   I received that advice right around the

21  time we received our assignments.

22       Q.   Was BWAB aware in 2001 that Kaiser-Francis

23  had recorded its interest?

24       A.   I was not aware.  I don't recollect being

25  aware that Kaiser-Francis recorded its interest or did

Case 12-50898-KJC   Doc 84-1   Filed 07/05/13   Page 12 of 14

In Re: Delta Petroleum Corp. (Debtor)    STEVEN A. ROITMAN                    6/4/2013

Page 86

1   to BWAB Limited Liability Company by no means governs

2   how the 1999 assignments are calculated and paid.

3        Q.    **Is there anything in paragraph 1 of the**

4   **1994 interest that limits the overriding royalties to**

5   **be deducted to current or existing overriding**

6   **royalties?**

7        A.    Yes.

8        Q.    **And that would be what?**

9        A.    3 1/2 percent interest in Whiting's net

10  revenue interest from the subject properties.

11       Q.    **What is the temporal aspect of that phrase**

12  **that you're relying on to read a limitation of only**

13  **current or existing overriding royalties in part A?**

14       A.    I didn't understand your question.

15       Q.    **The language you just quoted, what's the**

16  **temporal aspect of that language, timing, that would**

17  **limit overriding royalties in subpart A to current or**

18  **existing overriding royalties?**

19       A.    Future overriding royalty interest given

20  by future owners would not burden this interest.

21       Q.    **And, again, is that reflected in any**

22  **specific language of time in paragraph 1?  And by**

23  **"language of time," I mean designations of time frames**

24  **or time limits.**

25       A.    There's nothing in paragraph 1 about time

Case 12-50898-KJC   Doc 84-1   Filed 07/05/13   Page 13 of 14

In Re: Delta Petroleum Corp. (Debtor)   STEVEN A. ROITMAN                    6/4/2013

Page 87

1    limits.

2         Q.    And turning to BWAB's 1999 overriding

3    royalty interest, which I believe is Exhibit 10 -- did

4    I get the exhibit number right?

5         A.    Yes.

6         Q.    -- would this overriding royalty interest

7    fall into the necessary deductions of section A,

8    paragraph 1 of the 1994 overriding royalty?

9         A.    This overriding royalty interest is paid

10   on the gross revenue interest basis before any

11   deductions, to include overriding royalty interest and

12   royalty interests.

13        Q.    You were speaking of the 1999?

14        A.    The document you just asked me about.

15        Q.    Right.  But my question is:  Is this 1999

16   overriding royalty interest to BWAB one of the

17   overriding royalty interests that would have to be

18   deducted from the gross in paragraph 1, sub A of the

19   1994 assignment of overriding royalty?

20        A.    Walk me through that again.

21        Q.    Same thing you just did for Larson,

22   Parker, and Kaiser-Francis, is BWAB's '99 assignment

23   an overriding royalty that has to be deducted in the

24   1994 assignment?

25        A.    BWAB's assignment in 1999 does not deduct

Case 12-50898-KJC   Doc 84-1   Filed 07/05/13   Page 14 of 14

In Re: Delta Petroleum Corp. (Debtor)   STEVEN A. ROITMAN                    6/4/2013

Page 91

1                Do you know, at the time, in 1997, were

2    there any overriding royalty owners other than BWAB in

3    what's called the Point A field, the Point Arguello

4    field?

5         A.   I really don't know.

6         Q.   If you go to page 167, which is entitled,

7    Point Arguello Project, and it's a spreadsheet divided

8    by month from January of '95, looks like it's through

9    December -- it's January '96, I'm sorry, through

10   December of '96, and the line items subtotal out

11   various areas.

12               What I want to focus on is, at the bottom,

13   there is a line item for BWAB ORRI.  Does that

14   indicate to you that there was -- BWAB's ORRI was the

15   only ORRI on these interests?

16        A.   I really don't know.  I think this would

17   state that BWAB was maybe the only overriding royalty

18   interest at this point in time that burdens Whiting's

19   interest; but whether there were other overriding

20   royalty interests between units or properties, I have

21   no knowledge of that.

22               (Deposition Exhibit 15 was marked.)

23        Q.   Let's go to Exhibit 15.  This is a

24   November 11, 1999 letter produced at Defendants' 173.

25   This one is dated November 11, 1999 between -- or sent