# EXHIBIT A

Page 1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

Case No. 11-14006(KJC)    (Jointly Administered)
Adv. Pro No. 12-50898(KJC)
Adv. Pro No. 12-50877(KJC)

IN RE:

DELTA PETROLEUM CORPORATION, et al.,

Debtors,

DELTA PETROLEUM GENERAL RECOVERY TRUST and PAR PETROLEUM CORPORATION,

Plaintiffs,

v.

BWAB LIMITED LIABILITY COMPANY,

Defendant.

and

DELTA PETROLEUM GENERAL RECOVERY TRUST and PAR PETROLEUM CORPORATION,

Plaintiffs,

v.

ALERON LARSON, JR.,

Defendant.

---

DEPOSITION OF: R. SETH BULLOCK - June 7, 2013

Page 2

```
 1          PURSUANT TO NOTICE, the deposition of
    R. SETH BULLOCK was taken on behalf of the Defendants
 2  at 1999 Broadway, Suite 3150, Denver, Colorado 80202,
    on June 7, 2013, at 9:02 a.m., before Rita DeRouen,
 3  Registered Professional Reporter and Notary Public
    within Colorado.
 4

 5

 6

 7                    A P P E A R A N C E S

 8  For the Plaintiffs:

 9          DAVID R. PEHLKE, ESQ.
            Skadden, Arps, Slate, Meagher & Flom, LLP
10          155 North Wacker Drive
            Chicago, Illinois   60606
11

12  For the Defendants:

13          STUART N. BENNETT, ESQ.
            Jones & Keller, P.C.
14          1999 Broadway
            Suite 3150
15          Denver, Colorado   80202

16

17

18

19

20

21

22

23

24

25
```

In Re: Delta Petroleum Corp. (Debtor)  Case 12-50898-KJC  Doc 85-1  Filed 07/12/13  Page 4 of 5  R. SETH BULLOCK  6/7/2013

Page 15

1  Q. (BY MR. BENNETT) In connection with your
2  review of cash flow from Point A, did you have
3  occasion to review the contracts relating to Point A?
4  A. Not until we were made aware of the issue
5  we're discussing here.
6  Q. How did you become aware of the issue
7  relating to Point A?
8  A. I, again, don't recall. It could have
9  been an attorney mentioned something or it came up
10 during the course at really the end of the bankruptcy
11 that there was a potential, again, issue with the
12 interests in Point A.
13 Q. So you don't know how that issue was first
14 -- first came to your attention? You don't know how
15 the issues of the cash flows of Point A first came to
16 your attention?
17         MR. PEHLKE: Objection; that
18 mischaracterizes.
19 A. I mean, clearly I was told at some point.
20 But you've got to keep in mind, in bankruptcy,
21 particularly at the end of a case, there's a lot going
22 on, and it was one task amongst many. So I was
23 clearly aware of it, I was clearly made aware of it,
24 but I can't tell you specifically who or when or what
25 I was told.

In Re: Delta Petroleum Corp. (Debtor)   Case 12-50898-KJC   Doc 85-1   Filed 07/12/13   Page 5 of 5   R. SETH BULLOCK   6/7/2013

Page 16

1  Q.  (BY MR. BENNETT)  And in terms of timing
2  of when you became aware of an issue relating to Point
3  A, it was toward the end of the bankruptcy?
4  A.  Yes.
5  Q.  And by the end, would you agree with me
6  that the end was sort of August of 2012?
7  A.  Yes.
8  Q.  Did you have any role in the preparation
9  of the schedules when Delta first filed bankruptcy?
10  Its bankruptcy schedules is what I mean.
11  MR. PEHLKE:  Objection to foundation,
12  form, it's vague.
13  A.  Yes.
14  Q.  (BY MR. BENNETT)  You're aware of a filing
15  that is made when the company filed bankruptcy called
16  the Schedule of Assets and Liabilities?
17  A.  Yes.
18  Q.  And you had some role in the preparation
19  of those schedules?
20  A.  Yes.
21  Q.  You have a stack of exhibits in front of
22  you; if you will turn to those, they should be in
23  numerical order.  And I'll direct your attention to
24  Exhibit 33.  Exhibit 33 is excerpts of the Schedule of
25  Assets and Liabilities and Statement of Financial