# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: : | Chapter 11 |
| : | |
| DELTA PETROLUEM, et al., : | Case No. 11-14006 (KJC) |
| : | Jointly Administered |
| Debtors. : | |
| : | |
| DELTA PETROLEUM GENERAL : | |
| RECOVERY TRUST and PAR : | |
| PETROLEUM CORPORATION, : | |
| : | Adv. Pro No. 12-50898 (KJC) |
| Plaintiffs, : | |
| v. : | |
| : | |
| BWAB LIMITED LIABILITY COMPANY, : | |
| : | |
| Defendant, Counterclaimant. : | |

## CERTIFICATE OF SERVICE

I, Raymond H. Lemisch, Esquire, hereby certify that on July 12, 2013, true and correct copies of the foregoing *BWAB's Reply Memorandum in Support of its Cross-Motion for Summary Judgment* were served on all parties registered to receive service on the electronic notification list as maintained by the Court, and via the method indicated upon the following:

| *Via Hand Delivery* | *Via Regular Mail* |
|---|---|
| Anthony W. Clark, Esquire | Ron Meisler, Esquire |
| Skadden, Arps, Slate, Meagher & Flom LLP | Ebba Gebisa, Esquire |
| One Rodney Square | Skadden, Arps, Slate, Meagher & Flom LLP |
| Wilmington, DE 19801 | 155 North Wacker Drive |
| | Chicago, IL 60606-1720 |

Dated: July 12, 2013

**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**

By:  */s/ Raymond H. Lemisch*
Raymond H. Lemisch, Esquire (No. 4204)
Jennifer E. Smith, Esquire (No. 5278)
222 Delaware Avenue, Suite 801
Wilmington, DE 19801
(302) 442-7010  telephone
(302) 442-7012  facsimile
rlemisch@beneschlaw.com
jsmith@beneschlaw.com

7735651 v1

- and -

Barry L. Wilkie, Esquire
Stuart N. Bennett, Esquire
**JONES & KELLER, P.C.**
1999 Broadway, Suite 3150
Denver, CO  80202
(303) 573-1600  telephone
(303) 573-8133  facsimile
bwilkie@joneskeller.com
sbennett@joneskeller.com

*Counsel to BWAB Limited Liability Company*