IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | : | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| DELTA PETROLEUM, *et al.*, | : | Case No. 11-14006 (KJC) |
| | : | (Jointly Administered) |
| Debtors. | : | |
| | : | |
| DELTA PETROLEUM GENERAL RECOVERY TRUST and PAR PETROLEUM CORPORATION, | : | |
| | : | |
| Plaintiffs, | : | |
| v. | : | Adv. No. 12-50898 (KJC) |
| | : | |
| BWAB LIMITED LIABILITY COMPANY, | : | |
| | : | **Re: Docket Nos. 74, 75, 84 and 85** |
| Defendant, Counterclaimant. | : | |

### REQUEST FOR ORAL ARGUMENT

Defendant BWAB Limited Liability Company ("Defendant"), by and through its undersigned counsel, hereby requests that oral argument on *BWAB's Cross-Motion for Summary Judgment* [D.I. 74] ("the Cross-Motion") be scheduled to be heard at the earliest convenience of the Court.

Additionally, as suggested by the Court at the May 29, 2013 hearing on *BWAB's Motion to Permit Discovery Pursuant to Fed. R. Bankr. P. 7056 and Fed. R. Civ. P. 56(d) Prior to Decision Regarding Plaintiffs' Motion for Summary Judgment* [D.I. 45], Defendant respectfully requests that oral argument on the related *Plaintiffs' Motion for Summary Judgment Pursuant to Fed. R. Civ. P. 56* [D.I. 34] (the "Summary Judgment Motion") be scheduled at the same time as the Cross Motion. *Plaintiffs' Notice of Completion of Briefing* [D.I. 56] regarding the Summary

Judgment Motion was filed on April 12, 2013 and forwarded to the Court with the pleadings referenced therein.

A Notice of Completion of Briefing regarding the Cross-Motion will be filed after July 19, 2013, and a binder of the relevant pleadings will be forwarded to the Court.

Dated: July 16, 2013

           **BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**

By:   */s/ Raymond H. Lemisch*
Raymond H. Lemisch, Esquire (No. 4204)
222 Delaware Avenue, Suite 801
Wilmington, DE  19801
(302) 442-7010  telephone
(302) 442-7012  facsimile
rlemisch@beneschlaw.com

- and -

Barry L. Wilkie, Esquire
Stuart N. Bennett, Esquire
**JONES & KELLER, P.C.**
1999 Broadway, Suite 3150
Denver, CO  80202
(303) 573-1600  telephone
(303) 573-8133  facsimile
bwilkie@joneskeller.com
sbennett@joneskeller.com

*Counsel to BWAB Limited Liability Company*

- 2 -

7741352 v1