# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| DELTA PETROLUEM, et al., | : | Case No. 11-14006 (KJC) |
| | : | Jointly Administered |
| Debtors. | : | |
| | : | |
| Delta Petroleum General Recovery Trust and Par Petroleum Corporation, | : | |
| | : | |
| Plaintiffs, | : | Adv. Proc. No. 12-50898 (KJC) |
| v. | : | |
| | : | |
| BWAB Limited Liability Company, | : | |
| | : | |
| Defendant. | : | |
| | : | |
| Delta Petroleum General Recovery Trust and Par Petroleum Corporation, | : | |
| | : | |
| Plaintiffs, | : | Adv. Proc. No. 12-50877 (KJC) |
| v. | : | |
| | : | |
| Aleron Larson, Jr., | : | |
| | : | |
| Defendant. | : | |
| | : | |

**CERTIFICATE OF SERVICE**

I, Raymond H. Lemisch, Esquire, hereby certify that on July 16, 2013, a true and correct copy of the foregoing *Request for Oral Argument* filed in each of the above captioned adversary matters was served on all parties registered to receive service on the electronic notification list as maintained by the Court, and via Hand Delivery or First Class Mail, postage prepaid upon the following:

7743287 v1

| | |
|---|---|
| ***Via Hand Delivery*** <br> Anthony W. Clark, Esquire <br> Kristhy M. Peguero, Esquire <br> Skadden, Arps, Slate, Meagher & Flom LLP <br> One Rodney Square <br> Wilmington, DE 19801 | ***Via Regular Mail*** <br> Ron Meisler, Esquire <br> Ebba Gebisa, Esquire <br> Skadden, Arps, Slate, Meagher & Flom LLP <br> 155 North Wacker Drive <br> Chicago, IL 60606-1720 |

Dated: July 16, 2013

                  **BENESCH, FRIEDLANDER, COPLAN**
                   **& ARONOFF LLP**

By:   */s/ Raymond H. Lemisch*
        Raymond H. Lemisch, Esquire (No. 4204)
        Jennifer E. Smith, Esquire (No. 5278)
        222 Delaware Avenue, Suite 801
        Wilmington, DE 19801
        (302) 442-7010 telephone
        (302) 442-7012 facsimile
        rlemisch@beneschlaw.com

        - and -

        Barry L. Wilkie, Esquire
        Stuart N. Bennett, Esquire
        **JONES & KELLER, P.C.**
        1999 Broadway, Suite 3150
        Denver, CO 80202
        (303) 573-1600 telephone
        (303) 573-8133 facsimile
        bwilkie@joneskeller.com
        sbennett@joneskeller.com

        *Counsel to BWAB Limited Liability Company and*
        *Aleron Larson, Jr.*