# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                            :
In re:                                      :   Chapter 11
                                            :
DELTA PETROLEUM CORPORATION,                :   Case No. 11-14006 (KJC)
et al.,                                     :
                                            :   Jointly Administered
                      Debtors.              :
                                            :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
DELTA PETROLEUM GENERAL                     :
RECOVERY TRUST                              :
and                                         :
PAR PETROLEUM CORPORATION,                  :
                                            :   Adv. Pro. No. 12-50898 (KJC)
                      Plaintiffs,           :
                                            :
     v.                                     :
                                            :
BWAB LIMITED LIABILITY                      :
COMPANY,                                    :
                                            :
                      Defendant.            :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

## PLAINTIFFS' REQUEST FOR ORAL ARGUMENT

Plaintiffs Delta Petroleum General Recovery Trust and Par Petroleum Corporation (the "Plaintiffs"), by and through their undersigned counsel, hereby request, pursuant to Rule 7007-3 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, that oral argument be scheduled at the Court's earliest convenience in connection with Plaintiffs' Motion for Summary Judgment Pursuant to Fed. R. Civ. P. 56 (Docket No. 34) (the "Summary Judgment Motion") and BWAB's Cross-Motion for Summary Judgment (Docket No. 74) (the "Cross Motion").

Plaintiffs' Notice of Completion of Briefing in connection with the Summary Judgment Motion was filed on April 12, 2013 (Docket No. 56). A new binder containing the relevant pleadings in connection with the Summary Judgment Motion will be submitted to the Court substantially contemporaneously herewith.

Dated: July 19, 2013
      Wilmington, Delaware

                /s/ Kristhy M. Peguero
                Anthony W. Clark (I.D. No. 2051)
                Kristhy M. Peguero (I.D. No. 4903)
                Skadden, Arps, Slate, Meagher & Flom LLP
                One Rodney Square
                P.O. Box 636
                Wilmington, Delaware 19899-0636
                Telephone: (302) 651-3000
                Fax: (302) 651-3001

                - and -

                Ron E. Meisler
                David R. Pehlke
                Skadden, Arps, Slate, Meagher & Flom LLP
                155 N. Wacker Dr.
                Chicago, Illinois 60606
                Telephone: (312) 407-0700
                Fax: (312) 407-0411

                *Counsel for Plaintiffs Delta Petroleum General Recovery Trust and Par Petroleum Corporation*