# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x | : | |
| In re: | : | Chapter 11 |
| | : | |
| DELTA PETROLEUM CORPORATION, et al., | : | Case No. 11-14006 (KJC) |
| | : | Jointly Administered |
| Debtors. | : | |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x | : | |
| DELTA PETROLEUM GENERAL RECOVERY TRUST and PAR PETROLEUM CORPORATION, | : | |
| | : | Adv. Pro. No. 12-50898 (KJC) |
| Plaintiffs, | : | |
| v. | : | |
| BWAB LIMITED LIABILITY COMPANY, | : | |
| Defendant. | : | |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x | | |

## ORDER SCHEDULING ORAL ARGUMENT

Upon the request of the Plaintiffs in the above-captioned adversary proceeding for oral argument in connection with Summary Judgment Motion (Docket No. 34) and the Cross Motion (Docket No. 74), it is hereby:

ORDERED, that oral argument on the Summary Judgment Motion and the Cross Motion will be held on _____, 2013 at ___:___ __.m (ET).

Dated: Wilmington, Delaware
          _____ ___, 2013

                                          Honorable Kevin J. Carey
                                          UNITED STATES BANKRUPTCY JUDGE