# CERTIFICATE OF SERVICE

I, Kristhy M. Peguero, hereby certify that on July 23, 2013, I caused the foregoing **Notice of Oral Argument on September 19, 2013 At 10:00 a.m. (Eastern) Regarding Plaintiffs' Motion for Summary Judgment Pursuant to Fed. R. Civ. P. 56 And Fed. R. Bankr. P. 7056** to be served on the parties listed on <u>Exhibit A</u>, attached hereto, by United States first class mail, unless otherwise indicated thereon.

*/s/ Kristhy M. Peguero*
Kristhy M. Peguero

**Exhibit A**
<u>Service Parties</u>

Raymond H. Lemisch, Esq.
Benesch, Friedlander, Coplan & Aronoff LLP
222 Delaware Avenue, Suite 801
Wilmington, DE 19801
**(By Hand Delivery)**

Barry L. Wilkie, Esq.
Stuart N. Bennett, Esq.
Aaron Goldhamer, Esq.
JONES & KELLER, P.C.
1999 Broadway, Suite 3150
Denver, CO 80202