IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                :
In re:                                          :    Chapter 11
                                                :
DELTA PETROLEUM CORPORATION,                    :    Case No. 11-14006 (KJC)
et al.,                                         :
                                                :    Jointly Administered
                    Debtors.                    :
                                                :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                :
DELTA PETROLEUM GENERAL                         :
RECOVERY TRUST                                  :
and                                             :
PAR PETROLEUM CORPORATION,                      :
                                                :    Adv. Pro. No. 12-50898 (KJC)
                    Plaintiffs,                 :
                                                :
   v.                                           :
                                                :
BWAB LIMITED LIABILITY                          :
COMPANY,                                        :
                                                :
                    Defendant.                  :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

**PLAINTIFFS' NOTICE OF COMPLETION OF BRIEFING**

On July 19, 2013, Plaintiffs Delta Petroleum General Recovery Trust and Par Petroleum Corporation (the "Plaintiffs") filed the Plaintiffs' Motion to (1) Strike Expert Report and (2) Preclude Testimony of Defendants' Proposed Expert (Docket No. 88) (the "Motion to Strike"). Briefing was completed on August 9, 2013.

The following filings relate to the Motion to Strike:

1. Plaintiffs' Motion to (1) Strike Expert Report and (2) Preclude Testimony of Defendants' Proposed Expert (Docket No. 88)

2. Defendants' Response to Plaintiffs' Motion to Strike Expert Report and Preclude Testimony of Defendants' Proposed Expert (Docket No. 92)

3.   Plaintiffs' Reply Memorandum of Law in Support of Their Motion to (1) Strike Expert Report and (2) Preclude Testimony of Defendants' Proposed Expert (Docket No. 94)

Dated:   August 19, 2013
Wilmington, Delaware

*/s/ Kristhy M. Peguero*
Anthony W. Clark (I.D. No. 2051)
Kristhy M. Peguero (I.D. No. 4903)
Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899-0636
Telephone: (302) 651-3000
Fax: (302) 651-3001

- and -

Ron E. Meisler
David R. Pehlke
Skadden, Arps, Slate, Meagher & Flom LLP
155 N. Wacker Dr.
Chicago, Illinois 60606
Telephone: (312) 407-0700
Fax: (312) 407-0411

*Counsel for Plaintiffs Delta Petroleum General Recovery Trust and Par Petroleum Corporation*