**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                            :
In re:                                      :   Chapter 11
                                            :
DELTA PETROLEUM CORPORATION, et             :   Case No. 11-14006 (KJC)
al.,                                        :
                                            :   Jointly Administered
             Debtors.                       :
                                            :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
DELTA PETROLEUM GENERAL                     :
RECOVERY TRUST                              :
AND                                         :
PAR PETROLEUM CORPORATION,                  :
                                            :   Adv. Pro. No. 12-50877 (KJC)
             Plaintiffs,                    :
                                            :
      v.                                    :
                                            :
ALERON LARSON, JR.                          :
                                            :
             Defendant.                     :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
DELTA PETROLEUM GENERAL                     :
RECOVERY TRUST                              :
AND                                         :
PAR PETROLEUM CORPORATION,                  :
                                            :   Adv. Pro. No. 12-50898 (KJC)
             Plaintiffs,                    :
                                            :
      v.                                    :
                                            :
BWAB LIMITED LIABILITY COMPANY,             :
                                            :
             Defendant.                     :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

**SIXTH STATUS REPORT**

Pursuant to the Scheduling Orders entered by the Court on December 26, 2012 (Adv. Pro. No. 12-50877; D.I. 20) (Adv. Pro. No. 12-50898; D.I. 19), Delta Petroleum General Recovery Trust and Par Petroleum Corporation (together, "Plaintiffs"), by and through their undersigned counsel, hereby file this status report[1] with respect to the above-captioned adversary proceedings.

On August 2, 2013, Aleron Larson, Jr. ("Larson") and BWAB Limited Liability Company ("BWAB," and together with Larson, the "Defendants") filed responses (Adv. Pro. No. 12-50877; D.I. 92) (Adv. Pro. No. 12-50898; D.I. 92) to the Plaintiffs' motions to strike the expert report and preclude the testimony of Defendants' proposed expert (the "Motions to Strike"). On August 8, 2013, Plaintiffs filed replies to the Motions to Strike (Adv. Pro. No. 12-50877; D.I. 94) (Adv. Pro. No. 12-50898; D.I. 94).

On August 19, 2013, Plaintiffs filed notices of completion of briefing (Adv. Pro. No. 12-50877; D.I. 95) (Adv. Pro. No. 12-50898; D.I. 95) on the Motions to Strike.

---

[1] The first status report was filed on February 8, 2013 (Adv. Pro. No. 12-50877; D.I. 32) (Adv. Pro. No. 12-50898; D.I. 32); the second on March 26, 2013 (Adv. Pro. No. 12-50877; D.I. 49) (Adv. Pro. No. 12-50898; D.I. 49); the third on May 10, 2013 (Adv. Pro. No. 12-50877; D.I. 64) (Adv. Pro. No. 12-50898; D.I. 64); the fourth on June 24, 2013 (Adv. Pro. No. 12-50877; D.I. 79) (Adv. Pro. No. 12-50898; D.I. 79); and the fifth on August 8, 2013 (Adv. Pro. No. 12-50877; D.I. 93) (Adv. Pro. No. 12-50898; D.I. 93).

On September 19, 2013, the Court held oral argument on the Plaintiffs' and Defendants' cross motions for summary judgment. The Court has taken the cross motions under advisement.

Pursuant to the Amended And Restated Order Approving Stipulation Resolving Emergency Motion Of Reorganized Debtors And Delta Petroleum General Recovery Trust For Entry Of An Order Enforcing The Provisions Of Debtors' Confirmed Plan And The Confirmation Order And To Adversary Proceedings Nos. 12-50877 And 12-50898 (Case No. 11-14006 (KJC); D.I. 1208), the Reorganized Debtors made escrow deposits with the Court on

**[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]**

September 13, 2013 (Case No. 11-14006 (KJC); D.I. 1413, 1414).

Dated:   September 24, 2013
         Wilmington, Delaware

                    */s/ Kristhy M. Peguero*_____
                    Anthony W. Clark (I.D. No. 2051)
                    Kristhy M. Peguero (I.D. No. 4903)
                    Skadden, Arps, Slate, Meagher & Flom LLP
                    One Rodney Square
                    P.O. Box 636
                    Wilmington, Delaware 19899-0636
                    (302) 651-3000
                    and

                    Ron Meisler
                    David R. Pehlke
                    Skadden, Arps, Slate, Meagher & Flom LLP
                    155 North Wacker Drive
                    Chicago, Illinois 60606-1720
                    (312) 407-0700

                    *Counsel for Plaintiffs Delta Petroleum General Recovery Trust and Par Petroleum Corporation*

**CERTIFICATE OF SERVICE**

I, Kristhy M. Peguero, hereby certify that on September 24, 2013, I caused the foregoing **Sixth Status Report** to be served on the parties listed on <u>Exhibit A</u>, attached hereto, by United States first class mail, unless otherwise indicated thereon.

*/s/ Kristhy M. Peguero*
Kristhy M. Peguero

2

**Exhibit A**
**Service Parties**

Raymond H. Lemisch, Esq.
Klehr Harrison Harvey Branzburg LLP
919 Market Street - Suite 1000
Wilmington, DE 19801-3062

Barry L. Wilkie, Esq.
Stuart N. Bennett, Esq.
Aaron Goldhamer, Esq.
JONES & KELLER, P.C.
1999 Broadway, Suite 3150
Denver, CO 80202