# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| DELTA PETROLEUM CORPORATION, et al., | Case No. 11-14006 (KJC) |
| Debtors. | Jointly Administered |
| DELTA PETROLEUM GENERAL RECOVERY TRUST AND PAR PETROLEUM CORPORATION, Plaintiffs, v. ALERON LARSON, JR. Defendant. | Adv. Pro. No. 12-50877 (KJC) |
| DELTA PETROLEUM GENERAL RECOVERY TRUST AND PAR PETROLEUM CORPORATION, Plaintiffs, v. BWAB LIMITED LIABILITY COMPANY, Defendant. | Adv. Pro. No. 12-50898 (KJC) |

## **SIXTEENTH STATUS REPORT**

Pursuant to the Scheduling Orders entered by the Court on December 26, 2012 (Adv. Pro. No. 12-50877; D.I. 20) (Adv. Pro. No. 12-50898; D.I. 19), Delta Petroleum General Recovery Trust and Par Petroleum Corporation (together, "Plaintiffs"), by and through their undersigned counsel, hereby file this status report[1] with respect to the above-captioned adversary proceedings.

On September 19, 2013, the Court held oral argument on the cross motions for summary judgment filed by Plaintiffs, Aleron Larson, Jr. and BWAB Limited Liability Company. The cross motions remain under advisement.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

---

[1] The first status report was filed on February 8, 2013 (Adv. Pro. No. 12-50877; D.I. 32) (Adv. Pro. No. 12-50898; D.I. 32); the second on March 26, 2013 (Adv. Pro. No. 12-50877; D.I. 49) (Adv. Pro. No. 12-50898; D.I. 49); the third on May 10, 2013 (Adv. Pro. No. 12-50877; D.I. 64) (Adv. Pro. No. 12-50898; D.I. 64); the fourth on June 24, 2013 (Adv. Pro. No. 12-50877; D.I. 79) (Adv. Pro. No. 12-50898; D.I. 79); the fifth on August 8, 2013 (Adv. Pro. No. 12-50877; D.I. 93) (Adv. Pro. No. 12-50898; D.I. 93); the sixth on September 24, 2013 (Adv. Pro. No. 12-50877; D.I. 97) (Adv. Pro. No. 12-50898; D.I. 97); the seventh on November 8, 2013 (Adv. Pro. No. 12-50877; D.I. 98) (Adv. Pro. No. 12-50898; D.I. 98); the eighth on December 23, 2013 (Adv. Pro. No. 12-50877; D.I. 99) (Adv. Pro. No. 12-50898; D.I. 99); the ninth on February 6, 2014 (Adv. Pro. No. 12-50877; D.I. 100) (Adv. Pro. No. 12-50898; D.I. 100); the tenth on March 24, 2014 (Adv. Pro. No. 12-50877; D.I. 101) (Adv. Pro. No. 12-50898; D.I. 101); the eleventh on May 8, 2014 (Adv. Pro. No. 12-50877; D.I. 102) (Adv. Pro. No. 12-50898; D.I. 102), the twelfth on June 23, 2014 (Adv. Pro. No. 12-50877; D.I. 103) (Adv. Pro. No. 12-50898; D.I. 103), the thirteenth on August 7, 2014 (Adv. Pro. No. 12-50877; D.I. 104) (Adv. Pro. No. 12-50898; D.I. 104), the fourteenth on September 29, 2014 (Adv. Pro. No. 12-50877; D.I. 105) (Adv. Pro. No. 12-50898; D.I. 105), and the fifteenth on November 13, 2014 (Adv. Pro. No. 12-50877; D.I. 106) (Adv. Pro. No. 12-50898; D.I. 106).

Pursuant to the Amended And Restated Order Approving Stipulation Resolving Emergency Motion Of Reorganized Debtors And Delta Petroleum General Recovery Trust For Entry Of An Order Enforcing The Provisions Of Debtors' Confirmed Plan And The Confirmation Order And To Adversary Proceedings Nos. 12-50877 And 12-50898 (Case No. 11-14006 (KJC); D.I. 1208), the Reorganized Debtors made escrow deposits with the Court on December 2, 2014 (Case No. 11-14006 (KJC); D.I. 1522 and 1523).

Dated:   December 29, 2014
        Wilmington, Delaware

        */s/ Kristhy M. Peguero*
        Anthony W. Clark (I.D. No. 2051)
        Kristhy M. Peguero (I.D. No. 4903)
        Skadden, Arps, Slate, Meagher & Flom LLP
        One Rodney Square
        P.O. Box 636
        Wilmington, Delaware 19899-0636
        (302) 651-3000
        and

        Ron Meisler
        David R. Pehlke
        Skadden, Arps, Slate, Meagher & Flom LLP
        155 North Wacker Drive
        Chicago, Illinois 60606-1720
        (312) 407-0700

        *Counsel for Plaintiffs Delta Petroleum General Recovery Trust and Par Petroleum Corporation*

## CERTIFICATE OF SERVICE

I, Kristhy M. Peguero, hereby certify that on December 29, 2014, I caused the foregoing **Sixteenth Status Report** to be served on the parties listed on <u>Exhibit A</u>, attached hereto, by United States first class mail, unless otherwise indicated thereon.

<u>*/s/ Kristhy M. Peguero*</u>
Kristhy M. Peguero

2

**Exhibit A**
**Service Parties**

Raymond H. Lemisch, Esq.
Klehr Harrison Harvey Branzburg LLP
919 Market Street - Suite 1000
Wilmington, DE 19801-3062

Barry L. Wilkie, Esq.
Stuart N. Bennett, Esq.
Aaron Goldhamer, Esq.
JONES & KELLER, P.C.
1999 Broadway, Suite 3150
Denver, CO 80202

2