**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - | x : | |
| In re: | : | Chapter 11 |
| | : | |
| DELTA PETROLEUM CORPORATION, <u>et al.</u>, | : : | Case No. 11-14006 (KJC) |
| | : | Jointly Administered |
| Debtors. | : : | |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - | : x | |
| DELTA PETROLEUM GENERAL RECOVERY TRUST AND PAR PETROLEUM CORPORATION, | : : : : : | |
| | : | Adv. Pro. No. 12-50877 (KJC) |
| Plaintiffs, | : : | |
| v. | : : | |
| ALERON LARSON, JR. | : : | **Related Docket Nos. 110, 111** |
| Defendant. | : : | |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - | x | |
| DELTA PETROLEUM GENERAL RECOVERY TRUST AND PAR PETROLEUM CORPORATION, | : : : : | |
| | : | Adv. Pro. No. 12-50898 (KJC) |
| Plaintiffs, | : : | |
| v. | : : | |
| BWAB LIMITED LIABILITY COMPANY, | : : | **Related Docket Nos. 110, 111** |
| Defendant. | : : | |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - | x | |

# **DECLARATION OF SERVICE**

I, Dain A. De Souza, hereby certify that on April 3, 2015, I caused the following documents to be served on the parties listed on <u>Exhibit A</u> attached hereto, by first-class mail, unless otherwise indicated thereon.

1. Memorandum Relating To Plaintiffs' Motion For Summary Judgment And Defendants' Cross-Motion For Summary Judgment (Docket No. 110)

2. Order Granting, In Part, And Denying, In Part, Plaintiffs' Motion For Summary Judgment And Defendants' Cross Motions For Summary Judgment  (Docket No. 111)

Dated:   April 3, 2015
         Wilmington, Delaware

                         */s/ Dain A. De Souza*
                         Anthony W. Clark (I.D. No. 2051)
                         Dain A. De Souza (I.D. No. 5737)
                         Skadden, Arps, Slate, Meagher & Flom LLP
                         One Rodney Square
                         P.O. Box 636
                         Wilmington, Delaware 19899-0636
                         (302) 651-3000
                         and

                         Ron Meisler
                         David R. Pehlke
                         Skadden, Arps, Slate, Meagher & Flom LLP
                         155 North Wacker Drive
                         Chicago, Illinois 60606-1720
                         (312) 407-0700

                         *Counsel for Plaintiffs Delta Petroleum General Recovery Trust and Par Petroleum Corporation*

## **EXHIBIT A**

Raymond H. Lemisch, Esq.
Klehr Harrison Harvey Branzburg LLP
919 Market Street - Suite 1000
Wilmington, DE 19801-3062
**(By Hand Delivery)**

Barry L. Wilkie, Esq.
Stuart N. Bennett, Esq.
Aaron Goldhamer, Esq.
JONES & KELLER, P.C.
1999 Broadway, Suite 3150
Denver, CO 80202