# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0311−1 | User: LisaC | Date Created: 4/7/2015 |
| Case: 12−50898−KJC | Form ID: pdfsjo | Total: 17 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
aty   Kristhy M. Peguero

TOTAL: 1

**Recipients of Notice of Electronic Filing:**
intp   Epiq Bankruptcy Solutions LLC        nmrodriguez@epiqsystems.com
aty    Ann C. Cordo        acordo@mnat.com
aty    Anthony W. Clark
aty    Anthony W. Clark
aty    Dain A. De Souza        Dain.DeSouza@skadden.com
aty    Jennifer E Smith        jsmith@coochtaylor.com
aty    Raymond Howard Lemisch        rlemisch@klehr.com
aty    William Pierce Bowden        wbowden@ashby−geddes.com

TOTAL: 8

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
md     William P. Bowden     Ashby & Geddes     500 Delaware Avenue     8th Floor     Wilmington, DE 19801
aty    Aaron Goldhamer     Jones & Keller, PC     1999 Broadway     Suite 3150     Denver, CO 80202
aty    Barry L. Wilkie     Jones & Keller, PC     1999 Broadway     Suite 3150     Denver, CO 80202
aty    David R. Pehlke     Skadden Arps Slate Meagher & Flom LLP     155 North Wacker Drive     Chicago, IL 60606−1720
aty    Ebba Gebisa     Skadden Arps Slate Meagher & Flom LLP     155 North Wacker Drive     Chicago, IL 60606−1720
aty    Ron E. Meisler     Skadden Arps Slate Meagher & Flom LLP     155 North Wacker Drive     Chicago, IL 60606−1720
aty    Stuart N. Bennett     Jones & Keller, PC     1999 Broadway     Suite 3150     Denver, CO 80202
ust    United States Trustee     844 King Street, Room 2207     Lockbox #35     Wilmington, DE 19899−0035

TOTAL: 8