# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| DELTA PETROLEUM CORPORATION, *et al.*,[1] | Case No. 11-14006 (KJC) |
| Debtors | Jointly Administered |
| DELTA PETROLEUM GENERAL RECOVERY TRUST, and PAR PETROLEUM CORPORATION, Plaintiffs v. BWAB LIMITED LIABILITY COMPANY, Defendant | Adv. Proc. No. 12-50898 (KJC) (Re: 34, 74) |
| DELTA PETROLEUM GENERAL RECOVERY TRUST, and PAR PETROLEUM CORPORATION, Plaintiffs v. ALERON LARSON, JR., Defendant | Adv. Proc. No. 12-50877 (KJC) (Re: D.I. 34, 74) |

## ORDER

AND NOW, this 2nd day of April, 2015, upon consideration of the Plaintiffs Motions for Summary Judgment in the above-referenced adversary proceedings (D.I. 34) and the Defendants' cross-motions for summary judgment (D.I. 74), and after oral argument, and for the reasons set

---

[1] The debtors in the jointly administered chapter 11 cases are Delta Petroleum Corporation; DPCA LLC; Delta Exploration Company, Inc.; Delta Pipeline, LLC; DLC, Inc.; CEC, Inc.; Castle Texas Production Limited Partnership; Amber Resources Company of Colorado; and Castle Exploration Company, Inc. (jointly, the "Debtors"). (*See* Main Case D.I.s 60, 181.)

forth in the foregoing Memorandum[2], it is hereby ORDERED that:

(i) <u>Avoidance and Recovery of the 1999 ORRIs</u> - The Plaintiffs' request for summary judgment on avoidance of the 1999 ORRIs is GRANTED because, assuming that the 1999 ORRIs are real property interests, the priority obligations based on those interests are avoidable pursuant to Bankruptcy Code § 544(a)(3);

(ii) <u>Enforcement of Plan Discharge</u> - The Plaintiffs' request for summary judgment on regarding discharge of the 1994 ORRI and the 1999 ORRIs as of the Plan's Effective Date, and vesting of the NOI in the Reorganized Debtors free and clear of 1994 ORRI and 1999 ORRIs, is DENIED, in part, as to the 1994 ORRI, and GRANTED, in part, as to the 1999 ORRIs;

(iii) <u>Unjust Enrichment and Clawback of Excess Payments and Post-Petition Payments</u> The Plaintiffs' request for summary judgment on claims to recover Excess Payments and Post-Petition Payments based on unjust enrichment is DENIED;

(iv) <u>Post-Petition State Law Fraudulent Transfers</u> - The Plaintiffs' request for summary judgment for recovery of Excess Payments and Post-Petition Payments under state fraudulent transfer law is DENIED;

(v) <u>Avoidance and Recovery of Post-petition Transfers under § 549</u> - The Plaintiffs' request for summary judgment on recovery of Post-Petition Payments under Bankruptcy Code § 549 is DENIED; and

---

[2]All capitalized terms not defined in this Order shall have the meanings set forth in the foregoing Memorandum.

  (vi) <u>Turnover of Post-Petition Payments under § 542(a)</u> - The Plaintiffs' request for summary judgment for turnover of the Post-Petition Payments under § 542(a) is DENIED, without prejudice, pending further briefing on this issue.

The Plaintiffs did not seek summary judgment on Counts VII and IX in the BWAB Complaint. BWAB's and Larson's cross-motions for summary judgment are GRANTED, in part, and DENIED, in part, consistent with the foregoing.

A status hearing will be held on **May 12, 2015** at **2:00 p.m. (ET)** in Bankruptcy Courtroom No. 5, 824 Market Street, Fifth Floor, Wilmington, Delaware, to schedule additional briefing and to consider further proceedings, including remaining pre-trial needs of the parties.

BY THE COURT:

_____
KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE

cc: Kristhy M. Peguero, Esquire[3]

---

[3]Counsel shall serve a copy of the Memorandum and Order upon all interested parties and file a Certificate of Service with the Court.

3

```
                          United States Bankruptcy Court
                               District of Delaware

Delta Petroleum General Recovery Trust,
       Plaintiff                                       Adv. Proc. No. 12-50898-KJC

BWAB Limited Liability Company,
       Defendant
```

# CERTIFICATE OF NOTICE

```
District/off: 0311-1        User: LisaC              Page 1 of 1          Date Rcvd: Apr 07, 2015
                            Form ID: pdfsjo          Total Noticed: 8


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 09, 2015.
aty           +Aaron Goldhamer,   Jones & Keller, PC,   1999 Broadway,   Suite 3150,   Denver, CO 80202-5736
aty           +Barry L. Wilkie,   Jones & Keller, PC,   1999 Broadway,   Suite 3150,   Denver, CO 80202-5736
aty           +David R. Pehlke,   Skadden Arps Slate Meagher & Flom LLP,   155 North Wacker Drive,
                Chicago, IL 60606-1787
aty           +Ebba Gebisa,   Skadden Arps Slate Meagher & Flom LLP,   155 North Wacker Drive,
                Chicago, IL 60606-1787
aty           +Ron E. Meisler,   Skadden Arps Slate Meagher & Flom LLP,   155 North Wacker Drive,
                Chicago, IL 60606-1787
aty           +Stuart N. Bennett,   Jones & Keller, PC,   1999 Broadway,   Suite 3150,   Denver, CO 80202-5736
md            +William P. Bowden,   Ashby & Geddes,   500 Delaware Avenue,   8th Floor,
                Wilmington, DE 19801-7400

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust            +E-mail/Text: USTPRegion03.WL.ECF@USDOJ.GOV Apr 07 2015 20:22:48     United States Trustee,
                844 King Street, Room 2207,   Lockbox #35,   Wilmington, DE 19801-3519
                                                                                              TOTAL: 1

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty            Kristhy M. Peguero
                                                                                 TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 09, 2015                               Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 7, 2015 at the address(es) listed below:
              Ann C. Cordo    on behalf of Plaintiff    Delta Petroleum General Recovery Trust acordo@mnat.com,
               aconway@mnat.com;rfusco@mnat.com;mdecarli@mnat.com
              Anthony W. Clark    on behalf of Counter-Defendant    Delta Petroleum General Recovery Trust ,
               debank@skadden.com;wendy.lamanna@skadden.com;christopher.heaney@skadden.com
              Anthony W. Clark    on behalf of Counter-Defendant    Par Petroleum Corporation ,
               debank@skadden.com;wendy.lamanna@skadden.com;christopher.heaney@skadden.com
              Anthony W. Clark    on behalf of Plaintiff    Delta Petroleum General Recovery Trust ,
               debank@skadden.com;wendy.lamanna@skadden.com
              Dain A. De Souza    on behalf of Plaintiff    Delta Petroleum General Recovery Trust
               Dain.DeSouza@skadden.com,
               debank@skadden.com;wendy.lamanna@skadden.com;christopher.heaney@skadden.com
              Dain A. De Souza    on behalf of Counter-Defendant    Par Petroleum Corporation
               Dain.DeSouza@skadden.com,
               debank@skadden.com;wendy.lamanna@skadden.com;christopher.heaney@skadden.com
              Dain A. De Souza    on behalf of Counter-Defendant    Delta Petroleum General Recovery Trust
               Dain.DeSouza@skadden.com,
               debank@skadden.com;wendy.lamanna@skadden.com;christopher.heaney@skadden.com
              Epiq Bankruptcy Solutions LLC    nmrodriguez@epiqsystems.com
              Jennifer E Smith    on behalf of Defendant    BWAB Limited Liability Company jsmith@coochtaylor.com
              Raymond Howard Lemisch    on behalf of Defendant    BWAB Limited Liability Company
               rlemisch@klehr.com
              Raymond Howard Lemisch    on behalf of Counter-Claimant    BWAB Limited Liability Company
               rlemisch@klehr.com
              William Pierce Bowden    on behalf of Mediator William P. Bowden wbowden@ashby-geddes.com
                                                                                              TOTAL: 12
```