IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
: 
In re: : Chapter 11
: 
DELTA PETROLEUM CORPORATION, <u>et al.</u>[1] : Case No. 11-14006 (KJC)
: 
Debtors, : Jointly Administered
: 
---------------------------------------------------------------x
DELTA PETROLEUM GENERAL :
RECOVERY TRUST and PAR PETROLEUM :
CORPORATION, :
:
Plaintiffs, :
: Adv. Pro. No. 12-50877 (KJC)
v. :
:
ALERON LARSON, JR., :
:
Defendant. :
:
---------------------------------------------------------------x
DELTA PETROLEUM GENERAL :
RECOVERY TRUST and PAR PETROLEUM :
CORPORATION, :
:
Plaintiffs, :
: Adv. Pro. No. 12-50898 (KJC)
v. :
:
BWAB LIMITED LIABILITY COMPANY, :
:
Defendant. :
:
---------------------------------------------------------------x

NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON MAY 12, 2015 AT 2:00 P.M. (EASTERN TIME)[2]

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: Delta Petroleum Corporation (0803); DPCA LLC (0803); Delta Exploration Company, Inc. (9462); Delta Pipeline, LLC (0803); DLC, Inc. (3989); CEC, Inc. (3154); Castle Texas Production Limited Partnership (6054); Amber Resources Company of Colorado (0506); and Castle Exploration Company, Inc. (9007). The Debtors' headquarters are located at: 370 17th Street, Suite 4300, Denver, Colorado 80202.

[2]  The hearing will be held at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 5th Floor, Courtroom #5, Wilmington, Delaware 19801.

STATUS CONFERENCES MATTERS

1. *Delta Petroleum Corporation, et al.; Case No. 11-14006.*

    Status:  This matter is going forward as a status conference only.

2. *Delta Petroleum General Recovery Trust and Par Petroleum Corporation v. Aleron Larson, Jr.; Adv. Pro. No. 12-50877.*

    Status:  This matter is going forward as a status conference only.

3. *Delta Petroleum General Recovery Trust and Par Petroleum Corporation v. BWAB Limited Liability Company; Adv. Pro. No. 12-50898.*

    Status:  This matter is going forward as a status conference only.

Dated:  May 8, 2015
Wilmington, Delaware

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

　　　*/s/ Daniel B. Butz*
Derek C. Abbott (No. 3376)
Daniel B. Butz (No. 4227)
1201 North Market Street, 18th Floor
Wilmington, Delaware 19899-1347
Telephone:  (302) 658-9200
Facsimile:   (302) 658-3989

*Counsel for the Reorganized Debtors*