**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| DELETA PETROLEUM CORPORATION, et al.,[1] | Case No. 11-14006 (KJC) |
| Debtors, | Jointly Administered |
| | **Ref. Docket No. 1549** |

| | |
|---|---|
| DELTA PETROLEUM GENERAL RECOVERY TRUST and PAR PETROLEUM CORPORATION, | |
| Plaintiffs, | |
| v. | Adv. Pro. No. 12-50877 (KJC) |
| ALERON LARSON, JR., | |
| Defendant. | |
| | **Ref. Docket No. 113** |

| | |
|---|---|
| DELTA PETROLEUM GENERAL RECOVERY TRUST and PAR PETROLEUM CORPORATION, | |
| Plaintiffs, | |
| v. | Adv. Pro. No. 12-50898 (KJC) |
| BWAB LIMITED LIABILITY COMPANY, | |
| Defendant. | |
| | **Ref. Docket No. 115** |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: Delta Petroleum Corporation (0803); DPCA LLC (0803); Delta Exploration Company, Inc. (9462); Delta Pipeline, LLC (0803); DLC, Inc. (3989); CEC, Inc. (3154); Castle Texas Production Limited Partnership (6054); Amber Resources Company of Colorado (0506); and Castle Exploration Company, Inc. (9007). The Debtors' headquarters are located at: 370 17th Street, Suite 4300, Denver, Colorado 80202.

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                            ) ss.:
COUNTY OF NEW YORK  )

CAROL ZHANG, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On May 8, 2015, I caused to be served the "Notice of Agenda of Matters Scheduled for Hearing on May 12, 2015 at 2:00 P.M. (Eastern Time)," dated May 8, 2015 [Docket No. 1549 in Main Case No. 11-14006, Docket No. 113 in Adv. Proc. Case No. 12-50877 and Docket No. 115 in Adv. Proc. Case No. 12-50898], by causing true and correct copies to be:

    i.   enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit A, and

    ii.  delivered via facsimile to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

Carol Zhang

Sworn to before me this
11th day of May, 2015

Notary Public

PANAGIOTA MANATAKIS
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #01MA6221096
COMM. EXP. APRIL 26, 20

- 2 -

**EXHIBIT A**

| Claim Name | Address Information |
|---|---|
| AKIN GUMP STRAUSS HAUER & FELD LLP | (COUNSEL TO OFFICIAL COMMITTEE OF UNSEC CREDITORS) ATTN: DANIEL H. GOLDEN ONE BRYANT PARK NEW YORK NY 10036 |
| AMERICAN CONTRACTORS INDEMNITY COMPANY | U.S. SPECIALTY INSURANCE COMPANY AND/OR FKA: HCC SURETY GROUP 601 SOUTH FIGUEROA STREET, SUITE 1600 LOS ANGELES CA 90017-5721 |
| ATTORNEY GENERAL FOR THE STATE OF DE | CARVEL STATE OFFICE BUILDING ATTN: JOSEPH R. BIDEN, III., ESQ. 820 N. FRENCH STREET WILMINGTON DE 19801 |
| BAKER & HOSTETLER | (COUNSEL TO MACQUARIE BANK LTD. & MACQUARIE CAPITAL (USA) INC. ATTN: JORIAN ROSE 45 ROCKEFELLER PLAZA NEW YORK NY 10111 |
| BRYAN CAVE LLP | (COUNSEL TO THE INDUSTRIAL GROUP LLC) ATTN: MICHELLE MCMAHON, ESQ. 1290 AVENUE OF THE AMERICAS NEW YORK NY 10104 |
| COLORADO OIL AND GAS CONSERVATION COMMISSION | 1120 LINCOLN STREET, SUITE 801 DENVER CO 80203 |
| DEPARTMENT OF LABOR | ATTN: DIVISION OF UNEMPLOYMENT INSURANCE 4425 N. MARKET STREET WILMINGTON DE 19801 |
| FEDERAL COMMUNICATIONS COMMISSION | OFFICE OF GENERAL COUNSEL ATTN: MATTHEW BERRY, ESQ. 445 12TH STREET, S.W. WASHINGTON DC 20554 |
| JPMORGAN CHASE BANK, N.A. | ATTN: RYAN FUESSEL 712 MAIN STREET, FLOOR 12 HOUSTON TX 77002 |
| MACQUARIE CAPITAL (USA) INC. | ATTN: OWEN BASHAM 125 W. 55TH STREET NEW YORK NY 10019 |
| MCCREARY, VESELKA, BRAGG & ALLEN, P.C. | (COUNSEL FOR MIDLAND CENTRAL APPRAISAL DISTRICT) ATTN: MICHAEL REED, ESQ. P.O. BOX 1269 ROUND ROCK TX 78680 |
| OFFICE OF THE ATTORNEY GENERAL | U.S. DEPARTMENT OF JUSTICE ATTN: ERIC H. HOLDER, JR., ESQ. 950 PENNSYLVANIA AVENUE, N.W. WASHINGTON DC 20530-0001 |
| OFFICE OF THE UNITED STATES TRUSTEE | ATTN: TIIARA PATTON, ESQ. J. CALEB BOGGS FEDERAL BUILDING 844 KING STREET, SUITE 2207 WILMINGTON DE 19801 |
| SECRETARY OF STATE | ATTN: BANKRUPTCY / FRANCHISE TAX DEPT. TOWNSEND BUILDING SUITE 1 0 FEDERAL STREET DOVER DE 19901 |
| SECRETARY OF TREASURY | 15TH & PENNSYLVANIA AVENUE, N.W. WASHINGTON DC 20220 |
| SECURITIES & EXCHANGE COMMISSION | NEW YORK REGIONAL OFFICE ATTN: GEORGE S. CANELLOS, REGIONAL DIRECTOR 3 WORLD FINANCIAL CENTER, SUITE 400 NEW YORK NY 10281-1022 |
| SECURITIES & EXCHANGE COMMISSION | SECRETARY OF THE TREASURY 100 F STREET, NE WASHINGTON DC 20549 |
| STATE OF MICHIGAN | DEPARTMENT OF TREASURY ATTN: BILL SCHUETTE, A/G & HEATHER DONALD, ASST AG CADILLAC PLACE, STE. 10-200 3030 W. GRAND BLVD. DETROIT MI 48202 |
| THE DEPOSITORY TRUST COMPANY | REORG ANNOUNCEMENTS 55 WATER STREET NEW YORK NY 10041 |
| THE ROSNER LAW GROUP LLC | (COUNSEL FOR MACQUARIE CAPITAL (USA) INC. ATTN: FREDERICK B. ROSNER, JULIA B. KLEIN, ESQS. 824 MARKET STREET, SUITE 810 WILMINGTON DE 19801 |
| U.S. BANK N.A. (AS INDENTURE TRUSTEE FOR | 3.75% CONVERTIBLE & 7% HIGH YIELD PLUS ACCR INTST) ATTN: CINDY WOODWARD – EP MN WS 1D 60 LIVINGSTON AVENUE SAINT PAUL MN 55107 |
| UNITED STATES ATTORNEY'S OFFICE | DISTRICT OF DELAWARE ATTN: ELLEN W. SLIGHTS, ESQ. 1007 N. ORANGE STREET, SUITE 700 WILMINGTON DE 19801 |

Total Creditor count  22

*** DPC (LIST2002,REC2002) 91 ***
ADAMS AND REESE LLP
(COUNSEL TO MISSIANA, LLC, BENEDICT CORPORATION, &
L.W. WICKES AGENT, CORPORATION)
ATTN: LISA MERZ HEDRICK
4500 ONE SHELL SQUARE
701 POYDRAS STREET
NEW ORLEANS, LA 70139

*** DPC (LIST2002,REC2002) 86 ***
DORSEY & WHITNEY (DELAWARE) LLP
(COUNSEL TO U.S. BANK NATIONAL ASSOCIATION)
ATTN: ERIC LOPEZ SCHNABEL & ROBERT W. MALLARD, ESQ
300 DELAWARE AVENUE, SUITE 1010
WILMINGTON, DE 19801

**EXHIBIT B**

| PARTY | ATTN | FAX |
|---|---|---|
| ADAMS AND REESE LLP | ATTN: LISA MERZ HEDRICK | 504-553-9762 |
| AKIN GUMP STRAUSS HAUER & FELD LLP | ATTN: JAMES R. SAVIN,JOANNA NEWDECK,KRISTEN HOWARD | 202-887-4288 |
| ANDREWS KURTH LLP | ATTN: DAVID A. ZDUNKEWICZ & ROBIN RUSSELL, ESQS. | 713-238-7172 |
| ASHBY & GEDDES, P.A. | ATTN: DON A. BESKRONE, GREGORY A. TAYLOR AND | 302-654-2067 |
| BECKET & LEE LLP | ATTN: GILBERT B. WEISMAN, ESQ. | 610-993-8493 |
| BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP | ATTN: RAYMOND H. LEMISCH, ESQ. | 302-442-7012 |
| BIFFERATO GENTILOTTI LLC | ATTN: GARVAN F. MCDANIEL, MARY E. AUGUSTINE, ESQS. | 302-429-8600 |
| BROWN RUDNICK LLP | ATTN: ROBERT STARK, ESQ. | 212-938-2862 |
| BROWN RUDNICK LLP | ATTN: HOWARD L. SIEGEL AND DANIELLE M. BENNETT | 860-509-6501 |
| BROWN RUDNICK LLP | ATTN: HOWARD L. SIEGEL AND DANIELLE M. BENNETT | 212-209-4801 |
| BRYAN CAVE HRO | ATTN: ERIC E. JOHNSON, ESQ. | 303-866-0200 |
| CAERUS OIL AND GAS LLC | ATTN: DAVID H. KEYTE, CHAIRMAN AND CEO | 303-565-4606 |
| CITY AND COUNTY OF DENVER | ATTN: ROBERT MCDERMOTT, ASST. CITY ATTORNEY | 720-913-3180 |
| CLIFFORD & BROWN | ATTN: MARC E. DENISON, ESQ. | 661-322-3508 |
| COLE SCHOTZ P.C. | ATTN: NORMAN L. PERNICK, ESQ. | 302-652-3117 |
| CONNOLLY BOVE LODGE & HUTZ LLP | ATTN: JEFFREY C. WISLER & MARC J. PHILLIPS, ESQS. | 302-658-0380 |
| CONNOLLY GALLAGHER LLP | ATTN: KAREN C. BIFFERATO, ESQ. | 302-757-7299 |
| DARLING MILLIGAN SMITH & LESCH, PC | ATTN: BRIAN D.MILLIGAN | 303-623-9129 |
| DELAWARE DIVISION OF REVENUE | ATTN: ZILLAH A. FRAMPTON | 302-577-8632 |
| DLA PIPER LLP (US) | ATTN: CRAIG V. RASILE, ESQ. | 305-437-8131 |
| DLA PIPER LLP (US) | ATTN: R. CRAIG MARTIN, ESQ. | 302-394-2341 |
| DORE MAHONEY LAW GROUP, P.C. | ATTN: CARL DORE, JR. | 281-200-0751 |
| DORSEY & WHITNEY (DELAWARE) LLP | ATTN: ERIC LOPEZ SCHNABEL & ROBERT W. MALLARD, ESQ | 302-425-7177 |
| DORSEY & WHITNEY LLP | ATTN: STEVEN J. HEIM & ELIZABETH HULSEBOS, ESQS. | 612-340-2643 |
| GORDON ARATA MCCOLLAM DUPLANTIS & EGAN, LLC | ATTN: LOUIS M. PHILLIPS & ELIZABETH A. SPURGEON | 225-336-9763 |
| HOLLAND & HART LLP | ATTN: RISA LYNN WOLF-SMITH | 303-295-8261 |
| INTERNAL REVENUE SERVICE | ATTN: INSOLVENCY SECTION | 855-235-6787 |
| LATHAM & WATKINS LLP | ATTN: ROBERT A. KLYMAN | 213-891-8763 |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | ATTN:  JOHN P. DILLMAN | 713-844-3503 |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | ATTN: DIANE W. SANDERS | 512-443-5114 |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | ATTN: ELIZABETH WELLER | 469-221-5002 |
| LOWENSTEIN SANDLER PC | ATTN: MICHAEL S. ETKIN, ESQ. & IRA M. LEVEE, ESQ. | 973-597-2400 |

| | | |
|---|---|---|
| MCCARTER & ENGLISH, LLP | ATTN: KATHARINE L. MAYER, ESQ. | 302-984-6399 |
| MEYER, SUOZZI, ENGLISH & KLEIN, P.C. | ATTN: HOWARD B. KLEINBERG, ESQUIRE | 516-741-6706 |
| OAKTREE CAPITAL MANAGEMENT, L.P. | ATTN: NAEEM ARASTU, VP, GLOBAL PRINCIPAL GROUP | 213-830-9249 |
| OKLAHOMA CORPORATION COMMISSION | ATTN: YASODHARA MOHANTY MEANS | 405-521-4150 |
| PEPPER HAMILTON LLP | ATTN: DAVID B.STRATTON,EVELYN MELTZER,JOHN SCHANNE | 302-421-8390 |
| PERDUE, BRANDON, FIELDER, COLLINS & MOTT L.L.P. | ATTN: YOLANDA M. HUMPHREY | 713-862-1429 |
| PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.P | ATTN: MICHAEL J. DARLOW | 713-862-1429 |
| R W JONES TRUCKING COMPANY | ATTN: RYAN W. JONES | 435-789-1955 |
| RICHARDS, LAYTON & FINGER, P.A. | ATTN: ROBERT J. STEARN, JR., PAUL N. HEATH, & | 302-651-7701 |
| RIDDELL WILLIAMS P.S. | ATTN: MARIA A. MILANO | 206-389-1708 |
| ROBBINS GELLER RUDMAN & DOWD LLP | ATTN: TRIG SMITH, ESQ. | 619-231-7423 |
| SECRETARY OF TREASURY | | 302-739-5635 |
| SEISMIC EXCHANGE, INC. | ATTN: HEATHER A. CAMPBELL, ESQ. | 832-590-5296 |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | ATTN: RON E. MEISLER & EBBA GEBISA | 312-407-8641 |
| U.S. DEPARTMENT OF JUSTICE | ATTN: VICTOR W. ZHAO | 202-514-9163 |
| WERB & SULLIVAN | ATTN: BRIAN A. SULLIVAN | 302-652-1111 |

| NAME | FAX |
|---|---|
| JONES KELLER ATTN: STUART BENNETT | 303-573-8133 |
| JONES KELLER ATTN: AARON GOLDHAMER | 303-573-8133 |
| JONES KELLER ATTN: BARRY WILKIE | 303-573-8133 |
| KLEHR HARRISON HARVEY ATTN: RAYMOND LEMISCH | 302-426-9193 |
| KLEHR HARRISON HARVEY ATTN: RAYMOND LEMISCH | 215-568-6603 |
| COOCH AND TAYLOR ATTN: JENNIFER SMITH | 302-984-3939 |