**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

```
------------------------------------ x
                                     :
In re:                               :   Chapter 11
                                     :
DELTA PETROLEUM CORPORATION, et      :   Case No. 11-14006 (KJC)
al.,                                 :
                                     :   Jointly Administered
                Debtors.             :
                                     :
------------------------------------ x
DELTA PETROLEUM GENERAL              :
RECOVERY TRUST                       :
AND                                  :
PAR PETROLEUM CORPORATION,           :
                                     :   Adv. Pro. No. 12-50877 (KJC)
                Plaintiffs,          :
                                     :
      v.                             :
                                     :
ALERON LARSON, JR.                   :
                                     :
                Defendant.           :
------------------------------------ x
DELTA PETROLEUM GENERAL              :
RECOVERY TRUST                       :
AND                                  :
PAR PETROLEUM CORPORATION,           :
                                     :   Adv. Pro. No. 12-50898 (KJC)
                Plaintiffs,          :
                                     :
      v.                             :
                                     :
BWAB LIMITED LIABILITY COMPANY,      :
                                     :
                Defendant.           :
------------------------------------ x
```

## NINETEENTH STATUS REPORT

Pursuant to the Scheduling Orders entered by the Court on December 26, 2012 (Adv. Pro. No. 12-50877; D.I. 20) (Adv. Pro. No. 12-50898; D.I. 19), Delta Petroleum General Recovery Trust and Par Petroleum Corporation (together, "Plaintiffs"), by and through their undersigned counsel, hereby file this status report[1] with respect to the above-captioned adversary proceedings.

On September 19, 2013, the Court held oral argument on the cross motions for summary judgment filed by Plaintiffs, Aleron Larson, Jr. and BWAB Limited Liability Company.

---

[1] The first status report was filed on February 8, 2013 (Adv. Pro. No. 12-50877; D.I. 32) (Adv. Pro. No. 12-50898; D.I. 32); the second on March 26, 2013 (Adv. Pro. No. 12-50877; D.I. 49) (Adv. Pro. No. 12-50898; D.I. 49); the third on May 10, 2013 (Adv. Pro. No. 12-50877; D.I. 64) (Adv. Pro. No. 12-50898; D.I. 64); the fourth on June 24, 2013 (Adv. Pro. No. 12-50877; D.I. 79) (Adv. Pro. No. 12-50898; D.I. 79); the fifth on August 8, 2013 (Adv. Pro. No. 12-50877; D.I. 93) (Adv. Pro. No. 12-50898; D.I. 93); the sixth on September 24, 2013 (Adv. Pro. No. 12-50877; D.I. 97) (Adv. Pro. No. 12-50898; D.I. 97); the seventh on November 8, 2013 (Adv. Pro. No. 12-50877; D.I. 98) (Adv. Pro. No. 12-50898; D.I. 98); the eighth on December 23, 2013 (Adv. Pro. No. 12-50877; D.I. 99) (Adv. Pro. No. 12-50898; D.I. 99); the ninth on February 6, 2014 (Adv. Pro. No. 12-50877; D.I. 100) (Adv. Pro. No. 12-50898; D.I. 100); the tenth on March 24, 2014 (Adv. Pro. No. 12-50877; D.I. 101) (Adv. Pro. No. 12-50898; D.I. 101); the eleventh on May 8, 2014 (Adv. Pro. No. 12-50877; D.I. 102) (Adv. Pro. No. 12-50898; D.I. 102); the twelfth on June 23, 2014 (Adv. Pro. No. 12-50877; D.I. 103) (Adv. Pro. No. 12-50898; D.I. 103); the thirteenth on August 7, 2014 (Adv. Pro. No. 12-50877; D.I. 104) (Adv. Pro. No. 12-50898; D.I. 104); the fourteenth on September 29, 2014 (Adv. Pro. No. 12-50877; D.I. 105) (Adv. Pro. No. 12-50898; D.I. 105); the fifteenth on November 13, 2014 (Adv. Pro. No. 12-50877; D.I. 106) (Adv. Pro. No. 12-50898; D.I. 106); the sixteenth on December 29, 2014 (Adv. Pro. No. 12-50877; D.I. 107) (Adv. Pro. No. 12-50898; D.I. 107); the seventeenth on February 12, 2015 (Adv. Pro. No. 12-50877; D.I. 108) (Adv. Pro. No. 12-50898; D.I. 108); and the eighteenth on March 30, 2015 (Adv. Pro. No. 12-50877; D.I. 109) (Adv. Pro. No. 12-50898; D.I. 109).

Pursuant to the Amended And Restated Order Approving Stipulation Resolving Emergency Motion Of Reorganized Debtors And Delta Petroleum General Recovery Trust For Entry Of An Order Enforcing The Provisions Of Debtors' Confirmed Plan And The Confirmation Order And To Adversary Proceedings Nos. 12-50877 And 12-50898 (Case No. 11-14006 (KJC); D.I. 1208), the Reorganized Debtors made escrow deposits with the Court on March 31, 2015 (Case No. 11-14006 (KJC); D.I. 1544 and 1545).

On April 2, 2015, the Court entered its Memorandum (Adv. Pro. No. 12-50877; D.I. 110) (Adv. Pro. No. 12-50898; D.I. 110) and Order (Adv. Pro. No. 12-50877; D.I. 111) (Adv. Pro. No. 12-50898; D.I. 111) relating to Plaintiffs' motions for summary judgment and Defendants' cross-motions for summary judgment.  By the Memorandum and Order, the Court scheduled a status hearing (the "Status Conference") for May 12, 2015.

At the Status Conference, counsel for the Plaintiffs informed the Court that the parties have made progress towards a consensual resolution and presently believe that counsel will submit for this Court's review, and if acceptable, approval a proposed order authorizing such a settlement between the parties.  In this connection, the Court scheduled a status hearing for June 9, 2015 at 10:30 a.m. (Eastern).

Dated: May 14, 2015
       Wilmington, Delaware

                      */s/ Dain A. De Souza*
                      Anthony W. Clark (I.D. No. 2051)
                      Dain A. De Souza (I.D. No. 5737)
                      Skadden, Arps, Slate, Meagher & Flom LLP
                      One Rodney Square
                      P.O. Box 636
                      Wilmington, Delaware 19899-0636
                      (302) 651-3000

                      and

                      Ron Meisler
                      Ebba Gebisa
                      Skadden, Arps, Slate, Meagher & Flom LLP
                      155 North Wacker Drive
                      Chicago, Illinois 60606-1720
                      (312) 407-0700

                      *Counsel for Plaintiffs Delta Petroleum General Recovery Trust and Par Petroleum Corporation*

## CERTIFICATE OF SERVICE

I, Dain A. De Souza, hereby certify that on May 14, 2015, I caused the foregoing **Nineteenth Status Report** to be served on the parties listed on <u>Exhibit A</u>, attached hereto, by United States first class mail, unless otherwise indicated thereon.

*/s/ Dain A. De Souza*
Dain A. De Souza

2

**Exhibit A**
**Service Parties**

Raymond H. Lemisch, Esq.
Klehr Harrison Harvey Branzburg LLP
919 Market Street - Suite 1000
Wilmington, DE 19801-3062

Barry L. Wilkie, Esq.
Stuart N. Bennett, Esq.
Aaron Goldhamer, Esq.
JONES & KELLER, P.C.
1999 Broadway, Suite 3150
Denver, CO 80202

2